IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Richard Di Donato

    Plaintiff(s)/Petitioner(s),
vs.

Insys Therapeutics, Inc., Michael L. Babich; Darryl S. Baker; and John N. Kapoor

    Defendant(s)/Respondent(s)

CASE NO: 2:16-cv-00302-NVW

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
X RECEIVED ___ COPY
MAR 1 4 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE:   $35.00 APPLICATION FEE REQUIRED!**

I, Daniel Slifkin, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Please see attached list.

**City and State of Principal Residence:** New York, New York
**Firm Name:** Cravath, Swaine & Moore LLP
**Address:** 825 Eighth Avenue   **Suite:**
**City:** New York   **State:** NY   **Zip:** 10019
**Firm/Business Phone:** (212) 474-1000
**Firm Fax Phone:** (212) 474-3700   **E-mail Address:** dslifkin@cravath.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)   * Please see attached list

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
| --- | --- | --- |
| State of New York | 11/04/1991 | ✓ Yes   ☐ No* |
| United States District Court for the Southern District of NY | 03/02/1993 | ✓ Yes   ☐ No* |
| United States District Court for the Eastern District of NY | 04/19/2011 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
| --- | --- | --- |
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

3/10/16
**Date**
**Fee Receipt #**

*Signature of Applicant*

(Rev. 04/12)

## LIST OF REPRESENTED PARTIES

- Defendant Insys Therapeutics, Inc.
- Defendant Michael L. Babich
- Defendant Darryl S. Baker
- Defendant John N. Kapoor

## LIST OF ADDITIONAL COURT ADMISSIONS

| Title of Court | Date of Admission | In Good Standing? |
|---|---|---|
| United States District Court for the Northern District of NY | 01/09/2008 | Yes |
| United States Court of Appeals for the Second Circuit | 03/25/2002 | Yes |
| United States Court of Appeals for the Fourth Circuit | 05/13/2002 | Yes |
| United States Court of Appeals for the Sixth Circuit | 03/18/2011 | Yes |

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**DANIEL SLIFKIN**</u>, Bar # <u>**DS0588**</u>

was duly admitted to practice in this Court on

<u>**MARCH 02nd, 1993**</u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>**MARCH 03rd, 2016**</u>

<u>Ruby J. Krajick</u>   by   _____
Clerk                              Deputy Clerk