| | |
|---|---|
| Name | Daniel Slifkin |
| Bar # | pro hac vice |
| Firm | Cravath, Swaine & Moore LLP |
| Address | Worldwide Plaza |
| | 825 Eighth Avenue |
| | New York, NY 10019 |
| Telephone | (212) 474-1000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard Di Donato, individually and on behalf of all others similarly situated,

   Plaintiff,

vs.

Insys Therapeutics, Inc.; Michael L. Babich; Darryl S. Baker; and John N. Kapoor

   Defendant.

**Case No.** 16-cv-302-NVW

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Defendants in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship_____

☐ Other(please explain)
_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  15th  day of  March , 2016 .

s/Daniel Slifkin
_____
Counsel of Record

Certificate of Service:

I hereby certify that on March 15, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Francis J. Balint, Jr.
Andrew S. Friedman
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona  85016

Attorneys for Plaintiff