| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Bonnett Fairbourn Friedman & Balint, P.C<br>2325 East Camelback Road, Suite 300<br>Phoenix, AZ 85016<br>Telephone No: 602-274-1100  FAX No: 602-274-1199 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - District of Arizona

Plaintiff: Richard Di Donato, Individually, et al.
Defendant: Insys Therapeutics, Inc., et al.

| **Affidavit Of Service PROOF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 16CV00302NVW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Amended Class Action Complaint

3. a. Party served: Alec Burlakoff
   b. Person served: Alec Burlakoff, Personally, Caucasian, Male, 50 Years Old, Brown Hair, 5 Feet 8 Inches, 170 Pounds

4. Address where the party was served: 6308 Creola Road
   Charlotte, NC 28226

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jul. 06, 2016 (2) at: 6:15PM

7. Person Who Served Papers:
   a. Rick Francis
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NORTH CAROLINA that the foregoing is true and correct.

   7/12/16  (Date)  (Signature)

8. STATE OF NORTH CAROLINA, COUNTY OF MECKLENBURG
   Subscribed and sworn to (or affirmed) before me on this 12 day of July, 2016 by Rick Francis proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

   [Notary seal: DEREK FUNDERBURK, NOTARY PUBLIC, UNION COUNTY, NC, My Commission Expires 10-09-18]

   Affidavit Of Service
   PROOF SUMMONS