IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; et al.,<br><br>Defendants. | No. CV-16-00302-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendants' Motion to Exceed Page Limit (Doc. 82). Good cause appearing,

IT IS HEREBY ORDERED granting Defendants' Motion to Exceed Page Limit (Doc. 82) in the total amount of 30 pages.

IT IS FURTHER ORDERED directing the Clerk of the Court to file Defendants' lodged Motion (Doc. 83).

Dated this 17th day of January, 2017.

Neil V. Wake
Senior United States District Judge