**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Johnston de F. Whitman, Jr.
jwhitman@ktmc.com
Jonathan F. Neumann
jneumann@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Jennifer L. Joost
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiff, Class Representative, and the Class*

**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
Francis J. Balint, Jr.
fbalint@bffb.com
Andrew S. Friedman
afriedman@bffb.com
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

*Liaison Counsel for Lead Plaintiff, Class Representative, and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; Michael L. Babich; Darryl S. Baker; and John N. Kapoor,<br><br>Defendants. | No. 16-cv-00302-NVW<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN LEAD PLAINTIFF AND DEFENDANT BAKER** |

Pursuant to Local Rule of Civil Procedure 40.2(d) and paragraph 9 of the Court's Case Management Order (Doc. 147), Lead Plaintiff and Class Representative Clark Miller ("Lead Plaintiff") and Defendant Darryl S. Baker ("Mr. Baker" and together with Lead Plaintiff, the "Parties") hereby give notice that the Parties have reached a settlement, memorialized in an executed term sheet, to resolve all claims against Mr. Baker on a class-wide basis. Lead Plaintiff's claims against Defendants John N. Kapoor and Michael L. Babich are unaffected by the settlement. The Parties to the settlement are in the process of drafting a motion for preliminary approval and related settlement documentation, and expect to file those documents with the Court within the next fourteen (14) days. Accordingly, as reflected in the accompanying [Proposed] Order, the Parties respectfully request that the Court stay this matter as to Mr. Baker pending its final approval of the settlement, and make clear that the Court's decision on the pending Motion for Summary Judgment (Doc. 317) does not apply to Mr. Baker unless the settlement between Lead Plaintiff and Mr. Baker is not approved by the Court. The Parties are available at the Court's convenience to address any questions.

DATED: May 8, 2020              Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*s/ Johnston de F. Whitman, Jr.*
Johnston de F. Whitman, Jr. (admitted *Pro Hac Vice*)
jwhitman@ktmc.com
Jonathan F. Neumann (admitted *Pro Hac Vice*)
jneumann@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Jennifer L. Joost (admitted *Pro Hac Vice*)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiff, Class Representative, and the Class*

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Francis J. Balint, Jr.
fbalint@bffb.com
Andrew S. Friedman
afriedman@bffb.com
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

*Liaison Counsel for Lead Plaintiff, Class Representative, and the Class*

<u>s/ *George J. Coleman* with permission</u>
George J. Coleman
gjc@slwplc.com
Michael K. Foy
mkf@slwplc.com
**SALMON, LEWIS & WELDON, P.L.C.**
2850 E. Camelback Road, Suite 200
Phoenix, AZ 85016
Telephone: 602-801-9060
Facsimile: 602-801-9070

*Counsel for Defendant Darryl S. Baker*

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to those persons who are CM/ECF registrants:

| | |
|---|---|
| Don Bivens<br>dbivens@swlaw.com<br>Anthony T. King<br>aking@swlaw.com<br>**SNELL & WILMER LLP**<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004<br>Telephone: 602-382-6513<br>Facsimile: 602-382-6070<br><br>David B. Rosenbaum<br>drosenbaum@omlaw.com<br>**OSBORN MALEDON PA**<br>2929 N. Central Ave.,<br>21st Floor<br>Phoenix, AZ 85012<br>Telephone: 602-640-9000<br>Facsimile: 602-640-9050<br><br>George J. Coleman<br>gjc@slwplc.com<br>Michael K. Foy<br>mkf@slwplc.com<br>**SALMON, LEWIS & WELDON, P.L.C.**<br>2850 E. Camelback Road,<br>Suite 200<br>Phoenix, AZ 85016<br>Telephone: 602-801-9060<br>Facsimile:: 602-801-9070<br><br>William Klain<br>wklain@lang-klain.com<br>Zachary Rosenberg<br>zrosenberg@lang-klain.com<br>**LANG & KLAIN, PC**<br>6730 N. Scottsdale Road<br>Suite 101<br>Scottsdale, AZ 85253<br>Telephone: 480-534-4900<br>Facsimile: 480-970-5034 | Bahram Seyedin-Noor<br>bahram@altolit.com<br>Bryan Ketroser<br>bryan@altolit.com<br>Jared Kopel<br>jared@altolit.com<br>Ian Browning<br>ian@altolit.com<br>**ALTO LITIGATION**<br>4 Embarcadero Center,<br>Suite 1400<br>San Francisco, CA 94111<br>Telephone: 415-779-2586<br>Facsimile: 866-654-7207<br><br>Brian T. Kelly<br>bkelly@nixonpeabody.com<br>Matthew L. McLaughlin<br>mmclaughlin@nixonpeabody.com<br>George J. Skelly<br>gskelly@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>Exchange Place<br>53 State St.<br>Boston, MA 02109<br>Telephone: 617-345-1000<br>Facsimile: 617-345-1300<br><br>Russell Piccoli<br>rp@winazlaw.com<br>**RUSSELL PICCOLI PLC**<br>701 N. 44th St.<br>Phoenix, AZ 85008<br>Telephone: 480-429-3000<br>Facsimile: 480-429-3100 |

                    *s/ Johnston de F. Whitman, Jr.*