**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; Michael L. Babich; Darryl S. Baker; and John N. Kapoor,<br><br>Defendants. | No. 16-cv-00302-NVW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER** |

Pursuant to the Joint Notice of Settlement between Lead Plaintiff and Defendant Baker, and for good cause shown,

IT IS ORDERED that this matter is stayed as to Defendant Baker pending the Court's final approval of the settlement.

IT IS FURTHER ORDERED that the Court's decision on the pending Motion for Summary Judgment (Doc. 317) will not apply to Defendant Baker unless the Court does not approve the settlement between Lead Plaintiff and Defendant Baker.

IT IS SO ORDERED.