IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; et al.,<br><br>Defendants. | No. CV-16-00302-PHX-NVW<br><br>**ORDER** |

Before the Court are Defendants Kapoor, Babich, and Baker's Motion for Summary Judgment (Doc. 317), the Response (Doc. 326), and the Reply (Doc. 328). No party requests oral argument. The Motion will be denied.

1. The challenged representations are not just or only forward-looking. One speaks of "continued" growth, which is literally past as well as future growth.

2. The representations materially omit the bribery and non-oncology explanations of the recent and expected future growth.

3. In all the circumstances it is inferable that the Defendants did not "believe" that the non-bribery and oncology initiatives were "key factors" in future growth.

4. There are questions of fact as to the falsity or truth of various aspects of the representations.

5. The representations are not "puffery."

6. Loss causation is sufficiently presented and is a jury question.

7. For other specific reasons, summary judgment is not established.

The Court allowed over-length briefs on the motion, response, and reply, totaling 68 pages with 107 lengthy single-spaced footnotes. All the briefs would have benefited from editing. Any future motions to exceed page limits in this case will be viewed with a skeptical and fatigued eye.

IT IS THEREFORE ORDERED that Defendants Kapoor, Babich, and Baker's Motion for Summary Judgment (Doc. 317) is denied.

Dated: May 8, 2020.

Neil V. Wake
Senior United States District Judge