IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; et al.,<br><br>Defendants. | No. CV-16-00302-PHX-NVW<br><br>**ORDER** |

Pursuant to Lead Plaintiff's Consent Motion to Voluntarily Dismiss Insys Therapeutics, Inc., from this Action With Prejudice, Subject to Provision of Class Notice Under Federal Rule of Civil Procedure 23(e) (Doc. 311) and Notice of No Objections to Lead Plaintiff's Consent Motion to Voluntarily Dismiss Insys Therapeutics, Inc., from this Action With Prejudice (Doc. 337) and for good cause shown,

IT IS ORDERED granting Lead Plaintiff's Motion (Doc. 311).

IT IS FURTHER ORDERED dismissing Insys Therapeutics, Inc., with prejudice.

Dated this 14th day of May, 2020.

_____
Neil V. Wake
Senior United States District Judge