EXHIBIT B

David B. Rosenbaum, No. 009819
Joseph N. Roth, No. 025725
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
jroth@omlaw.com

Brian T. Kelly (*pro hac vice*)
Matthew T. McLaughlin (*pro hac vice*)
Kacey Houston Walker (*pro hac vice forthcoming*)
Charles Dell'Anno (*pro hac vice forthcoming*)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109-2835
(617) 345-1000
bkelly@nixonpeabody.com
mmclaughlin@nixonpeabody.com
kwalker@nixonpeabody.com
cdellanno@nixonpeabody.com

*Attorneys for Defendant John N. Kapoor*

Russell Piccoli, No. 004492
RUSSELL PICCOLI, PLC
701 North 44th Street
Phoenix, Arizona  85008
(480) 429-3000
rp@winazlaw.com

William G. Klain, No. 015851
Zachary W. Rosenberg, No. 033716
LANG & KLAIN, P.C.
6730 N. Scottsdale Road, Suite 101
(480) 534-4900

*Attorneys for Defendant Michael L. Babich*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; Michael L. Babich; Darryl S. Baker; and John N. Kapoor,<br><br>Defendants. | Case No.: 16-cv-00302-PHX-NVW<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED VERDICT FORM** |

Defendants Michael L. Babich and John N. Kapoor hereby submit the following list of witnesses for the trial of this action, subject to the Court's further rulings, including on the parties' respective motions in limine.

**A.   Witnesses Who Shall Be Called At Trial**

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| **Michael L. Babich**<br>c/o Russell Piccoli, Esq.<br>Russell Piccoli, PLC<br>701 North 44th Street<br>Phoenix, AZ 85008 | • Facts relevant to the claims brought against Defendants, and any defenses asserted<br>• General operations of Insys<br>• The sale and marketing of SUBSYS®<br>• Insys' public statements<br>• The witness' employment with Insys<br>• The Form 10-K and earnings call statements at issue in the case<br>• Reliance on and communications with Insys counsel<br>• The TIRF market<br>• Testimony consistent with deposition testimony | **Fact** |
| **Darryl S. Baker**<br>c/o George J. Coleman, Esq.<br>Salmon, Lewis & Weldon PLC<br>2850 East Camelback Road<br>Suite 200<br>Phoenix, AZ 85016 | • Facts relevant to the claims brought against Defendants, and any defenses asserted<br>• General operations of Insys<br>• Insys' public statements<br>• The witness' employment with Insys<br>• The Form 10-K and earnings call statements at issue in the case, including his belief that the statements were true<br>• The TIRF market<br>• Testimony consistent with deposition testimony | **Fact** |

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| **Eric Kizior**<br>3032 E Thunderhill Pl<br>Phoenix, AZ 85048 | • General operations of Insys<br>• The sale and marketing of SUBSYS® | **Fact** |
| **Brian Pipko**<br>225 Poinciana Drive<br>Jupiter, FL 33458-2855 | • Facts relevant to the claims brought against Defendants, and any defenses asserted<br>• General operations of Insys<br>• The sale and marketing of SUBSYS®<br>• Insys' public statements<br>• The witness' employment with Insys<br>• The Form 10-K and earnings call statements at issue in the case<br>• The TIRF market<br>• Testimony consistent with deposition testimony | **Fact** |
| **David C. Smith, Ph.D**<br>c/o Nixon Peabody LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | • The opinions set forth in the expert's report, including opinions and the event study offered by Plaintiffs' expert witness, Chad Coffman<br>• Loss causation, inflation, and damages | **Expert** |

### B.  Witness Who May Be Called At Trial

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| **Dr. David S. Alberts**<br>250 N Indian House Rd<br>Tucson, AZ 85711 | • The sale and marketing of SUBSYS® | **Fact** |

4832-9406-6365.4

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| **John Bentivoglio**<br>c/o Skadden, Arps, Meagher &<br>Flom LLP and Affiliates<br>1440 New York Ave, NW<br>Washington, DC 20005 | • Review of Insys 10-K disclosure and Mr. Babich's remarks on analyst call<br>• Conversations with Mr. Babich regarding the above<br>• Guidance and advice regarding Insys programs and activities | **Fact** |
| **Jennifer L. Bragg**<br>c/o Skadden, Arps, Meagher &<br>Flom LLP and Affiliates<br>1440 New York Ave, NW<br>Washington, DC 20005 | • Review of Insys 10-K disclosure and Mr. Babich's remarks on analyst call<br>• Conversations with Mr. Babich regarding the above<br>• Guidance and advice regarding Insys programs and activities | **Fact** |
| **Adam W. Brumm**<br>1708 E Indianola Ave<br>Phoenix, AZ 85016 | • General operations of Insys | **Fact** |
| **Danielle Davis**<br>Heron Therapeutics, Inc.<br>4242 Campus Point Ct.<br>Suite 200<br>San Diego, CA 92121 | • General operations of Insys<br>• The sale and marketing of SUBSYS® | **Fact** |
| **Franc Del Fosse**<br><br>Ballard Spahr LLP<br>1 East Washington Street<br>Suite 2300<br>Phoenix, AZ 85004 | • General operations of Insys<br>• The sale and marketing of SUBSYS®<br>• Facts relevant to the claims brought against Defendants, and any defenses asserted<br>• General operations of Insys<br>• The sale and marketing of SUBSYS®<br>• Insys' public statements<br>• The witness' employment with Insys<br>• Review of 10-k reports to ensure technical completeness and proper disclosures | **Fact** |

**4**

4832-9406-6365.4

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| | • The Form 10-K and earnings call statements at issue in the case | |
| **Jim Doroz**<br>c/o Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | • The TIRF Market<br>• Insys' revenue cycle and the supply of and demand for SUBSYS® | **Fact** |
| **Maya Florence**<br>c/o Skadden, Arps, Meagher & Flom LLP and Affiliates<br>500 Boylston Street<br>Boston, MA 02116 | • Review of Insys 10-K disclosure and Mr. Babich's remarks on analyst call<br>• Conversations with Mr. Babich regarding the above<br>• Guidance and advice regarding Insys programs and activities | **Fact** |
| **Patrick Fourteau**<br>14 Walden Hill Rd<br>Guilford, CT 06437 | • General operations of Insys<br>• The sale and marketing of SUBSYS® | **Fact** |
| **Mark Hein**<br>3412 E Canyon Way<br>Chandler, AZ 85249 | • The sale and marketing of SUBSYS® | **Fact** |
| **John N. Kapoor**<br>c/o Brian Kelly, Esq.<br>Nixon Peabody LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | • General operations of Insys<br>• The sale and marketing of SUBSYS®<br>• Facts relevant to the claims brought against Defendants, and any defenses asserted<br>• General operations of Insys<br>• The Form 10-K and earnings call statements at issue in the case<br>• The TIRF market | **Fact** |

4832-9406-6365.4

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| **Clark Miller**<br>c/o Kessler Topaz Meltzer Check, LLP<br>280 King of Prussia Rd<br>Radnor, PA 19087 | • Facts relevant to the claims brought against Defendants | **Fact** |
| **Nelly Oquendo**<br>13260 N. 13th Street<br>Phoenix, AZ 85022 | • History with and employment by Dr. Kapoor<br>• Communications sent to and from Dr. Kapoor<br>• Topics on which testimony was provided in the Boston trial | **Fact** |
| **Kevin Sharpsten, MBA, CPA**<br>13936 Black Rock Circle<br>Moorpark, MA 93021-5025 | • The sale and marketing of SUBSYS®<br>• General operations of Insys | **Fact** |
| **Dr. Dan Van Hoff**<br>19147 N 102nd St #2902<br>Scottsdale, AZ 85255 | • The sale and marketing of SUBSYS® | **Fact** |
| **Robin Wachsman**<br>2295 Wickersham Cv<br>Germantown, TN 38139 | • The sale and marketing of SUBSYS® | **Fact** |
| **Xun Yu**<br>1100 Brickell Bay Drive, Apt. 60A<br>Miami, FL 33131-3574 | • The sale and marketing of SUBSYS®<br>• General operations of Insys | **Fact** |
| **Custodian of Records of Insys Therapeutics**<br>c/o Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>Halperin Battaglia Benzija, LLP<br>40 Wall Street, 37th Floor | • Authentication of exhibits | **Fact** |

**6**

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| New York, NY 10005 | | |
| **Custodian of Records of EJ Financial Enterprises, Inc.** c/o Charles W. Rankin Rankin & Sultan 151 Merrimac Street, 2nd Floor Boston, MA 02114 | • Authentication of exhibits | **Fact** |

### C. Witness Who Are Unlikely To Be Called At Trial

| Witness | Topics of Testimony | Fact/Expert |
|---|---|---|
| **Alec Burlakoff** 11800 South Gardens Drive, #101 Palm Beach Gardens, FL 33418 | • General operations of Insys • The sale and marketing of SUBSYS® | **Fact** |
| **Pierre Lapalme** 3645 Westminster St 76 Hollywood, FL 33021 | • The sale and marketing of SUBSYS® | **Fact** |
| **Steven Meyer** 9 Kensington Dr. Lincolnshire, IL 60069 | • General operations of Insys • The sale and marketing of SUBSYS® | **Fact** |
| **Brian Tambi** 655 W Northcroft Ct Lake Forest, IL 60045 | • General operations of Insys • The sale and marketing of SUBSYS® | **Fact** |

[Signature page follows.]

4832-9406-6365.4

Respectfully submitted,

By: /s/ *Matthew T. McLaughlin*
    Brian T. Kelly (*pro hac vice*)
    Matthew T. McLaughlin (*pro hac vice*)
    Kacey Houston Walker (*pro hac vice forthcoming*)
    Charles Dell'Anno (*pro hac vice forthcoming*)
    NIXON PEABODY LLP
    Exchange Place
    53 State Street
    Boston, Massachusetts 02109-2835
    (617) 345-1000
    bkelly@nixonpeabody.com
    mmclaughlin@nixonpeabody.com
    kwalker@nixonpeabody.com
    cdellanno@nixonpeabody.com

    David B. Rosenbaum, No. 009819
    Joseph N. Roth, No. 025725
    OSBORN MALEDON, P.A.
    2929 North Central Avenue, 21st Floor
    Phoenix, Arizona 85012-2793
    (602) 640-9000
    drosenbaum@omlaw.com
    jroth@omlaw.com

    *Attorneys for Defendant John N. Kapoor*

By: /s/ *Russell Piccoli*
    Russell Piccoli, No. 004492
    RUSSELL PICCOLI, PLC
    701 North 44th Street
    Phoenix, Arizona  85008
    (480) 429-3000
    rp@winazlaw.com

4832-9406-6365.4

By:   /s/ William G. Klain
William G. Klain, No. 015851
Zachary W. Rosenberg, No. 033716
LANG & KLAIN, P.C.
6730 N. Scottsdale Road, Suite 101
(480) 534-4900

*Attorneys for Defendant Michael L. Babich*

**9**