# EXHIBIT C

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | ***Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)**<br>**Joint Exhibit List** |
| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
| XXX | XXX | XXX | MM/DD/YYYY | INS-BOS-XXXX | Email from Doe to Roe re: Insys | | | |
| 1 | 9 | | 9/20/2019 | INS-BOS-04029005 | Executive Org. Chart | **401/402/403:** Org chart is from April 2015 after the statements at issue were made<br>**801/802:** Hearsay if used for the truth of the matter asserted therein<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 2 | 33 | | 12/20/2016 | INSYS-MDL-008175485 | Email from K. Sharpsten to B. Pipko re: ROO Market weekly dashboard | **106:** Missing attachments<br>**801/802:** Hearsay if used for the truth of the matter asserted therein<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 3 | 40, 202 | | 6/4/2019 | N/A | Letter from US Attorney General to Attorney Hobart re: Insys Plea Agreement | | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805:** Hearsay if used for truth of the matter asserted; hearsay within hearsay<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 4 | 45 | | 7/14/2014 | INS-BOS-04027058 | Email from D. bucher to Relay Reporting re: Daily PSKQ Redemption Count, att: Daily Report for JK [attachment in native format] | **801/802:** Hearsay if used for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 5 | 46 | | 8/1/2014 | INSYS_AZ_00131821 | Email from K. Sharpsten to B. Pipko re: Weekly ROO Report - Oncology, att: ROO Market Weekly Sales Dashboard 2014 [attachment in native format] | **403:** Data in attachment is unreadable **801/802:** Hearsay as to the email if used with a witness other than Sharpsten for the truth of the matter asserted there. Hearsay as to the attachment if used for the truth of the matter asserted **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 6 | 47 | | 9/3/2014 | INSYS-MDL-008562966 | Email from K. Sharpsten to B. Pipko re: ROO Market Wweekly Dashboard - Oncology, att: ROO Market Weekly Sales Dashboard 2014 [attachment in native format] | **403:** Data in attachment is unreadable **801/802:** Hearsay if the email or the attachment is used with someone other than the author for the truth of the matter asserted **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 7 | 71 | | 12/4/2014 | DIDONATO-EJF-0023942 | Email from B. Pipko to J. Kapoor re: Supportive Cancer Care Book | **401/402/403:** Supportive care book is not relevant to any claims/defenses because it was not complete until 2016 and at this point only was aspirational with no impact on revenue/sales growth **801/802:** Hearsay if used with someone other than the author for the truth of the matters asserted therein; Hearsay within hearsay as to Dr. Alberts statements if used for the truth of the matter asserted therein **901:** Authenticity has not been established **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | |
| 8 | 72 | | 12/16/2014 | INSYS_AZ_00230610 | Email from S. Shangold to B. Pipko re: ONS Edge | **401/402/403:** ONS Regional Dinner Series is not relevant to any claims/defenses because it was not in place prior to the statements on March 3, 2015 and at this point only was aspirational with no impact on revenue/sales growth **801/802:** Hearsay if used for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 9 | 73 | | 2/4/2014 | INS5079044 | Email from B. Pipko to M. Hein re: Did you get a chance to look at the onc sales aid that Lindsay send you? EOM | **106:** Email speaks to a document that has been provided to the recipients but is not in evidence **401/402/403:** See above. **801/802:** Hearsay if used with someone other than the author for the truth of the matters asserted therein; Hearsay within hearsay to the extent that Pipko references others statements and it is used for the truth of these statements **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 10 | 76 | | 4/7/2014 | INS4873782 | Email from M. Babich to Kapoor, Pipko and Napoletano re: Oncology Progress and Planning Report, att: Oncology Strategy update Report | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay if the Pipko email and attachment are used with any other witness for the truth of the matter asserted therein; Hearsay if the Babich email is used with any other witness for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 11 | 77 | | 4/10/2014 | INSYS_AZ_00157382 | Email from B. Pipko to R. Wachsman re: Oncology Division Territory Breakdown | **801/802:** Hearsay if the Pipko email is used with any other witness for the truth of the matter asserted thereing; Hearsay if any other email is used for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | Authenticity Stipulated |
| 12 | 78 | | 5/5/2014 | INS-BOS-08952491 | Email from B. Pipko to X. Yu re: Baseline for Oncology | **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 13 | 79, 156 | | 6/6/2014 | INS-BOS-09164394 | Email from A. Burlakoff to X. Yu and other re: Alignment Question for teams/territories | **801/802:** Hearsay if the Pipko email is used with any other witness for the truth of the matter asserted therein; Hearsay within hearsay with respect to Babich's statements in Pipko's email; Hearsay for the remaining emails in the exhibit to the extent used for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 14 | 80, 159 | | 6/30/2014 | INS-BOS-08017421 | Email from X. Yu to A. Burlakoff and others re: Important - Q3 Sales Force Structure Change and Onc-Pain HCP Re-alignment | **801/802:** Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for the statements contained within the email **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 15 | 81 | | 7/2/2014 | INS-BOS-09158904 | Email from B. Pipko to A. Burlakoff re: Check this out!, AMA registered oncologists | **801/802:** Hearsay if Pipko email is used with any other witness for the truth of the matter asserted therein; Hearsay within hearsay for the statements within Pipko's email if used for the truth of the matter asserted therein; Hearsay as to the other emails if used for the truth of the matter assert therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | Authenticity Stipulated |
| 16 | 83 | | 6/30/2014 | INS-BOS-09250416 | Email from B. Pipko to M. Babich re: Advocacy Meeting with Dr. Kapoor | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay as to emails sent by a witness in this Action if used with that witness for the truth of the matter asserted therein; Hearsay within hearsay for statements within these emails made by persons other than a witness in this Action if used for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Advocacy issues not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 17 | 86 | | 8/15/2014 | INS-BOS-09301980 | Email from B. Pipko to M. Babich re: Agenda and Slide Deck for o8-11 Oncology Strategy Call, att: Oncology Division Staffing Update | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay if not used with the author of the email (or the email and attachments as the case may be) for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 18 | 88 | | 9/8/2014 | INS-BOS-09332754 | Email from B. Pipko to M. Babich re: Getting Back to the Basics, including IPS Programs and Resources email from D. Englehart | **801/802:** Hearsay if not used with the author of the email for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 19 | 89 | | 9/10/2014 | INS-BOS-09333451 | Email from B. Pipko to R. Wachsman and others re: Oncology Priorities | **801/802:** Hearsay if not used with the author of the email for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 20 | 90 | | 9/10/2014 | INS-BOS-11607258 | Email from S. Beckhardt to B. Pipko re: Note to Oncology Steering Committee Cancelling meeting | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay if not used with the author of the email for the truth of the matter asserted therein; Hearsay within hearsay as to Kapoor and Babich's statements **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 21 | 93 | | 10/14/2014 | INSYS_AZ_00148562 | Email from B. Pipko to Onc. Sales team scheduling meeting to discuss bureau and goals for oncology division | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay if not used with the author of the calendar invite for the truth of the matter assertered therein. **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 22 | 95 | | 10/19/2014 | INS-BOS-09200901 | Email from A. Burlakoff to B. Pipko re: Pain calling on oncology | **801/802:** Hearsay if not used with the author of the emails for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 23 | 97 | | 10/28/2014 | INSYS_AZ_00147708 | Email from B. Pipko to Sales ONC re: Thank you for successful meetings | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay if not used with the author of the email for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 24 | 100 | | 12/8/2014 | INS-BOS-09182684 | Email from B. Pipko to Sales ONC re: TOP Pain Prescribing Nurse Practitioners | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay if not used with the author of the email for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 25 | 116 | | N/A | INS-BOS-00000047 | Insys Therapeutics, Inc. Executive Org. Chart | **401/402/403:** Not relevant to the extent it reflects the organzation after the statements are made and/or not in FY14 **801/802:** Hearsay to the extent it is used for the truth of the matters asserted herein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401**: Not relevant to the discrete misrepresentations at issue in this case **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 26 | 139 | | N/A | INSYS_AZ_00704665 | Q&A on Insys Speaker Programs and Related Issues to Katie | **106/403:** It is not clear if this is the final version or a draft or any other information about it **401/402/403:** Company's efforts with respect to compliance--Plaintiff Class not given discovery on compliance due to AC/WP (403) **801/802:** Hearsay to the extent it is used for the truth of the matter therein **901:** Authenticity has not been established **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401**: Speaker program issues not relevant to the discrete misrepresentations at issue in this case and not clear whether within relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | Authenticity Stipulated |
| 27 | 140, 205 | | 12/31/2014 | N/A | Insys Therapeutics 10-K Form | | | Admissiblity Stipulated |
| 28 | 210 | | 4/23/2014 | INS-BOS-08947752 | Email from M. Babich to J. Kapoor re: Survey topics | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **801/802:** Hearsay to the extent it is used with someone other than the authors of the email for the truth of the matter asserted **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 29 | 212 | | 9/15/2014 | INS-BOS-09334482 | Email from B. Pipko to M. Babich, J. Kapoor and others re: Agenda and Slides for Today's Oncology Strategy Call, att: Oncology Division Strategy Meeting Slides | **801/802:** Hearsay to the extent used with someone who is not an author of the emails for the truth of the matter asserted **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 30 | 248 | | 3/6/2014 | INS-BOS-01016069 | Email from B. Pipko to M. Babich re:  Jerry Rosenberg | **801/802:** Hearsay to the extent used with someone who is not an author of the emails for the truth of the matter asserted MIL #3: PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 31 | 249 | | 5/14/2014 | DIDONATO-EJF-0026745 | Email from X. Yu to M. Babich re: Subsys Analysis Two - Subsys Sales by Specialty vs Market | **801/802:** Hearsay to the extent used with someone who is not an author of the emails for the truth of the matter asserted **901:** No way to authenticate this and the witness could not do so either MIL #3: PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | |
| 32 | 251 | | 7/30/2014 | INS-BOS-09295459 | Email from B. Pipko to M. Babich re: Oncology Candidates and Locations | **801/802:** Hearsay to the extent used with someone who is not an author of the emails for the truth of the matter asserted **901:** Authenticity has not been established **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901:** Authenticity has not been established | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 33 | 296 | | 9/17/2019 | N/A | Bio of Dr. Alka M. Arora | **401/402/403:** Not relevant to the claims/defenses because this is present day information that may or may not have been available in FY14 and there is no evidence that Insys accessed or relied upon this kind of data or this specific exhibit for its analyses<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for the truth of the matters asserted therein<br>**901:** No way to authenticate this and the witness could not do so either<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Evidence would confuse the jury<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 34 | 297 | | 9/17/2019 | N/A | Bio of Dr. Jennifer M. Zikria | **401/402/403:** Not relevant to the claims/defenses because this is present day information that may or may not have been available in FY14 and there is no evidence that Insys accessed or relied upon this kind of data or this specific exhibit for its analyses<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for the truth of the matters asserted therein<br>901: No way to authenticate this and the witness could not do so either<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Evidence would confuse the jury<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 35 | 298 | | 9/17/2019 | N/A | Bio of Dr. Laurence Altshuler | **401/402/403:** Not relevant to the claims/defenses because this is present day information that may or may not have been available in FY14 and there is no evidence that Insys accessed or relied upon this kind of data or this specific exhibit for its analyses **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for the truth of the matters asserted therein **901:** No way to authenticate this and the witness could not do so either MIL #3: PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 36 | 299 | | 9/17/2019 | N/A | WebMD Screenshot of Stefanie L. Casey, Medical Oncology | **401/402/403:** Not relevant to the claims/defenses because this is present day information that may or may not have been available in FY14 and there is no evidence that Insys accessed or relied upon this kind of data or this specific exhibit for its analyses **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for the truth of the matters asserted therein **901:** No way to authenticate this and the witness could not do so either **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 37 | 300 | | 9/17/2019 | N/A | WebMD Screenshot of Dr. Christina M. Campolo | **401/402/403:** Not relevant to the claims/defenses because this is present day information that may or may not have been available in FY14 and there is no evidence that Insys accessed or relied upon this kind of data or this specific exhibit for its analyses<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for the truth of the matters asserted therein<br>**901:** No way to authenticate this and the witness could not do so either<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Evidence would confuse the jury<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 38 | 74, 276 | | 3/19/2014 | INS-BOS-08827758 | Email from M. Napoletano to Pipko re: Prep for Monday Onc Call | **401/402/403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses<br>**801/802:** Hearsay if any of the email is used for the truth of the matter asserted therein; Hearsay within hearsay in certain parts of the chain<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 39 | Factiva Expert Documents | | 3/3/2015 | INSYS-COFFMAN001890 | Dow Jones_*Insys Therapeutics 4Q EPS 25c* | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the article<br>**901:** Authenticity has not been established | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce negative media coverage<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 40 | | | 3/3/2015 | N/A | Q4 2014 Insys Therapeutics Inc Earnings Call - Final | | | Admissibility Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 41 | Smith Expert Documents | | 11/27/2014 | N/A | Public Press - *Using doctors with troubled pasts* | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802**: Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the article<br>**901**: Authenticity has not been established | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 42 | Smith Expert Documents | | 3/3/2015 | INSYS-COFFMAN003380 | Analyst Reports - 2015-03-03 (JEFFERIES) Insys Therapeutics, Inc._ INSY_ BUY_ ...uarter from INSY; Three Key Takeaways.25560570.pdf | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802**: Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the analyst report<br>**901**: Authenticity has not been established | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |
| 43 | Smith Expert Documents | | 3/3/2015 | INSYS-COFFMAN003389<br><br>INSYS-COFFMAN005861 | Analyst Reports - 2015-03-03 (WELLS FARGO SECURITIES,) INSY_ Strong Subsys Revenues Drive the Next Chapter (Pipeline) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802**: Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the analyst report<br>**901**: Authenticity has not been established | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 44 | Smith Expert Documents | | 3/4/2015 | INSYS-COFFMAN003395<br><br>INSYS-COFFMAN005867 | Analyst Reports - 2015-03-04 (JMP SECURI) Strong Growth Expected to Continue i... Anticipated from Pipeline Catalysts | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the analyst report<br>**901:** Authenticity has not been established | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**1002:** Article part of compiled report is not best evidence | |
| 45 | Smith Expert Documents | | 3/4/2015 | INSYS-COFFMAN003410<br><br>INSYS-COFFMAN005874 | Analyst Reports - 2015-03-04 (OPPENHEIMER AND CO) 4Q14 Results_ Subsys Has Still Got It | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the analyst report<br>**901:** Authenticity has not been established | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**1002:** Article part of compiled report not best evidence | |
| 46 | Smith Expert Documents | | 3/4/2015 | INSYS-COFFMAN003402<br><br>INSYS-COFFMAN005879 | Analyst Reports - 2015-03-04 (RBC CAPITA) Insys Therapeutics - Subsys trends ...ressing - raising price target to $65. | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the analyst report<br>**901:** Authenticity has not been established | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**1002:** Article part of compiled report is not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 47 | Smith Expert Documents | | 12/3/2015 | INSYS-COFFMAN006107 | Public Press - *Murder Incorporated* | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802**: Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the article<br>**901**: Authenticity has not been established | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 48 | Smith Expert Documents | | 1/25/2016 | INSYS-COFFMAN006120 | Public Press - *The brotherhood of thieves* | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802**: Hearsay if used for the truth of the matter asserted therein; Hearsay within hearsay for quotes or attributions within the article<br>**901**: Authenticity has not been established | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**404**: Impermissible to introduce evidence of other bad acts as evidence of misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 49 | | | 3/24/2014 | INS4855379 | Email from Michael Babich to John Kapoor and others re: 10 am (with attachments) | **401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein **MIL #3**: PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901**: Authenticity has not been established | Authenticity Stipulated |
| 50 | | | 9/15/2014 | INS-BOS-00544843 | Email from D. Reimer to C. Homrich re: Additional Information as a follow Up to last weeks conversation about Galena | **401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not **relevant to claims/defenses** **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein **MIL #3**: PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 51 | | | 2/1/2015 | INS-BOS-09176018 | Email from B. Pipko to N. Oquendo and others re: Highlights from Friday's Live Oncology Meeting | **401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses; this refers to meeting and efforts in early 2015 so not relevant to claims reFY14 revenues/sales growth<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein; Hearsay within hearsay as to Alberts and Von Hoff statements<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 52 | | | 5/12/2014 | INS-BOS-09288362 | Email from B. Pipko to M. Babich re: Oncology Division Progress, Challenges, and Solutions | **401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein<br>**901:** Authenticity has not been established<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 53 | | | 5/12/2014 | INS-BOS-09288363 | PowerPoint Presentation re: Oncology Division Staffing Report - SUBSYS Board of Directors Meeting | **401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |
| 54 | | | 7/21/2014 | INS-BOS-09326213 | Email from M. Babich to N. Oquendo re: Slides for Today's Presentation | **106:** Missing attachments so incomplete **401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein **MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR PLAINTIFF CLASS OBJECTION(S)^ | BASES FOR DEFENDANTS OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|---|
| 55 | | | 5/2/2019 | N/A | Jury Verdict - 16-cr-10343-ADB | | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**404**: Impermissible to introduce evidence of other bad acts as evidence of misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 56 | | | 1/29/2015 | INS-BOS-11614473 | Email from E. Sporkin to D. Hollandsworth, et al. re:  Follow up to meeting with Steve Shangold:  Proposals for Nursing Activities | **106/403:** Unclear whether this document is final or draft or if it was ever sent, used, or otherwise relied upon and so not clear if it is complete<br>**401, 402, 403:** Putative/aspirational oncological efforts or programs that were not executed/implemented by 4Q 2014 such that they could impact sales/revenue growth for FY14 are not relevant to claims/defenses<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801, 802:** Hearsay if used with someone other than the author for the truth of the matter asserted therein; Hearsay within hearsay for third party statements<br>**MIL #3:** PC seeks to preclude Kapoor from presenting/eliciting evidence on topics for which he invoked the 5th | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | Authenticity Stipulated |

*Di Donato v. Babich, et al.* , No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiffs' Exhibit List**[1]

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| XXX | XXX | XXX | MM/DD/YYYY | INS-BOS-XXXX | Email from Doe to Roe re: Insys | | |
| 57 | 010 | | 10/1/2015 | INS-BOS-00000047 | Employee Organization Charts | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 58 | 011 | | 2/12/2014 | INS3582989 | Email from M. Babich to A. Burlakoff, et al. re FW: Speaker Allocation - Step 1 | | Authenticity Stipulated |
| 59 | 015 | | 10/15/2014 | INS-BOS-09199830 | Email from A. Burlakoff to B. Pipko, et al. re Re: Q4 Oncology ISPs | **401**: Not relevant to the discrete misrepresentations at issue in this case | Authenticity Stipulated |
| 60 | 016 | | 5/6/2014 | INSYS-MDL-009779171 | Email from J. Roper to R. Ortense, et al. re Fwd: SUBSYS Writer Tracker - Wk Ending 5/2 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 61 | 017 | | 3/24/2014 | INS1881900 | SUBSYS Incentive Compensation Plan, Q2 2014 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to show employee compensation<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 62 | 032 | | 1/7/2015 | INSYS-MDL-008181427 | Email from K. Sharpsten to B. Pipko, et al. re ROO Market weekly dashboard - Oncologists IMS through 12/26, REMS through 1/2 (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 63 | 034 | | 5/14/2014 | DIDONATO-EJF-0026745 | Email from X. Yu to M. Babich, et al. re RE: Subsys Analysis Two - Subys Sales by Specialty vs Market | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | |
| 64 | 039 | | 5/31/2019 | | Response to Lead Plaintiff's Second Set of Requests for Admission Addressed to Michael L. Babich | | Authenticity Stipulated |
| 65 | 041 | | 6/5/2019 | | Information (United States of America v. Insys Therapeutics, Inc., et al., No. 1:19-cr-10191 (D. Mass.)) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802/805**: Hearsay if used for truth of the matter asserted; hearsay within hearsay | |
| 66 | 042 | | 5/24/2019 | | Defendant Insys Therapeutics, Inc.'s Amended Responses to Lead Plaintiff's First Set of Interrogatories | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of the matter asserted; hearsay within hearsay | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 67 | 044 | | 1/20/2014 | INS-BOS-00068094 | Email from X. Yu to Sales DMS, et al. re  SUBSYS Top Writers Trending by Week 2014-01-17 (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 68 | 50, 82, 162 | | 7/16/2014 | INS-BOS-09162514 | Email from X. Yu to B. Pipko, et al. re  Updates | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 69 | 069 | | 4/10/2014 | INS2151239 | Email from X. Yu to B. Pipko, et al. re Q2 IC Plan (with attachment) | **401**: Compensation not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 70 | 087 | | 8/18/2014 | INS-BOS-09302296; and NATIVE | Email from X. Yu to B. Pipko, et al. re RE: Subsys Q3 Net Sales Forecast vs Actual 8.15 | | Authenticity Stipulated |
| 71 | 094 | | 10/14/2014 | INSYS_AZ_00133900 | Email from D. Englehart to L. McBride, et al. re Speakers Mandatory | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 72 | 098 | | 11/17/2014 | INS-BOS-01036481 | Email from B. Pipko to Sales ONC All, et al. re Expectations [UNSCANNED] | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 73 | 099 | | 12/4/2014 | INS-BOS-08020981 | Email from A. Burlakoff to Sales ONC All, et al. re Daily Rep Report 12-3-2014 [UNSCANNED] | | Authenticity Stipulated |
| 74 | 101 | | 12/17/2014 | INSYS_AZ_00225673 | Email from A. Burlakoff to B. Pipko Re: Daily PSKW Redemption Count [UNSCANNED] | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 75 | 119 | | 4/7/2014 | INS-BOS-00138228 | Email from X. Yu to M. Babich, et al. re SUBSYS Relay Weekly QuickView - Week Ending 04/04 (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 76 | 120 | | 7/8/2014 | INS-BOS-00290732 | Email from X. Yu to M. Babich, et al. re ROO & Subsys Institutional Sales Report May 2014 (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 77 | 121 | | 1/10/2014 | INSYS_AZ_00575856 | Email from X. Yu to Relay Reporting, et al. re ROO Market Monthly Sales Dashboard - Nov'13 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 78 | 122 | | 7/1/2014 | INSYS_AZ_00548738 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 79 | 123 | | 10/11/2014 | INSYS_AZ_00529635 | Email from L. Gurrieri to Relay Reporting, et al. re IRC Numbers Tracking Sheet 10-10-2014 ~60 auths for the day - 230 auths for the week (PA Specialists) (with attachment) | **401**: Prior authorrization issues not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 80 | 124 | | 10/27/2014 | INSYS_AZ_00652098 | Email from J. Doroz to D. Baker, et al. re IRC performance analysis.xlsx (with attachment) | **401**: IRC issues not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 81 | 126 | | 9/6/2014 | INSYS_AZ_00538868 | Email from A. Burlakoff to Sales All re Fw: 56996 TRx, ~184 Rx Yesterday, ~780 Rx for Week | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |
| 82 | 127 | | 9/29/2014 | INSYS_AZ_00533533 | Email from A. Burlakoff to Sales All re Fw: 5 days without new | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of the matter asserted in email or attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 83 | 129 | | 1/9/2019 | | Letter from A. Lelling to J. Sollers, et al. re United States v. Michael L. Babich, No. 16-cr-10343 (D. Mass.); Parties Agreed Statement of Facts; Information | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of the matter asserted in email or attachment; hearsay within hearsay<br>**901**: Authenticity has not been established | |
| 84 | 130 | | 10/28/2016 | INS-BOS-06665290 | Combined Statement | **401**: Speaker payments not relevant to the discrete misrepresentations at issue in this case and records are not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 85 | 131 | | 2/8/2016 | INS-BOS-00793511 | Combined Statement | **401**: Speaker payments not relevant to the discrete misrepresentations at issue in this case and records are not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 86 | 132 | | 12/9/2013 | INS5132459 | Email from M. Babich to D. Baker re Fw: Ny | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 87 | 133 | | 3/16/2018 | | DOJ Press Release - Five Manhattan Doctors Indicted For Accepting Bribes And Kickbacks From A Pharmaceutical Company In Exchange for Prescribing Powerful Fentanyl Narcotic | **401**: Unrelated criminal indictment of non-parties not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce criminal indictment of non-parties<br>**801/802/805**: Hearsay if used for truth of the matter asserted; hearsay within hearsay<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | |
| 88 | 134 | | 5/9/2014 | INSYS_AZ_00556530 | Email from J. Doroz to D. Baker re RE: Inventory Status | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 89 | 136 | | 5/26/2017 | | DOJ Press Release - Dr. Couch and Dr. Ruan Sentenced to 240 and 252 Months In Federal Prison For Running Massive Pill Mill | **401**: Press release regarding crimes of non-parties not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce evidence of criminal activity of non-parties<br>**701**: Impermissible opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**MIL**: Subject to defendants' motions in limine | |
| 90 | 137 | | 5/10/2014 | INSYS_AZ_00557812 | Email from J. Ferayorni to D. Baker, et al. re RE: Michigan doctor prescribing history | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 91 | 138 | | 10/21/2014 | INSYS_AZ_00654766 | Email from K. Thomas to D. Baker re Story about doctor payments/Insys | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 92 | 141 | | 6/10/2019 | | Defendant Darryl S. Baker's Amended Responses to Interrogatories 1 Through 5 of Lead Plaintiff's First Set of Interrogatories | | |
| 93 | 142 | | 6/10/2019 | | Defendant Darryl S. Baker's Responses to Lead Plaintiff's Second Set of Interrogatories | | |
| 94 | 143, 214 | | 10/6/2014 | INS-BOS-09261017 | Email from D. Baker to M. Babich re RE: Observations | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case | Authenticity Stipulated |
| 95 | 153 | | 4/21/2014 | INSYS-MDL-007609202 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 96 | 154 | | 4/28/2014 | INSYS-MDL-007612414 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 97 | 155 | | 5/14/2014 | DIDONATO-EJF-0026754 | Email from A. Burlakoff to X. Yu, et al. re Re: Subsys Analysis Two - Subsys Sales by Specialty vs Market | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 98 | 157 | | 6/6/2014 | INS-BOS-09164455 | Email from X. Yu to A. Burlakoff, et al. re Some numbers on pain-onc separation | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 99 | 158 | | 6/20/2014 | INSYS-MDL-008152777 | Email from X. Yu to B. Pipko RE: Average amount of refills for subsys oncology patient versus a pain patient | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 100 | 160 | | 6/30/2014 | INS-BOS-00513814 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury; cumulative; waste of time<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 101 | 161 | | 7/7/2014 | INSYS-MDL-008156462 | Email from X. Yu to J. Kapoor, et al. re FW: Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 102 | 163 | | 8/4/2014 | INS-BOS-11821008 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 103 | 164 | | 8/11/2014 | INS-BOS-09172047 | Email from X. Yu to B. Pipko, et al. re RE: Subsys Q3 Net Sales Forecast vs Actual Wk Ending 8.8 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury<br>**801/802**: Hearsay if used for truth of matter asserted<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 104 | 165 | | 8/18/2014 | INS-BOS-09302296 | Email from X. Yu to B. Pipko, et al. re RE: Subsys Q3 Net Sales Forecast vs Actual 8.15 | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 105 | 166 | | 10/8/2014 | DIDONATO-EJF-0017927 | Email from X. Yu to J. Kapoor, et al. re FW: Oncology Q3 detail call report | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | |
| 106 | 167 | | 10/15/2014 | INS-BOS-09199843 | Email from X. Yu to A. Burlakoff, et al. re Update on various oncology projects | | Authenticity Stipulated |
| 107 | 168 | | 10/29/2014 | INS-BOS-09187527 | Email from D. Bucher to X. Yu, et al. RE JK Report w/Specialty Group | | Authenticity Stipulated |
| 108 | 169 | | 11/3/2014 | INS-BOS-11842678 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 109 | 170 | | 11/10/2014 | INS-BOS-04027954 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 110 | 171 | | 12/1/2014 | INS-BOS-04027589 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 111 | 172 | | 12/26/2014 | INS-BOS-11839931 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 112 | 173 | | 12/15/2014 | INSYS-MDL-007272572 | Email from X. Yu to M. Babich, et al. re SUBSYS Relay Weekly QuickView - Week Ending 12/12 (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 113 | 200, 221 | | 9/11/2018 | | Second Superseding Indictment (United States of America v. Babich, et al., No. 1:16-cr-10343 (D. Mass.)) | **401:** Criminal indictment is not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 114 | 201 | | 1/9/2019 | | Parties' Agreed Statement of Facts (United States of America v. Babich, No. 1:16-cr-10343 (D. Mass.)) | | |
| 115 | 202 | | 6/4/2019 | | Letter from A. Lelling to G. Hobart re United States v. Insys Pharma, Inc.; Statement of Facts for Insys Therapeutics, Inc. Deferred Prosecution Agreement and Insys Pharma, Inc. Plea Agreement | **801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 116 | 203 | | 6/11/2019 | | Defendant John N. Kapoor's Responses and Objections to Lead Plaintiff's Second Set of Requests for Admission | | |
| 117 | 204 | | 12/1/2015 | | Thomson Reuters Transcript - Insys Therapeutics Inc. at Piper Jaffray Healthcare Conference | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce evidence that would confuse the jury | |
| 118 | 207 | | 5/10/2019 | | Defendant John N. Kapoor's Responses and Objections to Lead Plaintiff's First Set of Interrogatories | **401:** Contains responses to requests that are not relevant to the discrete misrepresentations at issue in this case<br>**801/802:** Hearsay if used for truth of matter asserted<br>**611:** Improper mode and order of presentation | |
| 119 | 208 | | 6/11/2019 | | Defendant John N. Kapoor's Responses and Objections to Lead Plaintiff's Second Set of Interrogatories | **401:** Contains responses to requests that are not relevant to the discrete misrepresentations at issue in this case<br>**801/802:** Hearsay if used for truth of matter asserted<br>**611:** Improper mode and order of presentation | |
| 120 | 215 | | 10/14/2014 | INS-BOS-09263678 | Email from M. Babich to P. Fourteau re RE: Staffing Follow-Up | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 121 | 216, 222 | | 11/28/2018 | | Transcript of Rule 11 Hearing (United States of America v. Burlakoff, No. 16-cr-10343 (D. Mass.)) | **401:** Non-party's criminal plea is not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce evidence of criminal acts of non-party<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 122 | 217 | | 11/12/2014 | DIDONATO-EJF-0024149 | Email from A. Burlakoff to J. Kapoor re Fwd: Time for Oncology to do some lifting. You are already! | | |
| 123 | 219 | | 12/1/2014 | INS-BOS-04027589 | Email from R. Pitts to Relay Report, et al. re Daily PSKW Redemption Court [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 124 | 220 | | 6/5/2012 | INS-BOS-08485335 | Alec Burlakoff Resume | | Authenticity Stipulated |
| 125 | 224 | | 12/12/2013 | | News Release - Insys Therapeutics Receives Subpoena from Office of Inspector General | **401:** Article regarding OIG subpoena is not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 126 | 225 | | 10/14/2014 | INS-BOS-09263624 | Email from M. Babich to P. Fourteau re FW: Staffing Follow-Up | | Authenticity Stipulated |
| 127 | 233 | | 10/29/2014 | INS-BOS-09187515 | Email from D. Bucher to X. Yu, et al. re RE: JK Report w/Specialty Group | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 128 | 234 | | 11/12/2014 | INS-BOS-09190014 | Email from A. Burlakoff to B. Pipko re RE: Time for Oncology to do some lifting. You are already! | | Authenticity Stipulated |
| 129 | 235 | | 11/20/2014 | INS-BOS-09192584 | Email from A. Burlakoff to Sales ONC, et al. re we have not failed / we cannot quit / we will supersede all expectations! | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; evidence would confuse jury<br>**801/802:** Hearsay if used for truth of matter asserted<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 130 | 242 | | 1/3/2019 | | Information (United States of America v. Babich, No. 1:16-cr-10343 (D. Mass.)); Criminal Case Cover Sheet | | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 131 | 243 | | 6/10/2019 | | Defendant Michael L. Babich's Response to Lead Plaintiff's Third Set of Requests for Admission Addressed to Michael L. Babich | | |
| 132 | 244 | | 2/15/2019 | | Excerpt of Transcript Testimony of Michael L. Babich, February 15, 2019 (Trial Day 20) (United States of America v. Gurry, et al., No. 16-cr-10343 (D. Mass.)) | | |
| 133 | 245, Smith 007 | | 3/3/2015 | | Thomson Reuters Transcript - Q4 2014 Insys Therapeutics Inc. Earnings Call | | |
| 134 | 246 | | 5/31/2019 | | Defendant Michael L. Babich's Responses to Lead Plaintiff's First Set of Interrogatories | | |
| 135 | 247 | | 6/14/2019 | | Defendant Michael L. Babich's Responses to Lead Plaintiff's Second Set of Interrogatories | | |
| 136 | 254 | | 12/26/2014 | INS-BOS-11839931 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 137 | | | 9/17/2012 | INSYS-MDL-009299685 | Email from A. Burlakoff to Sales All, et al. re Insys Speaker Program | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **801/802:** Hearsay if used for the truth of the matter asserted | Authenticity Stipulated |
| 138 | | | 8/19/2012 | INS5241982 | Email from H. Brown to M. Babich, et al. re Physician update | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time **801/802:** Hearsay if used for the truth of the matter asserted | Authenticity Stipulated |
| 139 | | | 11/3/2014 | INS-BOS-09188096 | Email from B. Pipko to M. Babich, et al. re Oncology Strategy Meeting 11/3 (with attachment) | | Authenticity Stipulated |
| 140 | | | 8/25/2015 | INSYS-MDL-008347628 | Email from K. Sharpsten to X. Yu re Oncologist recap.xlsx (with attachment) | **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 141 | | | 5/1/2015 | INS-BOS-09209983 | Email from A. Burlakoff to X. Yu, et al. re Re: | **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 142 | | | 7/3/2014 | INS-BOS-00286040 | Email from A. Burlakoff to Sales RDs, et al. re FW: Tirf rems | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **801/802:** Hearsay if used for truth of the matter asserted | Authenticity Stipulated |
| 143 | | | 9/3/2014 | INSYS_AZ_00151514 | Email from B. Pipko to R. Florek re RE: Buy and Bill Background | **801/802:** Hearsay if used for truth of matter asserted **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 144 | | | 10/14/2014 | INS-BOS-09263624 | Email from M. Babich to P. Fourteau re FW: Staffing Follow-Up | | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 145 | | | 9/9/2014 | INS-BOS-01036877 | Email from A. Burlakoff to F. Serrano, et al. re 57239 TRx, ~227 Rx Yesterday, ~227 Rx for Week | 401: Not relevant to the discrete misrepresentations at issue in this case 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time 801/802: Hearsay if used for truth of matter asserted 601, 602: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 146 | | | 9/9/2014 | INS-BOS-08024429 | Email from J. Roper to A. Burlakoff, et al. re RE: 57239 TRx, ~227 Rx Yesterday, ~227 Rx for Week | | Authenticity Stipulated |
| 147 | | | 9/9/2014 | INS-BOS-08024431 | Email from F. Serrano to J. Roper, et al. re Re: 57239 TRx, ~227 Rx Yesterday, ~227 Rx for Week | | Authenticity Stipulated |
| 148 | | | 11/3/2014 | INS-BOS-08021936 | Email from X. Yu to A. Burlakoff re RE: Onc top prescriber list | 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case 801/802: Hearsay if used for truth of matter asserted 601, 602: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 149 | | | 9/8/2014 | DIDONATO-EJF-0096508 | DOJ Subpoena directed to Keeper of Records, INSYS Therapeutics, Inc. | 401: DOJ subpoena not relevant to the discrete misrepresentations at issue in this case 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce criminal subpoena; evidence would confuse jury | |
| 150 | | | 12/10/2013 | DIDONATO – EJF - 0142595 | Email from J. Kapoor to M. Gauwitz, et al. FW: CONFIDENTIAL and TIME SENSITIVE (with attachments) | 401: DOJ subpoena not relevant to the discrete misrepresentations at issue in this case 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; introducing criminal subpoena would confuse jury 601, 602: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document 901: Authenticity has not been established | |
| 151 | | | 8/7/2013 | INS2170814; and NATIVE | Spreadsheet | 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case 801/802: Hearsay if used for truth of matter asserted 601, 602: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 152 | | | 10/7/2013 | INS3207759 | Email from X. Yu to A. Chavan, et al. re: SUBSYS Relay Weekly QuickView - Week Ending 10/04 | 401: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time 801/802: Hearsay if used for truth of matter asserted 601, 602: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 153 | | | 5/2/2013 | INS3325626 | Email from A. Burlakoff to M. Babich re:  1.3 rx / per day / per rep / per territory | 403: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case 801/802: Hearsay if used for truth of matter asserted 601, 602: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 154 | | | 7/7/2014 | INS-BOS-00286096 | Email from X. Yu to M. Babich, et al. re: SUBSYS Relay Weekly QuickView - Week Ending 07/04 (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 155 | | | 10/27/2014 | INS-BOS-00287859 | Email from X. Yu to M. Babich, et al. re SUBSYS Relay Weekly QuickView - Week Ending 10/24 (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 156 | | | 12/8/2014 | INS-BOS-00294660 | Email from X. Yu to M. Babich, et al. re: SUBSYS Relay Weekly Quickview - Week Ending 12/05 | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 157 | | | 9/2/2014 | INS-BOS-01036827 | Email from Y. Jamison to A. Burlakoff, et al. re FW: Action necessary on your part (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 158 | | | 5/28/2014 | INS-BOS-01738999 | Email from K. McCoy to A. Burlakoff re: Top 20 HCP's Potential - 3-month & 13 week by District | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 159 | | | 12/30/2014 | INS-BOS-04029228 | Email from A. Burlakoff to Sales All, et al. re Fw: TRx 73377, ~ 246 Rx Yesterday, ~ 246 Rx for Week (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 160 | | | 7/23/2014 | INS-BOS-04031209 | Email from N. Oquendo to C. Homrich, et al. re Follow-up from Yesterday IRC Meeting | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 161 | | | 11/10/2014 | INS-BOS-04051872 | Email from A. Burlakoff to Sales RDs, et al. re SUBSYS Relay Weekly QuickView - Week Ending 11/07 | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 162 | | | 11/26/2013 | INS-BOS-06710402; and NATIVE | Spreadsheet | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 163 | | | 8/30/2013 | INS-BOS-06711300; and NATIVE | Spreadsheet | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 164 | | | 6/1/2015 | INS-BOS-08034099 | Email from D. Baker to J. Kapoor, et al. RE: Important/Confidential (with attachments) | **401:** C&R pharmacy not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case | Authenticity Stipulated |
| 165 | | | 6/2/2014 | INS-BOS-09135695 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 166 | | | 11/20/2014 | INS-BOS-09174099 | Email from X. Yu to A. Burlakoff, et al. re Sales Force Org Chart Q1 2015.xlsx (with attachment) | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 167 | | | 11/24/2014 | INS-BOS-09180087 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 168 | | | 12/8/2014 | INS-BOS-09182612 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 169 | | | 12/10/2014 | INS-BOS-09183330 | Email from K. Sharpsten to B. Pipko, et al. re ROO Market weekly dashboard- Oncologists IMS through 11/28, REMS through 12/5 (with attachments) | | Authenticity Stipulated |
| 170 | | | 10/27/2014 | INS-BOS-09186884 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 171 | | | 11/17/2014 | INS-BOS-09191204 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 172 | | | 10/15/2014 | INS-BOS-09199850 | Email from X. Yu to A. Burlakoff, et al. re RE: Update on various oncology projects | | Authenticity Stipulated |
| 173 | | | 10/22/2014 | INS-BOS-09201660 | Email from K. Sharpsten to B. Pipko, et al. re ROO market weekly dashboard- Oncologists (with attachments) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 174 | | | 3/30/2015 | INS-BOS-09223816 | Email from A. Turman to A. Burlakoff re FW: GBC - 2015 (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 175 | | | 9/22/2014 | INS-BOS-09327293 | Email from P. Forteau to M. Babich re Fwd: Daily PSKW Redemption Count [UNSCANNED] (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 176 | | | 3/5/2015 | INS-BOS-09399804 | Email from R. Pitts to J. Rowan et al. re IMPORTANT - Joseph Rowan Region Daily REMS Report / Authorized Rx Count - 3.4.15 (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 177 | | | 3/5/2015 | INS-BOS-09399806 | Email from R. Pitts to S. Lee re IMPORTANT - Sunrise Lee Region Daily REMS Report / Authorized Rx Count - 3.4.15 (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; dupliciative; waste of time<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 178 | | | 1/1/2015 | INS-BOS-09772957 | Email from A. Burlakoff to Sales ALL re TRx 73767 , ~ 159 Rx Yesterday, ~ 638 Rx for Week (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 179 | | | 12/15/2014 | INS-BOS-11839854 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 180 | | | 9/16/2014 | INSYS-MDL-009197262 | Checks signed by Baker for Speaker Program | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted on forms | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 181 | | | 3/5/2015 | INSYS_AZ_00218749 | Email from R. Pitts to B. Pipko, et al. re IMPORTANT - Brian Pipko Region Daily REMS Report / Authorized Rx Count - 3.4.15 (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 182 | | | 10/27/2014 | INSYS_AZ_00527359 | Email from A. Burlakoff to Sales All re Daily Rep Report 10-25-2014 [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 183 | | | 7/1/2014 | INSYS_AZ_00547959 | Email from L. Gurrieri to Relay Reporting, et al. re IRC Numbers Tracking Sheet 07-01-14 - 20 auths for the day - 42 so far this week (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 184 | | | 7/2/2014 | INSYS_AZ_00548096 | Email from X. Yu to Relay Reporting, et al. re RE: ROO Market Weekly Sales Dashboard - Week Ending 06/20 (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 185 | | | 1/10/2014 | INSYS_AZ_00574309 | Email from N. Casura to Relay Reporting re CORRECTION FOR IRC #'S: Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 186 | | | 1/2/2014 | INSYS_AZ_00574896 | Email from X. Yu to Sales All, et al. re SUBSYS New Writer Initiation & Reversals for 1/1/14 (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 187 | | | 1/8/2014 | INSYS_AZ_00576306 | Email from X. Yu to Relay Reporting, et al. re: ROO Market Weekly Sales Dashboard - Week Ending 12/27 (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 188 | | | 2/16/2015 | INSYS-MDL-008587917 | Email from K. Sharpsten to X. Yu re FW: Slide with specialty information (with attachment) | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 189 | | | 10/29/2014 | INSYS_AZ_00234499 | Email from X. Yu to A. Burlakoff, et al. re FW: JK Report w/Specialty Group | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 190 | | | 7/20/2014 | INSYS-MDL-007525831 | Email from A. Burlakoff to Sales All, et al. re Fw: 50934 TRx, ~16 Rx Yesterday, ~ 840 Rx for Week (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 191 | | | 1/6/2014 | INSYS-MDL-007791355 | Email from X. Yu to Relay Reporting, et al. re SUBSYS Relay Weekly QuickView - Week Ending 01/03 | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 192 | | | 9/5/2014 | INSYS-MDL-008563543 | Email from X. Yu to D. Bucher re Book1.xlsx | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 193 | | | 12/11/2014 | INSYS-MDL-008175882 | Email from R. Pitts to X. Yu, et al. re Add to account file (with attachment) | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 194 | | | 12/15/2014 | INSYS-MDL-008176823 | Email from R. Pitts to X. Yu, et al. re Add to account file. (with attachment) | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 195 | | | 1/2/2015 | INSYS-MDL-008179146 | Email from X. Yu to K. McCoy re FW: New writers over holiday (with attachment) | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 196 | | | 5/26/2016 | INSYS-MDL-008293284 | Email from K. McCoy to X. Yu re RE: Kansas (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 197 | | | 10/22/2014 | INSYS-MDL-008347084 | Email from K. Sharpsten to B. Pipko, et al. re Oncology sales deck for strategy meeting (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 198 | | | 3/20/2014 | INSYS-MDL-008446013 | Email from X. Yu to R. Florek, et al. re Subsys sales by specialty (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 199 | | | 7/31/2014 | INSYS-MDL-008457518 | Email from K. Sharpsten to X. Yu, et al. re First Onc roo report (with attachments) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 200 | | | 11/24/2014 | INSYS-MDL-008464833 | Email from R. Pitts to X. Yu, et al. re Add to account file. (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 201 | | | 12/1/2014 | INSYS-MDL-008474693 | Email from R. Pitts to X. Yu, et. al. re Add to account file (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 202 | | | 12/3/2014 | INSYS-MDL-008475510 | Email from R. Pitts to X. Yu, et al. re Add to account file (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 203 | | | 12/4/2014 | INSYS-MDL-008475929 | Email from R. Pitts to X. Yu, et al. re Add to account file (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 204 | | | 5/1/2015 | INSYS-MDL-008481767 | Email from K. Sharpsten to X. Yu re VERY ROUGH draft | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 205 | | | 5/1/2015 | INSYS-MDL-008481812 | Email from K. Sharpsten to X. Yu re RE: | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 206 | | | 4/9/2014 | INSYS-MDL-008554456 | Email from X. Yu to J. Grosshans re RE: Expansion | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 207 | | | 11/13/2014 | INSYS-MDL-008571523 | Email from R. Pitts to X. Yu, et al. re Add to account file. | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 208 | | | 11/20/2014 | INSYS-MDL-008574042 | Email from R. Pitts to X. Yu, et al. re Add to account file | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 209 | | | 11/21/2014 | INSYS-MDL-008574372 | Email from R. Pitts to X. Yu, et al. re Add to account file | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 210 | | | 9/25/2014 | INSYS-MDL-008574624 | Email from R. Pitts to X. Yu, et al. re Add to account file. | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 211 | | | 4/16/2014 | INSYS-MDL-009197314 | ISP Program Check to J. Rosenberg and corresponding check request and ledger entry | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted on forms | Authenticity Stipulated |
| 212 | | | 2/18/2015 | INSYS-MDL-009548299 | Email from D. Englehart to R. Kerr, et al. re Fwd: Top 20 HCP's Potential- 3-month & 13 week by District | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 213 | | | 11/25/2014 | INSYS-MDL-010711696 | Email from J. Roper to K. Flynn, et al. re Fwd: REMINDER:  IRC CONTACT LIST  ACTION REQUIRED | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 214 | | | 12/12/2014 | INS-BOS-01036121 | Email from K. Sharpsten to A. Burlakoff, et al. re Copy of Book3.xlsx | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 215 | | | 2/13/2019 | | "Sales Team Rap Video Adds to John Kapoor's Woes at Opiod Trial," Bloomberg, February 13, 2019 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce negative media coverage<br>**404**: Inappropriate character evidence through negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**MIL**: Subject to defendants' motions in limine | |
| 216 | | | 1/25/2016 | INSYS-COFFMAN006090 | "Insys finding 'new ways to mislead insurance companies,' SIRF says," The Fly on the Wall, January 25, 2016. | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 217 | | | 12/3/2015 | INSYS-COFFMAN006086 | "$INSY Murder Incorporated: Insys Therapeutics," Bloomberg, December 3, 2015, 12:21 PM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 218 | | | 1/25/2016 | INSYS-COFFMAN006088 | "*Insys Therapeutics Mentioned Cautiously Again by SIRF," Bloomberg, January 25, 2016, 9:58 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 219 | | | 12/8/2014 | INSYS-COFFMAN003247<br><br>INSYS-COFFMAN005827 | "An Emerging Leader in Supportive Care and Pain Management; Initiating at Buy," Jefferies, December 8, 2014 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report not best evidence | |
| 220 | | | 8/6/2015 | INSYS-COFFMAN002170<br><br>INSYS-COFFMAN005913 | "Continued Execution on Revenue Growth and Pipeline Progress; Raising Estimates and Price Target," JMP Securities, August 6, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 221 | | | 1/9/2019 | INSYS-COFFMAN006095 | "Former Insys CEO pleads guilty to opioid kickback scheme," Reuters, January 9, 2019, 4:36 PM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage of criminal trial<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 222 | | | 8/6/2015 | INSYS-COFFMAN001774 | "FQ2 2015 Earnings Call Transcripts," S&P Capital IQ, August 6, 2015 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay for truth of matter asserted | |
| 223 | | | 10/29/2015 | INSYS-COFFMAN002274<br><br>INSYS-COFFMAN005960 | "INSY - FDA fast tracking of naloxone spray evidently discloses new pipeline product," RBC Capital Markets, October 29, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report not best evidence | |
| 224 | | | 5/7/2015 | INSYS-COFFMAN002055<br><br>INSYS-COFFMAN005912 | "INSY 1Q revenue in-line; 10AM ET call to focus on the growing and under-appreciated pipeline - remain buyers," RBC Capital Markets, May 7, 2015 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |
| 225 | | | 11/5/2015 | INSYS-COFFMAN002281<br><br>INSYS-COFFMAN005967 | "INSY reports big Subsys beat and share buyback; management change to be discussed on 10AM ET call," RBC Capital Markets, November 5, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report not best evidence | |
| 226 | | | 12/3/2015 | INSYS-COFFMAN002585<br><br>INSYS-COFFMAN005968 | "INSY Showcases Deep, Late-Stage Pipeline During Its First Ever Investor Day," Jefferies, December 3, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report not best evidence | |
| 227 | | | 11/11/2014 | INSYS-COFFMAN003200<br><br>INSYS-COFFMAN005822 | "INSY: Solid Q3 Led By Subsys Revenue Beat," Wells Fargo, November 11, 2014 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 228 | | | 9/5/2014 | INSYS-COFFMAN003019<br><br>INSYS-COFFMAN005724 | "INSY: Subsys Rx Rebound To Near All-Time Highs," Wells Fargo, September 5, 2014 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002:** Article part of compiled report is not best evidence | |
| 229 | | | 1/25/2016 | INSYS-COFFMAN006089 | "Insys Sinks 8.9% After Another cautious Mention From SIRF," Bloomberg, January 25, 2016, 10:16 AM ET | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 230 | | | 11/4/2015 | INSYS-COFFMAN006084 | "Insys sinks after CNBC investigates prescribing practices," The Fly on the Wall, November 4, 2015 | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce negative media coverage<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 231 | | | 12/3/2015 | INSYS-COFFMAN006104 | "Insys Therapeutics off 17% on bearish article by investigative reporter," Seeking Alpha, December 3, 2015, 3:46 PM ET | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce negative media coverage<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 232 | | | 1/25/2016 | INSYS-COFFMAN006256 | "Insys Therapeutics Releases Statement on Its Patient Services Center," GlobeNewswire, January 25, 2016, 12:55 PM ET | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 233 | | | 12/3/2015 | | Insys Therapeutics, Inc. Analyst/Investor Day Transcript, S&P Capital IQ, 8:30 AM ET | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805:** Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**FRCP 26(a), 34, 37:** Failed to timely disclose, not included in discovery | |
| 234 | | | 12/2/2015 | INSYS-COFFMAN006251 | "Insys Therapeutics, Inc. Announces Speakers for December 3, 2015 Investor Day," GlobeNewswire, December 2, 2015, 7:30 AM ET | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |
| 235 | | | 11/4/2015 | INSYS-COFFMAN006083 | "Insys's Prescribing of Painkiller Criticized, Shares Slide: CNBC," Bloomberg, November 4, 2015, 9:46 AM ET | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce negative media coverage<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 236 | | | 12/4/2015 | INSYS-COFFMAN002590 INSYS-COFFMAN005988 | "Investor Day Highlights Pipeline Opportunity," Oppenheimer, December 4, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **1002**: Article part of compiled report is not best evidence | |
| 237 | | | 4/20/2015 | INSYS-COFFMAN001995 INSYS-COFFMAN005907 | "Key Takeaways from Investor Meetings with Insys Management," Jefferies, April 20, 2015 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **1002**: Article part of compiled report is not best evidence | |
| 238 | | | 9/25/2014 | INSYS-COFFMAN003045 INSYS-COFFMAN005734 | "Management Update Increases Conviction in Subsys Growth and Diversified Pipeline Opportunities," JMP Securities, September 25, 2014 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **1002**: Article part of compiled report is not best evidence | |
| 239 | | | 11/3/2015 | INSYS-COFFMAN006074 | "NIGHTLY BUSINESS REPORT for November 03, 2015, PBS," Nightly Business Report, November 3, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce negative media coverage **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 240 | | | 5/7/2015 | INSYS-COFFMAN006160 | "Q1 2015 INSYS Therapeutics Inc Earnings Call - Final," Dow Jones, May 7, 2015, | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 241 | | | 8/12/2014 | INSYS-COFFMAN001758 | "Q2 2014 Insys Therapeutics Inc Earnings Call – Final," Dow Jones, August 12, 2014 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 242 | | | 11/11/2014 | INSYS-COFFMAN001765 | "Q3 2014 Insys Therapeutics Inc Earnings Call – Final," Dow Jones, November 11, 2014 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 243 | | | 3/3/2015 | INSYS-COFFMAN001785 | "Q4 2014 Insys Therapeutics Inc Earnings Call – Final," Dow Jones, March 3, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 244 | | | 3/9/2015 | INSYS-COFFMAN001970 INSYS-COFFMAN005887 | "Raising price target again post management meetings on higher pipeline confidence," RBC Capital Markets, March 9, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **1002**: Article part of compiled report is not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 245 | | | 12/3/2015 | INSYS-COFFMAN006087 | "Rule bending 'institutionalized' at Insys Therapeutics, SIRF says," Theflyonthewall, December 3, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 246 | | | 12/3/2015 | INSYS-COFFMAN002577<br><br>INSYS-COFFMAN005973 | "Should INSY remain public? "Go-private" rationale likely to get more focus," RBC Capital Markets, December 3, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |
| 247 | | | 10/27/2015 | INSYS-COFFMAN002245<br><br>INSYS-COFFMAN005936 | "Specialty Pharma: 3Q2015 Preview," RBC Capital Markets, October 27, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |
| 248 | | | 8/6/2015 | INSYS-COFFMAN002162<br><br>INSYS-COFFMAN005919 | "Subsys Strong Once Again; Key Pipeline Milestones On the Horizon," Piper Jaffray, August 6, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |
| 249 | | | 10/2/2014 | INSYS-COFFMAN003073<br><br>INSYS-COFFMAN005742 | "Subsys the focus but pipeline is the key to upside – initiate with OP rating," RBC Capital Markets, October 2, 2014 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |
| 250 | | | 9/15/2015 | INSYS-COFFMAN002202<br><br>INSYS-COFFMAN005927 | "Survey Suggests That A Plateau For Subsys Is Unlikely Anytime Soon," Piper Jaffray, September 15, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |
| 251 | | | 12/4/2015 | INSYS-COFFMAN002606<br><br>INSYS-COFFMAN005981 | "Takeaways From Insys Investor Day," JMP Securities, December 4, 2015 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**1002**: Article part of compiled report is not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 252 | | | 12/3/2015 | INSYS-COFFMAN006123 | "The group that helped break open the Valeant story just called another pharma company 'Murder Incorporated'," Business Insider, December 3, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 253 | | | 5/3/2019 | INSYS-COFFMAN006092 | "The Latest: Drug company founder disappointed in conviction," Associated Press, May 2, 2019, 3:31 PM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 254 | | | 11/4/2015 | INSYS-COFFMAN006126 | "The pain killer: A drug company putting profits above patients," CNBC, November 4, 2015 10:13 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 255 | | | 4/9/2015 | INSYS-COFFMAN001982<br><br>INSYS-COFFMAN005899 | "Tidbits from the Road with Management; Reiterating Overweight," Piper Jaffray, April 9, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |
| 256 | | | 10/28/2014 | INSYS-COFFMAN003155<br><br>INSYS-COFFMAN005773 | "Two Emerging Platforms Powering Compelling LT Growth; Initiating At Overweight," Piper Jaffray, October 28, 2014. | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |
| 257 | | | 2/1/2016 | INSYS-COFFMAN002826<br><br>INSYS-COFFMAN005995 | "We see value dislocation post Subsys deep dive and physician survey – reiterate OP," RBC Capital Markets, February 1, 2016 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 258 | | | 12/3/2015 | INSYS-COFFMAN006085 | "Within the hour @SIRF_Report releasing first of a two-part, multi-month investigation," Bloomberg, December 3, 2015, 10:01 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 259 | | | 11/4/2015 | INSYS-COFFMAN006091 | A drug company making millions off your pain," CNBC, November 4, 2015, 8:00 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage; incomplete; prejudicial to include only headline for video<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 260 | | | 1997 | INSYS-COFFMAN005279 | A. Craig MacKinlay, Event Studies in Economics and Finance, 35 J. ECON. LITERATURE, 13 (1997) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 261 | | | 2000 | INSYS-COFFMAN005512 | Alexandros Benos and Michael Rockinger, "Market Response to Earnings Announcements and Interim Reports: An Analysis of SBF120 Companies," Annals of Economics and Statistics, 2000 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 262 | | | 8/1/2017 | | Order on Motion to Dismiss (Doc. 107) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce court order ruling against defendants on matters of law; evidence would confuse jury | |
| 263 | | | 1988 | INSYS-COFFMAN005456 | Barclay, M. and R. Litzenberger (1988), "Announcement Effects of New Equity Issues and the Use of Intraday Price Data," Journal of Financial Economics, 21 (I) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 264 | | | 2006 | INSYS-COFFMAN005446 | Excerpts from Damodaran, Aswath, Investment Valuation, Tools and Techniques for Determining the Value of Any Asset, John Wiley & Sons (2006) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 265 | | | 2001 | INSYS-COFFMAN005592 | DeFusco, Richard A., Dennis W. McLeavey, Jerald E. Pinto & David E. Runkle, Quantitative Methods for Investment Analysis, 292 (2001) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 266 | | | 11/3/2015 | INSYS-COFFMAN006111 | Dina Gusovsky (DinaGuvosky), "Part One of my series, Pushing Pain: Profits before Patients will air on @bizrpt tonight on @PBS tune in! 6:30-7pmET," Twitter, November 3, 2015, 3:42 PM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 267 | | | 1/4/2012 | INSYS-COFFMAN006112 | CDC -- Drug Diversions - Puts patients at risk for healthcare-associated infections | **401**: Drug diversion issue is not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce document regarding dangers "drug diversion"; inflamatory; would confuse jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 268 | | | 3/3/2015 | INSYS-COFFMAN000596 | Insys SEC Form 10-K for the fiscal year ended December 31, 2014 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 269 | | | 2002 | INSYS-COFFMAN005569 | Jeffrey A. Busse and T. Clifton Green, "Market Efficiency in Real Time," Journal of Financial Economics 65, no. 3 (2002) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 270 | | | 1998 | INSYS-COFFMAN005101 | John J. Binder, The Event Study Methodology Since 1969, 11 REV. QUANTITATIVE FIN. & ACCT., 111 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 271 | | | 2001 | INSYS-COFFMAN005594 | Kothari, S. P. and J. B. Warner, "Econometrics of Event Studies," in B. E. Eckbo (ed.), The Handbook of Empirical Corporate Finance (Amsterdam: Elsevier/North-Holland, 2007), Chapter 1: Econometrics of Event Studies, | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 272 | | | 1984 | INSYS-COFFMAN005656 | Patell, J. and M. Wolfson (1984), "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," Journal of Financial Economics, 13(2) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805:** Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 273 | | | 2011 | INSYS-COFFMAN005565 | Excerpt from Richard A. Brealey & Stewart C. Myers, Principles of Corporate Finance, (McGraw-Hill 10th ed. 2011) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 274 | | | 12/3/2015 | INSYS-COFFMAN006086 | SIRF (@SIRF_Report), "$INSY Murder Incorporated: Insys Therapeutics," Twitter, December 3, 2015, 12:16 PM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | |
| 275 | | | 12/3/2015 | INSYS-COFFMAN006085 | SIRF (@SIRF_Report), "Within the hour @SIRF_Report releasing first of a two-part, multi-month investigation," Twitter, December 3, 2015, 9:54 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | |
| 276 | | | 11/11/2014 | INSYS-COFFMAN003206<br>INSYS-COFFMAN005812 | Subsys momentum continues and pipeline focus about to pick-up; raising PT," RBC Capital Markets, November 11, 2014 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |
| 277 | | | 1999 | INSYS-COFFMAN005367 | Tabak, David and Frederick Dunbar, Materiality and Magnitude: Event Studies in the Courtroom, Nat'l Econ. Research Assocs., Working Paper No. 34, 1999 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 278 | | | 11/4/2015 | INSYS-COFFMAN006101 | The Fly (@TheFlyNews), "Insys down 2% after CNBC investigates prescribing practices $INSY: Full Story bit.ly/1HqZEG9," Twitter, November 4, 2015, 9:34 AM ET. | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 279 | | | 12/4/2015 | INSYS-COFFMAN006102 | What's Going On With Insys Therapeutics?," Benzinga, December 4, 2015, 8:22 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 280 | | | 1968 | INSYS-COFFMAN005074 | William H. Beaver "The Information Content of Annual Earnings Announcements," Empirical Research in Accounting: Selected Studies, 1968, supplement to the Journal of Accounting Research, Vol. 6, (1968), | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Impermissible opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 281 | | | 6/18/2019 | | Defendant John N. Kapoor's Supplemental Responses and Objections to Lead Plaintiff's First Set of Interrogatories | **611**: Improper mode and order of presentation | |
| 282 | | | 6/5/2019 | | US DOJ June 5, 2019, Press Release - Opioid Manufacturer Insys Therapeutics Agrees to Enter $225 Million Global Resolution of Criminal and Civil Investigations | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence<br>**MIL**: Subject to defendants' motions in limine | |
| 283 | | | 5/2/2019 | | US DOJ May 2, 2019, Press Release - Founder and Four Executives of Insys Therapeutics Convicted of Racketeering Conspiracy | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**404**: Improper to introduce evidence of other acts of defendant<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 284 | | | 10/26/2017 | | US DOJ October 26, 2017, Press Release - Founder and Owner of Pharmaceutical Company Insys Arrested and Charged with Racketeering | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**404**: Improper to introduce evidence of other acts of defendant<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 285 | | | 4/13/2018 | | US v. Insys, Case No. 2:13-cv-5861-JLS-AJW, ECF No. 64 (C.D. Cal.) - Intervenor Complaint | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**404**: Improper to introduce evidence of other acts of defendant<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 286 | | | | | NCI - Definition of a medical oncologist | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 287 | | | | | US FDA - Transmucosal Immediate-Release Fentanyl (TIRF) Medicines | | |
| 288 | | | 3/26/2012 | | "INSYS Therapeutics Announces the Availability of SUBSYS(TM) (fentanyl sublingual spray) for Breakthrough Cancer Pain," Marketwire, March 26, 2012 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 289 | | | 6/19/2017 | | "Ex-Insys employee pleads guilty in U.S. opioid drug probe," Reuters, June 19, 2017 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 290 | | | 8/4/2014 | INSYS-COFFMAN002982 | "PBM Market Power Leads to Subsys Woes," Oppenheimer, August 4, 2014 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Article part of compiled report is not best evidence | |
| 291 | | | 8/5/2015 | | "AG Rosenblum Settles with Pharmaceutical Company Insys over Unlawful Promotion of the Powerful Opioid Subsys," Oregon Department of Justice, August 5, 2015 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 292 | | | 10/27/2014 | | Amended Class Action Complaint for Violations of the Federal Securities Laws filed October 27, 2014, in Derick Larson v. Insys Therapeutics Incorporated, et al., Case No. cv-14-01043-GMS, ECF No. 41 (D. Arizona). | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 293 | | | | | Bodie, Z., A. Kane, and A. Marcus, Investments, 10th edition. New York: McGraw-Hill/Irwin, 2014, p. 142 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 294 | | | 2012 | INSYS_AZ_00000433 | Cohen, L. and D. Lou (20 12), "Complicated Firms," Journal of Financial Economics, 104(2) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 295 | | | 1995 | INSYS-COFFMAN005201 | Damodar N. Gujarati, Basic Econometrics, 131 –32 (3rd ed. 1995) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 296 | | | | | Grinblatt, Mark, and S. Titman, Financial Markets and Corporate Strategy, 2nd edition. McGraw-Hill, 2002, p. 444 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 297 | | | 2009 | INSYS_AZ_00000657 | Hirshleifer, D., S. Lim, and S. Teoh (2009), "Driven to Distraction: Extraneous Events and Under-Reaction to Earnings News," The Journal of Finance, 64(5) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 298 | | | 9/10/2015 | | UnitedHealthcare Advantage 3 Tier Plans | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established<br>**FRCP 26(a), 34, 37**: Failed to timely disclose, not included in discovery | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 299 | | | 9/5/2015 | | UnitedHealthcare Prescription Drug List | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established<br>**FRCP 26(a), 34, 37**: Failed to timely disclose, not included in discovery | |
| 300 | | | 9/10/2015 | | UnitedHealthcare Advantage 4 Tier Plans | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established<br>**FRCP 26(a), 34, 37**: Failed to timely disclose, not included in discovery | |
| 301 | | | 9/10/2015 | | UnitedHealthcare Traditional 4 Tier Plans | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established<br>**FRCP 26(a), 34, 37**: Failed to timely disclose, not included in discovery | |
| 302 | | | 9/11/2015 | | Unitedhealthcare Traditional 3 Tier Plans | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established<br>**FRCP 26(a), 34, 37**: Failed to timely disclose, not included in discovery | |
| 303 | | | 6/4/2019 | | June 4, 2019 Hearing Transcript (ECF No. 236) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce transcript of proceeding regarding legal issues; evidence would confuse jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 304 | | | 2005 | | Karceski, J., Ongena, S., & Smith, D. (2005), "The Impact of Bank Consolidation on Commercial Borrower Welfare," The Journal of Finance, 60(4) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**901**: Authenticity has not been established | |
| 305 | | | 1994 | | Mitchell, M., & Netter, J. (1994), "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," The Business Lawyer, 49(2) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**901**: Authenticity has not been established<br>**1002**: Not best evidence | |
| 306 | | | 2000 | | Ongena, Steven & Smith, David C (2000), "What Determines the Number of Bank Relationships? Cross-Country Evidence," Journal of Financial Intermediation, 9 (1), | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 307 | | | 2001 | | Ongena, Steven & Smith, David C (2001), "The Duration of Bank Relationships," Journal of Financial Economics. 61 (3) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 308 | | | 2000 | | Sahai, Hardeo and Mohammed I. Ageel, The Analysis of Variance, 2000 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**701**: Improper opinion testimony<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay<br>**1002**: Not best evidence | |
| 309 | | | 1/25/2016 | INSYS-COFFMAN006100 | SIRF (@SIRF_Report), "$INSY 'The Brotherhood of Thieves' tinyurl.com/horl64z All you need to know is sr. execs taped each other admitting insurance fraud," Twitter, January 25, 2016, 10:00 AM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce negative media coverage<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 310 | | | 12/3/2015 | INSYS-COFFMAN006119 | SIRF (SIRF_Report), "Embedded some important audio for tomorrow's @SIRF_Report story," Twitter, January 24, 2016, 7:52 PM ET | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 311 | | | 1/22/2016 | INSYS-COFFMAN006098 | SIRF (SIRF_Report), "Hard-hitting @SIRF_Report update coming out on Monday a.m.," Twitter, January 22, 2016, 3:42 PM E | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 312 | | | unknown | | UCSD Profile: Joseph Caperna | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 313 | | | 10/12/2016 | | Criminal Complaint (United States of America v. Gurrieri, No. 17-cv-10083-ADB (D. Mass.)) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**404**: Impermissible to introduce evidence of other bad acts as evidence of misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 314 | | | 3/15/2018 | | Indictment (United States of America v. Freedman, et al., No. 18-cr-217 (S.D.N.Y.)) | **401**: Unrelated criminal indictment not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of third party criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**404**: Impermissible to introduce evidence of other bad acts as evidence of misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 315 | | | 4/11/2019 | | Lead Plaintiff's Second Set of Requests for Admission Addressed to Michael L. Babich | **401**: Contains requests that are not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce requests for admission as evidence without response<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 316 | | | 5/3/2019 | | Lead Plaintiff's Second Set of Requests for Admission Addressed to John N. Kapoor | **401**: Contains requests that are not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce requests for admission as evidence without response<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 317 | | | 5/6/2019 | | Defendant Insys Therapeutics, Inc.'s Responses to Lead Plaintiff's First Set of Interrogatories | **401**: Contains responses to requests that are not relevant to the discrete misrepresentations at issue in this case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 318 | | | 6/4/2019 | | Defendant Darryl S. Baker's Amended Responses to Interrogatories 7 and 8 of Lead Plaintiff's First Set of Interrogatories | | |
| 319 | | | 6/14/2019 | | Defendant Michael L. Babich's Amended and Supplemental Responses to Lead Plaintiff's Interrogatory Nos. 7 and 8 to Lead Plaintiff's First Set of Interrogatories | | |
| 320 | | | 6/10/2019 | | Defendant Darryl S. Baker's Responses and Objections to Lead Plaintiff's Second Set of Requests for Admission | **401**: Contains responses to requests that are not relevant to the discrete misrepresentations at issue in this case **611**: Improper mode and order of presentation **801/802**: Hearsay if used for truth of matter asserted | |
| 321 | | | 5/10/2019 | | Defendant Darryl S. Baker's Responses to Lead Plaintiff's First Set of Interrogatories | **401**: Contains responses to requests that are not relevant to the discrete misrepresentations at issue in this case **611**: Improper mode and order of presentation **801/802**: Hearsay if used for truth of matter asserted | |
| 322 | | | 6/28/2019 | | Defendant John N. Kapoor's Supplemental Responses and Objections to Lead Plaintiff's Second Set of Interrogatories | **611**: Improper mode and order of presentation | |
| 323 | | | 6/18/2019 | | Defendant John N. Kapoor's Supplemental Responses and Objections to Lead Plaintiff's First Set of Interrogatories (without verification) | **106**: Document is not complete **611**: Improper mode and order of presentation | |
| 324 | | 1 | | Trial Ex. 0000001 | Subsys Spray Bottle | | |
| 325 | | 2 | 8/1/2012 | Trial Ex. 0000002 INS-BOS-02183796 | Email from H. Brown to M. Babich re FW: chi | **401**: Not relevant to the discrete misrepresentations at issue in this case and call notes are not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 326 | | 4 | 10/8/2012 | Trial Ex. 0000006 INS5288808 | Email from C. Hanoch to M. Babich, et al. re Fwd: Weekly Update | **401**: Not relevant to the discrete misrepresentations at issue in this case and call notes are not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 327 | | 6 | 12/31/2013 | Trial Ex. 0000012 INS-BOS-01031938 | Email from O. Gauthier to A. Burlakoff re Fwd: Arkansas | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 328 | | 7 | 1/27/2014 | Trial Ex. 0000014 INS1383768 | Email from O. Gauthier to J. Rowan re Re: HOLD THEIR HANDS AND PRODUCE, NOW | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 329 | | 9 | 10/3/2012 | Trial Ex. 0000074 INS1988515 | Email from R. Simon to M. Babich, et al. re Dr. Mahmood Ahmad and Subsys Distribution | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 330 | | 11 | 3/7/2014 | Trial Ex. 0000078 INS4155370 | Email from A. Bolet to S. Lee re Fwd: OPT IN's LOW | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 331 | | 36 | 10/3/2012 | Trial Ex. 0000107 INS2002744 | Email from A. Burlakoff to M. Babich, et al. re Re: Fwd: resume | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 332 | | 39 | 1/18/2014 | Trial Ex. 0000108 INS2327275 | Email from M. Napoletano to M. Babich, et al. re Learnings Today | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 333 | | 41 | 11/14/2012 | Trial Ex. 0000109 INS2337996 | Email from B. Szymanski to S. Lee, et al. re Re: Dr Wilson | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 334 | | 50 | 9/28/2012 | Trial Ex. 0000113 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 335 | | 52 | 12/23/2013 | Trial Ex. 0000120 INS-BOS-04261440 | Email from D. Reimer to M. Babich, et al. re RE: SUBSYS | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 336 | | 54 | 12/20/2013 | Trial Ex. 0000125 INS-BOS-04262303 | Email from D. Reimer to M. Babich, et al. re RE: C&R and Benzers | | Authenticity Stipulated |
| 337 | | 91 | 11/2/2012 | Trial Ex. 0000127 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 338 | | 92 | 12/3/2012 | Trial Ex. 0000132 INS4750931 | Email from X. Yu to Sales RSMs, et al. re SUBSYS Top Writers Trending by Week 2012-11-30 | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 339 | | 99 | 14-Aug | Trial Ex. 0000167 | Monthly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 340 | | 127 | 12/20/2012 | Trial Ex. 0000205 INS1687613 | Email from A. Burlakoff to Sales Team-Southeast, et al. re Q4 Net Sales Update as of 12.20.2012 | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 341 | | 128 | | Trial Ex. 0000207 | SSP chart | **401**: Not relevant to the discrete misrepresentations at issue in this case and not clear whether data is from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 342 | | 132 | 1/3/2014 | Trial Ex. 0000208 EJF-000198337 | Email from D. Reimer to J. Kapoor re Bruce Kutinsky | **401**: Email about direct sales not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 343 | | 133 | 1/29/2014 | Trial Ex. 0000209 INS1664434 | Email from D. Reimer to M. Babich, et al. re Dr Raun meeting | **401**: Email about direct sales not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay | Authenticity Stipulated |
| 344 | | 135 | 3/24/2014 | Trial Ex. 0000210 INS5305644 | Email from C. Homrich to J. Kapoor, et al. re Direct Sales Update | **401**: Email about direct sales not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 345 | | 140 | 12/13/2013 | Trial Ex. 0000212 INS4657319 | Email from A. Burlakoff to M. Babich, et al. re Fw: Abstral heads up | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 346 | | 150 | 3/3/2014 | Trial Ex. 0000214 INS-BOS-08822428 | Email from S. Ruggiero to D. Reimer, et al. re RE: Insys/C&R contract with proposed changes | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 347 | | 165 | 6/13/2012 | Trial Ex. 0000240 INS-BOS-08730609 | Email from M. Babich to N. Oquendo, et al. re FW: Alec Burlakoff- Resume Attached | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |
| 348 | | 170 | 8/21/2012 | DIDONATO - EJF - 0230437 | Email from M. Babich to N. Oquendo, et al. re RE: Imporant/Confidential | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 349 | | 171 | 8/23/2012 | Trial Ex. 0000255 INS2000419 | Email from M. Babich to A. Burlakoff re RE: Plan of attack | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 350 | | 172 | 8/23/2012 | Trial Ex. 0000256 INS4782898 | Business Development Plan | **401**: Not relevant to the discrete misrepresentations at issue in this case and draft business plan is not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 351 | | 174 | 9/12/2012 | Trial Ex. 0000273 INS-BOS-06705985 | Email from J. Kapoor to M. Babich, et al. re Important Re: Speaker Program | **401**: Speaker program issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 352 | | 175 | 9/17/2012 | Trial Ex. 0000274 INS1613026 | Email from A. Burlakoff to Sales All, et al. re Insys Speaker Program | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 353 | | 176 | 9/17/2012 | Trial Ex. 0000277 INS1780347 | Email from A. Burlakoff to C. Hanoch, et al. re RE: Insys Speaker Programs | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 354 | | 186 | 10/30/2012 | Trial Ex. 0000283 INS2006231 | Email from M. Babich to M. Napoletano, et al. re Important | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 355 | | 190 | 11/9/2014 | Trial Ex. 0000286 INS-BOS-08433287 | Email from N. Oquendo to A. Burlakoff, et al. re Developing Routing for each Territory | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 356 | | 197 | 12/6/2012 | Trial Ex. 0000288 | Assessment | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 357 | | 199 | 12/10/2012 | Trial Ex. 0000304 INS2341947 | Email from M. Napoletano to M. Babich, et al. re Speaker Bureau Assessment & RSM POA | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in attachment | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 358 | | 206 | 12/12/2012 | Trial Ex. 0000318 INS4820682 | Email from M. Napoletano to M. Babich, et al. re 2013 Proposed Marketing Budget_12-11-12.pptx | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 359 | | 207 | 2013 | Trial Ex. 0000319 INS4820683 | 2013 Proposed Marketing Budget | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 360 | | 224 | 4/22/2013 | Trial Ex. 0000331 INS-BOS-08793474 | Email from A. Burlakoff to M. Babich re GOOD IS NOT GREAT WE MUST PLAN AND EXECUTE TO BECOME GREAT | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 361 | | 229 | 5/7/2013 | Trial Ex. 0000334 INS-BOS-08323538 | Email from A. Burlakoff to M. Babich re Fw: Daily Rep Report for RX 5-6-2013.xlsm | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 362 | | 230 | 5/8/2013 | Trial Ex. 0000335 EJF-000108897 | Email from Subsys Rep Sue to J. Kapoor re ISP's (as of 4.29.13).xlsx | **401**: Individual sales rep's complaints not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce irrelevant evidence of personal relationship **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 363 | | 230.2 | 5/8/2013 | | NYC_ISP's_(as_of_4.29.13).xlsx | | |
| 364 | | 232 | 5/17/2013 | Trial Ex. 0000337 INS2421794 | Email from M. Napoletano to A. Burlakoff re FW: ISP Budget | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 365 | | 233 | 3/17/2013 | Trial Ex. 0000338 INS3479888 | Email from J. Rowan to A. Burlakoff re Re: Dr Chun | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 366 | | 243 | 6/21/2013 | Trial Ex. 0000346 INS-BOS-00000747 | Email from N. Oquendo to X. Yu, et al. re ABL Concept | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | Authenticity Stipulated |
| 367 | | 249 | 7/3/2013 | Trial Ex. 0000354 EJF-000306155 | Email from Subsys Rep Sue to J. Kapoor, et al. re Ew! | **401**: Individual sales rep's complaints not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 368 | | 251 | 7/19/2013 | Trial Ex. 0000355 EJF-000306304 | Email from Subsys Rep Sue to J. Kapoor, et al. re Fwd: Leaderboard as of March 22, 2013 | **401**: Individual sales rep's complaints not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 369 | | 252 | 7/23/2013 | Trial Ex. 0000359 EJF-000306609 | Email from J. Kapoor to M. Rodriguez re FW: The Money Tree! | **401**: Individual sales rep's complaints not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 370 | | 254 | 8/14/2013 | Trial Ex. 0000361 INS4682513 | Email from A. Burlakoff to M. Babich, et al. re Fw: 35 programs | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 371 | | 259 | 10/4/2013 | Trial Ex. 0000367 INS2375685 | Email from A. Burlakoff to M. Babich re FW: Dr Chun | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 372 | | 261 | 10/30/2013 | Trial Ex. 0000370 INS-BOS-08318668 | Email from A. Burlakoff to J. Doroz, et al. re Re: FY2014 Sales Budget | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 373 | | 264 | 12/5/2013 | Trial Ex. 0000372 INS1458666 | Email from A. Burlakoff to Sales DMs, et al. re FW: Abstral Writer List Week 11/15 | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; attachment contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 374 | | 271 | 12/19/2013 | Trial Ex. 0000376 INS2327129 | Email from M. Babich to A. Burlakoff, et al. re Re: 4 PM Abstral Call | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 375 | | 282 | 9/10/2014 | Trial Ex. 0000377 INS-BOS-09203970 | Email from A. Burlakoff to K. McCoy, et al. re Re: Programs vs calls | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 376 | | 290 | 2/5/2013 | Trial Ex. 0000381 | Board of Directors Meeting | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 377 | | 293 | 9/27/2012 | Trial Ex. 0000471 INS1781184 | Email from A. Burlakoff to Sales RSMs re Insys Speakers Bureau | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; attachment contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 378 | | 305 | 8/23/2012 | Trial Ex. 0000496 INS4782898 | Business Development Plan | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case, would confuse jury to believe this was actual business plan utilized during relevant time period, cumulative **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **Duplicate** | Authenticity Stipulated |
| 379 | | 316 | 10/23/2012 | Trial Ex. 0000516 USAO-MA-0143295 | Email from K. Hill to L. Gurrieri, et al. re Fwd: INSYS Welcomes New Prior Authorization Specialist | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 380 | | 320 | 1/8/2013 | Trial Ex. 0000518 EJF-000013546 | Email from M. Gurry to J. Kapoor, et al. re Daily PA Program Summary | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 381 | | 346 | 6/19/2013 | Trial Ex. 0000536 INS-BOS-08625254 | Email from M. Gurry to L. Gurrieri, et al. re FW: | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 382 | | 348 | 7/19/2013 | Trial Ex. 0000538 INS-BOS-08510122 | Fax Cover Sheet from T. Giles | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in coversheet or attachment **HIPAA**: Confidential patient records protected under HIPAA | Authenticity Stipulated |
| 383 | | 357 | | Trial Ex. 0000546 INS1665870 INS1665873 | WELCOME TO THE IRC (Insys Reimbursement Center) | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 384 | | 365 | 12/18/2013 | Trial Ex. 0000551 USAO-MA-0143294 INS-BOS-00187103 | Email from L. Gurrieri to A. Burlakoff re RE: Record Breaking Week | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 385 | | 371 | 4/30/2014 | Trial Ex. 0000557 INS-BOS-08533593 | Email from L. Gurrieri to M. Gurry re RE: PA specialists | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 386 | | 373 | 5/30/2014 | Trial Ex. 0000558 INS-BOS-04414184 | Email from L. Gurrieri to C. Homrich re Re: Gate this week | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 387 | | 393 | 7/1/2014 | Trial Ex. 0000571 EJF-000040796 | Email from C. Homrich to N. Oquendo re RE: Factual Insurance Data1- FOR INTERNAL USE ONLY | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity not established | |
| 388 | | 399 | 10/9/2012 | Trial Ex. 0000574 EJF-000269896 | Email from M. Gurry to M. Napoletano, et al. re PA Assistance Center Update | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity not established | |
| 389 | | 400 | 6/11/2012 | Trial Ex. 0000575 EJF-000269897 | Memorandum from J. Erickson to M. Napoletano, et al. re PAP Fulfillment Options for SUBSYS | **401**: Proposal from third party not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity not established | |
| 390 | | 401 | 10/2/2012 | Trial Ex. 0000579 EJF-000269901 | SUBSYS Prior Authorization Support | **401**: Proposal from third party not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity not established | |
| 391 | | 402 | 9/26/2012 | Trial Ex. 0000587 EJF-000269909 | The Palomino Group - Proposal of Services for Insys Therapeutics, Inc. - Reimbursement Support Program for SUBSYS | **401**: Proposal from third party not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity not established | |
| 392 | | 404 | 6/27/2014 | Trial Ex. 0000608 EJF-000297136 | Email from N. Oquendo to M. Babich, et al. re Re: IRC | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901**: Authenticity not established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 393 | | 413 | 11/14/2012 | Trial Ex. 0000676 INS2327322 | Email from S. Ruggiero to J. Rowan, et al. re Fwd: IMPORTANT - SSPs needing to update and provide PA Information | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 394 | | 415 | 9/14/2012 | Trial Ex. 0000678 INS-BOS-00027666 | Email from M. Gurry to J. Kapoor, et al. re Fwd: Prior Auth Strategic Plan | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 395 | | 421 | 6/27/2014 | Trial Ex. 0000687 INS-BOS-00290514 | Email from C. Homrich to M. Babich, et al. re FW: Factual Insurance Data1- FOR INTERNAL USE ONLY | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 396 | | 424 | 7/11/2014 | Trial Ex. 0000702 INS-BOS-00390553 | Email from N. Oquendo to C. Homrich re RE: Factual Insurance Data1 - FOR INTERNAL USE ONLY | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 397 | | 426 | 11/8/2012 | Trial Ex. 0000709 INS-BOS-00082007 | Email from N. Oquendo to M. Gurry re RE: Daily PA Summary and Switch Summary | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 398 | | 442 | 12/15/2012 | Trial Ex. 0000721 INS2342159 | Email from M. Napoletano to M. Babich, et al. re RE: Honoraria Payment Schedule | **401**: Speaker program issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 399 | | 444 | 9/13/2012 | Trial Ex. 0000723 INS2001318 | Email from A. Burlakoff to M. Babich, et al. re URGENT - Please note you have reversed scripts from yesterday | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 400 | | 445 | 9/17/2012 | Trial Ex. 0000726 INS1613029 | Email from A. Burlakoff to M. Babich, et al. re 30 Unit Effective Dose Savings Program - Live Wed 9/19 | **401**: Titration issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 401 | | 455 | 3/28/2013 | INS-BOS-08427561 Trial Ex. 0000731 | Email from X. Yu to M. Babich, et al. re Average strength per RX increases as patients use more times of Subsys | **401**: Titration issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 402 | | 462 | 6/22/2015 | Trial Ex. 0000734 | Email from J. Kapoor to X. Yu re RE: Subsys Top Writer Trending - May'15 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 403 | | 465 | 2/6/2014 | Trial Ex. 0000741 INS1386459 | Email from J. Rowan to N. Oquendo re RE: The Battle House | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 404 | | 468 | 9/18/2012 | Trial Ex. 0000746 INS2001503 | Email from A. Burlakoff to X. Yu, et al. re '400mcg or less' - responses | **401**: Titration issues not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 405 | | 481 | 12-Jan | Trial Ex. 0000753 USAO-MA-0000524 | Highlights of Prescribing Information | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 406 | | 508 | 4/23/2015 | Trial Ex. 0000785 USAO-MA-0190902 | Email from A. Holland to A. Fulton, et al. re RE: Key Phrase Discussion | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment<br>**901**: Authenticity has not been established | |
| 407 | | 533 | 6/29/2012 | Trial Ex. 0000787 USAO-MA-0004674 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case; contains no data from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 408 | | 541 | 5/10/2013 | Trial Ex. 0000790 USAO-MA-0004790 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case; contains no data from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 409 | | 542 | 7/19/2013 | Trial Ex. 0000795 USAO-MA-0004796 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case; contains no data from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 410 | | 551 | 12/6/2013 | Trial Ex. 0000804 USAO-MA-0004999 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case; contains no data from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 411 | | 560 | | Trial Ex. 0000810 USAO-MA-0005256 | Cooperation Agreement (United States of America v. Awerbuch, No. 16-20636 (E.D. Mich.)) | **401**: Cooperation agreement from unrelated case not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 412 | | 575 | 2/26/2016 | Trial Ex. 0000814 USAO-MA-0021196 | Amendment No. 12 to Form S-1 Registration Statement | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 413 | | 665 | 9/11/2013 | Trial Ex. 0001549 INS1523582 | Email from A. Burlakoff to B. McKey, et al. re 18109 TRx, 115 yesterday, -224 for the week | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 414 | | 668 | 9/17/2012 | Trial Ex. 0001551 INS2001366 | Email from M. Babich to A. Burlakoff re Fw: Physician update | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted | Authenticity Stipulated |
| 415 | | 674 | 1/14/2013 | Trial Ex. 0001569 INS4740364 | Email from X. Yu to Sales RSMs, et al. re SUBSYS Top Writers Trending by Week 2013-01-11 | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period; contains no data from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in email or attachment | Authenticity Stipulated |
| 416 | | 674-02 | 1/11/2013 | Trial Ex. 0001600 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case and this report contains no data from the relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; cumulative; waste of time; evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 417 | | 688 | 12/10/2013 | Trial Ex. 0001612 EJF-000025829 | Email from M. Rice to M. Babich, et al. re CONFIDENTIAL and TIME SENSITIVE | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce criminal subpoena<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 418 | | | | Trial Ex. 0000748 | Great By Choice Rap Video | **401**: Titration issues not relevant to the discrete misrepresentations at issue in this case and not clear whether from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case; prejudicial to introduce satirical video<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted in video<br>**901**: Authenticity has not been established | |
| 419 | | 1319-02 | 2/13/2014 | Trial Ex. 0004077 USAO-MA-1414218 | United States Department of Justice Federal Bureau of Investigation - UNCLASSIFIED - File Number: 209G-BS-4228068 | **401**: Prior authorization calls not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 420 | | 1402-02 | | Trial Ex. 0004086 USAO-MA-1414885 | United States Department of Justice Federal Bureau of Investigation - UNCLASSIFIED - File Number: 209G-BS-4228068 | **401**: Prior authorization calls not relevant to the discrete misrepresentations at issue in this case and not clear whether from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 421 | | 1416-02 | | Trial Ex. 0004091 USAO-MA-1414951 | United States Department of Justice Federal Bureau of Investigation - UNCLASSIFIED - File Number: 209G-BS-4228068, 0094772 | **401**: Prior authorization calls not relevant to the discrete misrepresentations at issue in this case and not clear whether from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 422 | | 1418-02 | | Trial Ex. 0004100 USAO-MA-1414968 | United States Department of Justice Federal Bureau of Investigation - UNCLASSIFIED - File Number: 209G-BS-4228068 | **401**: Prior authorization calls not relevant to the discrete misrepresentations at issue in this case and not clear whether from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 423 | | 1458-02 | 3/24/2017 | Trial Ex. 0004106 USAO-MA-1415202 | United States Department of Justice Federal Bureau of Investigation - UNCLASSIFIED - File Number: 209G-BS-4228068 | **401**: Prior authorization calls not relevant to the discrete misrepresentations at issue in this case and not  from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 424 | | 1501 | | Trial Ex. 0004133 IN S2385647 | Strength Makes the Difference | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no data from the relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established<br>**MIL**: Subject to defendants' motions in limine | |
| 425 | | 1742 | 3/27/2017 | Trial Ex. 0004215 USAO-MA-0143520 | Letter from W. Weinreb to M. Tearney re United States v. Elizabeth Gurrieri | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**MIL**: Subject to defendants' motions in limine | |
| 426 | | 1743 | 3/27/2017 | Trial Ex. 0004224 USAO-MA-0143515 | Letter from W. Weinreb to M. Tearney re United States v. Elizabeth Gurrieri UNDER SEAL Cooperation Agreement | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**MIL**: Subject to defendants' motions in limine | |
| 427 | | 1774 | 10/3/2012 | Trial Ex. 0004264 | Email from B. Szymanski to gavinia@aol.com re Dinner | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no statements from the relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established. | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 428 | | 1783 | | Trial Ex. 0004265 | Collection of checks written to G. Awerbuch | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains images outside of the relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established. | |
| 429 | | 1830 | 9/19/2012 | Trial Ex. 0004395<br>INS2001552 | Email from X. Yu to M. Babich, et al. re Initial proposal for Q4 IC | **401**: Not relevant to the discrete misrepresentations at issue in this case and contains no statements from or relating to relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established. | |
| 430 | | 1831 | 2012 | Trial Ex. 0004396 | SUBSYS Incentive Compensation Plan Q4 2012 | **401**: Not relevant to the discrete misrepresentations at issue in this case and compensation plan described in attachment is not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established. | |
| 431 | | 1832 | 4/11/2013 | Trial Ex. 0004400<br>INS-BOS-06991688 | Email from S. Beisler to J. Pearlman re Draft 2 PPP for AZ - Non Urgent :) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established. | |
| 432 | | 1833 | 7/15/2013 | Trial Ex. 0004404<br>EJF-000284223 | Email from Subsys Rep Sue to J. Kapoor, et al. re Fwd: ALL TERR Level Net vs Gross Sales :: Week Ending 07/12 | **401**: Complaint from sales rep not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established. | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 433 | 241 | 1843 | 1/9/2019 | Trial Ex. 0004485 USAO-MA-1417107 | Letter from A. Lelling to J. Sollers, et al. re United States v. Michael L. Babich, Criminal No. 16-cr-10343-ADB Cooperation Agreement | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted | |
| 434 | | 1850 | 6/20/2014 | Trial Ex. 0004504 | Weekly SUBSYS Rx by Top Writers | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury; cumulative; waste of time **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established. | |
| 435 | | 1854 | various | Trial Ex. 0004511 CPHTC-DMASS-GI000001 | Patient records for Sara K. Dawes from Comprehensive Pain & Headache Treatment Centers, LLC | **401**: Individual patient records not relevant to the discrete misrepresentations at issue in this case and records are outside of relevant timeframe **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established **HIPAA**: patient records protected under HIPAA **MIL**: Subject to defendants' motions in limine | |
| 436 | | 1906 | | Trial Ex. 0005562 | chart | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **1002**: Chart of text messages not best evidence, copy of original exchange should be used **MIL**: Subject to defendants' motions in limine | |
| 437 | | 1918 | 11/27/2013 | Trial Ex. 0005705 INS1375476 | Email from J. Rown to A. Burlakoff re Fwd: SUBSYS Top Writers Trending by Week 2013-11-22 | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 438 | | 1965 | 11/9/2012 | Trial Ex. 0006495 INS-BOS-04368660 | Email from L. Gurrieri to E. Gutzeit re INSYS New PA Form | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 439 | | 1966 | 11/22/2012 | Trial Ex. 0006497 INS-BOS-04470789 | Email from M. Gurry to D. Fila, et al. re Re: PA Approved | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 440 | | 1973.2 | | | unknown video | | |
| 441 | | 1985 | 8/25/2014 | Trial Ex. 0006818 INS-BOS-04408060 | Email from L. Gurrieri to J. Kapoor re RE: MASTER IRC Daily Chart Log 7-28-14 thru 08-22-14 [UNSCANNED] | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 442 | | 1986 | 9/15/2014 | Trial Ex. 0006820 EJF-000318140 | Email from L. Gurrier to C. Homrich, et al. re MASTER IRC Daily Chart Log 7-28-14 thru 9-12-14.xlsx [UNSCANNED] | | |
| 443 | | 2013 | 5/3/2013 | Trial Ex. 0006928 INS2065505 | Email from A. Burlakoff to L. Gurrieri re | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 444 | | 2019 | 7/18/2012 | Trial Ex. 0007004 INS5283430 | Email from X. Yu to M. Babich, et al. re RE: New SSP Hire | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 445 | | 2041 | 6/30/2015 | Trial Ex. 0007024 INS-BOS-04199476 | Email from J. Grosshans to __ re PSC Organizational Update: Liz Gurrieri, Business Support Advisor | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 446 | | 2043 | 10/30/2013 | Trial Ex. 0007025 INS1488982 | Email from D. Tondre to L. Gurrieri, et al. re RE: | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant timeframe **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 447 | | 2052 | | Trial Ex. 0007041 | Insys Reimbursement Center | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 448 | | 2066 | 7/1/2014 | Trial Ex. 0007081 INS-BOS-07607318 | Email from J. Pearlman to Sales PHL, et al. re It's time | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 449 | | 2069 | 4/24/2013 | Trial Ex. 0007082 INS1493521 | Email from L. Gurrieri to L. Logatti, et al. re FW: Regional Breakouts.ppt | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 450 | | 2070 | | Trial Ex. 0007083 | IRC Update | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**MIL**: Subject to defendants' motions in limine | |
| 451 | | 2071 | 12/10/2012 | | Email from L. Gurrieri to M. Gurry re:  Dr. Awerbuch issue | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established | |
| 452 | | 2073 | 7/1/2014 | Trial Ex. 0007093<br>INS-BOS-00513860 | Email from L. Gurrieri to C. Homrich, et al. re RE: IRC Visit Tomorrow | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**MIL**: Subject to defendants' motions in limine | |
| 453 | | 2085 | | Trial Ex. 0007096 | chart | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**MIL**: Subject to defendants' motions in limine | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 454 | | 2090 | 1/10/2013 | Trial Ex. 0007113 INS-BOS-04368946 | Email from L. Gurrieri to E. Gutzeit re RE: Internal Reimbursement Center Update | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established **MIL**: Subject to defendants' motions in limine | |
| 455 | | 2091 | 1/4/2013 | Trial Ex. 0007115 INS-BOS-04931647 | Appointment Record | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established **MIL**: Subject to defendants' motions in limine | |
| 456 | | 2121 | 9/14/2012 | Trial Ex. 0007215 INS-BOS-00027673 | Email from M. Gurry to J. Kapoor re Prior Auth Strategic Plan | | |
| 457 | | 2130 | 5/12/2014 | Trial Ex. 0007231 | Email from M. Babich to J. Grosshans, et al. re Re: Subsys Pain Team Expansion - 52 New Territories | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 458 | | 2139 | 11/21/2013 | Trial Ex. 0007244 EJF-000196230 | Insys Interview - Oliver Gauthier - Position: District Manager | **401**: Not relevant to the discrete misrepresentations at issue in this case **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901**: Authenticity has not been established | |
| 459 | | 2164 | 3/10/2014 | Trial Ex. 0007283 INS-BOS-08824732 | Email from J. Grosshans to K. Sanchez, et al. re Official Start: Brian Pipko | | |
| 460 | | 2223 | 2/15/2014 | Trial Ex. 0007378 INS1388572 | Email from O. Gauthier to J. Rowan re Fwd: 145 yesterday, -791 for the week | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 461 | | 2224 | 2/17/2014 | Trial Ex. 0007379 INS0564419 | Email from O. Gauthier to J. Rowan re Fwd: Dr Ahamad opt ins so far | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established | |
| 462 | | 2225 | 3/6/2014 | Trial Ex. 0007381 INS1451590 | Email from T. Childress to A. Harrington, et al. re Re: Sherrie Rice ABL | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 463 | | 2232 | | Trial Ex. 0007385 | Control Number chart | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**1002**: Chart compiling text messages not best evidence; should use copies of originals | |
| 464 | | 2241 | 9/16/2014 | Trial Ex. 0007391 INS-BOS-09204813 | Email from O. Gauthier to M. Babich, et al. re Fwd: Consur Itinerary 10/01/2014: TRIP FROM ATLANTA TO LITTLE ROCK (NDYMIO) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established | |
| 465 | | 2292-2 | 10/17/2012 | Trial Ex. 0007982 INS-BOS-04862877 | Email from M. Gurry to M. Gurry re PA Process Certification | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established | |
| 466 | | 2292-3 | 10/19/2012 | Trial Ex. 0007983 INS-BOS-04860345 | Email from M. Gurry to M. Gurry re PA summary | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 467 | | 2292-4 | 10/26/2012 | Trial Ex. 0007984 INS-BOS-04850557 | Email from M. Gurry to M. Gurry re JK action items | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901**: Authenticity has not been established | |
| 468 | | 2292-5 | 3/7/2013 | Trial Ex. 0007985 INS-BOS-04222369 | Email from M. Gurry to M. Gurry re Tamara | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 469 | | 2292-6 | 3/14/2013 | Trial Ex. 0007986 INS-BOS-04842039 | Email from M. Gurry to M. Gurry re IRC Comp | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 470 | | 2292-7 | 4/9/2013 | Trial Ex. 0007987 INS-BOS-04222361 | Email from M. Gurry to M. Gurry re Counseling of David Benavidez | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 471 | | 2292-8 | 5/22/2013 | Trial Ex. 0007988 INS-BOS-08660004 | Email from M. Gurry to M. Gurry re Add field to database about actiq switch kapoor | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 472 | | 2292-9 | 5/29/2013 | Trial Ex. 0007989 INS-BOS-04831748 | Email from M. Gurry to M. Gurry re Pct of docs that haveopted in for kapoor | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 473 | | 2292-10 | 7/31/2013 | Trial Ex. 0007990 INS-BOS-04819768 | Email from M. Gurry to M. Gurry re Invite Kapoor n Mike to next ABL call | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 474 | | 2292-12 | 11/16/2014 | Trial Ex. 0007991 INS-BOS-04739689 | Email from M. Gurry to M. Gurry re Kapoor IRC Followup | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 475 | | 2295 | various | Trial Ex. 0008026 INS-BOS-00841146 | Notes from IRC database | **401**: Prior authorization issues not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**1002**: Not best evidence; should use original notes | |
| 476 | | 2303 | 4/6/2015 | Trial Ex. 0008103 | Letter of Warning to L. Meyer from Y. Jamison | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**1002**: Not best evidence | |
| 477 | | 2317 | 2/13/2013 | Trial Ex. 0008125 DOJ-SB003059 BEISLER003059 | Email from susannelisa73@aol.com to gracepeters90@hotmail.com re Thank you! And more programs!! :) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay<br>**901**: Authenticity has not been established<br>**1002**: Not best evidence | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 478 | | 2319 | 4/9/2013 | Trial Ex. 0008128 DOJ-SB003196 BEISLER003196 | Email from susannelisa73@aol.com to gracepeters90@hotmail.com re More programs, etc! | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 479 | | 2322 | 5/30/2013 | Trial Ex. 0008132 DOJ-SB000750 BEISLER000750 | Email from susan91973@gmail.com to sonia_palermo99@yahoo.com re __ | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 480 | | 2323 | 12/3/2013 | Trial Ex. 0008133 EJF-000308099 | Email from S. Beisler to J. Kapoor re More..... | **401**: Individual sales rep's complaints not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |
| 481 | | 2324 | 12/13/2013 | Trial Ex. 0008137 INS-BOS-02380465 | Email from M. Babich to INSYS Staff - All, et al. re Company wide message | | |
| 482 | | 2332 | 10/31/2013 | Trial Ex. 0008149 INS2404236 | Email from R. Simon to A. Burlakoff re Fwd: CO Springs Interview Schedule Round 2 | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 483 | | 2338 | 9/20/2013 | Trial Ex. 0008156 INS2416477 | Email from A. Burlakoff to S. Lee, et al. re Fw: Conf call | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802/805**: Hearsay if used for truth of matter asserted, and hearsay within hearsay **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 484 | | 2347 | | Trial Ex. 0008164 | Payments to Eight Prescribers | **401**: Not relevant to the discrete misrepresentations at issue in this case and references payments outside of relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established<br>**1002**: Summary chart is not best evidence; should use original payment records | |
| 485 | | 2348 | 8/17/2015 various | Trial Ex. 0008165 | Subsys Prescriptions Period: 3/26/2012-8/17/2015 Status: Paid | **401**: Not relevant to the discrete misrepresentations at issue in this case and references status outside of relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established<br>**1002**: Summary chart is not best evidence | |
| 486 | | 2349 | 2012-2015 | Trial Ex. 0008166 | Subsys Net Revenue | **401**: Not relevant to the discrete misrepresentations at issue in this case and references data outside of relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established<br>**1002**: Summary chart is not best evidence | |
| 487 | | 5482 | | Trial Ex. 0009003 INS-BOS-06721958 | Invsis Speaker Programs | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 488 | | 5620 | | Trial Ex. 0009139 | Insys Board of Directors | **401**: Not relevant to the discrete misrepresentations at issue in this case | |
| 489 | | 5846-01 | | Trial Ex. 0009665 | Babich: Non-Stock Compensation | **401**: Compensation not relevant to the discrete misrepresentations at issue in this case and contains data outside of relevant time period<br>**403**: Prejudicial to introduce evidence of a defendant's compensation when not relevant to issues in this case | |
| 490 | | 5907 | 11/4/2015 | Trial Ex. 0009675 EJF-000339993 | Babich Separation Agreement | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce evidence of a defendant's compensation from separation agreement when not relevant to issues in this case | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 491 | | 3042 | 9/12/2013 | INS2371748 | Email from J. Grosshans to M. Babich, et al. re: Kourtney Nagy | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 492 | 018 | | 10/3/2014 | INS-BOS-09195784 | Email from X. Yu to A. Burlakoff, et al. re Q4 Bonus Plan - DM | **401**: Compensation not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 493 | 019 | | | INS-BOS-09195785 | SUBSYS Incentive Compensation Plan, Q4 2014 | **401**: Compensation not relevant to the discrete misrepresentations at issue in this case, duplicate<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 494 | 020 | | | INS-BOS-09194515 | SUBSYS Incentive Compensation Plan, Q4 2014 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 495 | 021 | | 12/17/2014 | INS-BOS-09184930 | Email from X. Yu to A. Burlakoff, et al. re Q1 IC Plan - Final & Approved | **401**: Compensation not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 496 | 022 | | | INS-BOS-09184933 | SUBSYS Incentive Compensation Plan, Q1 2015 | **401**: Compensation not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 497 | 023 | | 5/11/2015 | INS-BOS-09211298 | Email from A. Burlakoff to M. Babich re Fw: Heads Up | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 498 | 024 | | 11/5/2014 | INS-BOS-04027927 | Email from A. Burlakoff to D. Davis, et al. re IRC | **401**: IRC issues not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 499 | 25, 150 | | 9/3/2013 | INS-BOS-07990788 | Email from A. Burlakoff to X. Yu re FW: Possible target list | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 500 | 065 | | 1/24/2014 | INS-BOS-09130572 | Email from D. Fila to B. Pipko, et al. re FW: NSM (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 501 | 066 | | 3/5/2014 | INSYS_AZ_00169144 | Email from A. Burlakoff to B. Pipko, et al. re Re: Website Contact Form on 2014-02-25 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 502 | 067 | | 3/7/2014 | INS2146109 | Email from A. Burlakoff to B. Pipko re Re: Oncology | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 503 | 068 | | 3/7/2014 | INSYS-MDL-010416527 | Email from B. Pipko to J. Pearlman re RE: Shane | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 504 | 084 | | 7/23/2014 | INS-BOS-09292927 | Email from M. Babich to B. Pipko, et al. re Re: Advocacy Forum Details | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury | |
| 505 | 085 | | 8/15/2014 | INS-BOS-09173271 | Email from A. Burlakoff to B. Pipko re Fw: Resume - Lisa Scaffidi | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 506 | 096 | | 10/23/2014 | INS-BOS-09186378 | Email from B. Pipko to Sales ONC, et al. re FW: TOP Pain Prescribing Nurse Practitioners | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 507 | 125 | | 2/20/2014 | INS3533353 | Email from D. Baker to M. Babich, et al. re Updated approval limit schedule (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 508 | 151 | | 10/15/2013 | INS1708410 | Email from A. Burlakoff to Sales ONC, et al. re IMPORTANT - DO NOT DELETE / Logging calls for ONC | | |
| 509 | 209 | | 3/18/2014 | INS-BOS-08827526 | Email from M. Napoletano to J. Kapoor, et al. re FW: Advocacy Plans With and Without Budget (with attachment) | | |
| 510 | 211 | | 6/26/2014 | INS-BOS-09249346 | Email from M. Babich to B. Pipko FW: Approval from Dr. Kapoor Needed for Friday, 6/27, Meeting with Edelman | | |
| 511 | 213 | | 10/6/2014 | INSYS-MDL-008458879 | Email from K. Sharpsten to X. Yu re FW: Update for meeting with Dr. Kapoor | **401**: Data tracking not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 512 | 232 | | 11/10/2014 | INS-BOS-01036369 | Email from B. Pipko to Sales ONC, et al. re FW: Oncology Fall-Off Writers Q4 2014.xlsx | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 513 | 252 | | 9/8/2014 | INS-BOS-09332808 | Email from B. Pipko to M. Babich, et al. re Today's Oncology Strategy Call (with attachment) | | |
| 514 | Smith 0002 | | 2/23/2015 | N/A | Civil Minutes - General (S.E.C. v. Heart Tronics, Inc., No. 11-cv-1962 (C.D. Cal.) | **401**: Court document from unrelated case not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 515 | Smith 0003 | | 8/6/2015 | INSYS-COFFMAN002160 | INSY 2Q Subsys concerns overdone; we expect inventory related reversal (RBC) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 516 | Smith 0004 | | 8/6/2015 | INSYS-COFFMAN002176 | Strong Q2 Subsys Revs; Higher Expenses Trims Non-GAAP EPS (Jefferies) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 517 | Smith 0005 | | 8/7/2015 | INSYS-COFFMAN002186 | 2Q15 Results: Subsys Beat Not Enough (Oppenheimer) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 518 | Smith 0008 | | 6/4/2019 | | Excerpts of Motion Hearing Transcript | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**801/802**: Hearsay if used for truth of matter asserted | |
| 519 | Smith 0009 | | 9/20/2019 | | Order re class certification | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce court order regarding legal issues; evidence would confuse jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805**: Hearsay if used for truth of matter asserted; hearsay within hearsay | |
| 520 | 275 | | 2/18/2015 | DIDONATO-EJF-0089291 | Interoffice Menorandum from D. Hollandsworth to J. Kapoor, et al. re:  Medical Marketing Communications Update | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 521 | 272 | | 10/28/2015 | DIDONATO-EJF-0240308 | Email from V. Malhotra to M. Babich, et al. re: Insys Oncology Meeting Discussion Agenda with Updates:  10.30.13 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 522 | | | 9/19/2013 | INS_BOS_08419505 | Email from M. Babich to A. Burlakoff, et al. re: Re:  Abstral writers in week of 9/6 | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 523 | | | 9/9/2013 | INS2178605 | Email from X. Yu yo M. Babich, et al. re:  please arrange for tomorrow (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 524 | | | 8/18/2013 | INS3275784 | Email from A. Burlakoff to K. Hill re:  Oncologist Expansion V1 07-30-13.pptx | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 525 | | | 4/27/2013 | INS3993862 | Email from A. Burlakoff to K. Hill re: IMPORTANT - Sales Contest Payouts/DO NOT DELETE | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 526 | | | 5/22/2013 | INS4441608 | Email from M. Babich to J. Kapoor, et al. re Fwd: Lazy Man's Morning Notes 5.22.13: AMAG, AMGN, AZN, BAX, BMY, CGIX, COV, CYTN, ELN, GALE, GIVN, GSK, ISRG, JNJ, KND, LLY, MRK, Novartis, PFE, REGN, Roche, Sanofi, SLXP, VAR, ZTS (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 527 | | | 1/31/2014 | INS4487983 | Email from V. Malhotra to J. Kapoor, et al. re: Oncology Meeting Agenda Deck (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901**: Authenticity has not been established | |
| 528 | | | 1/7/2014 | INS4873376 | Email from M. Napoletano to M. Babich re: Abstral Activity | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 529 | | | 5/4/2015 | INS-BOS-06743021 | Email from B. Pipko to A. Burlakoff, et al. re: Tomorrow's Oncology Call (with attachment) | | |
| 530 | | | 9/4/2013 | INS-BOS-07992773 | Email from J. Grosshans to A. Burlakoff, et al. re:  Copy of Insys New Sales Force Structure Q4'13.xlsm (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 531 | | | 9/13/2013 | INS-BOS-08338110 | Email from D. Wichman to M. Babich re: Congrats | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 532 | | | 7/30/2013 | INS-BOS-08343698 | Email from X. Yu to M. Babich, et al. re: Oncologist Expansion V1 07-30-13.pptx (with attachment) | | |
| 533 | | | 1/17/2012 | INS-BOS-08843523 | Email from S. Simon to M. Babich, et al. re: lazanda rep interview and takeways (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period | |
| 534 | | | 4/22/2014 | INS-BOS-09042164 | Email from D. Hollandsworth to R. Simon, et al. re Speaker Bureau Update | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 535 | | | 8/15/2014 | INS-BOS-09173261 | Email from B. Pipko to M. Napoletano, et al. re: Abstral Update | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 536 | | | 10/20/2014 | INS-BOS-09200918 | Email from B. Pipko to B. Ruano, et al. re: Oncology Strategy Session (with attachment) | | |
| 537 | | | 5/28/2014 | INS-BOS-09255922 | Email from M. Babich to J. Kapoor re:  Fwd: Proposals for Oncology (with attachment) | | |
| 538 | | | 5/29/2014 | INS-BOS-09255979 | Email from R. Simon to M. Babich re RE: Estimated cost per program | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 539 | | | 5/15/2014 | INS-BOS-09289481 | Email from B. Pipko to M. Babich, et al. re: Oncology Staffing Proposals (with attachment) | | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 540 | | | 7/22/2014 | INS-BOS-09291913 | Email from B. Tambi to J. Kapoor, et al. re:  Fw:  Galena Biopharma Enters Into Definitive Agreement to License U.S. Rights for Zuplenz(R) (ondansetron) Oral Soluble Film | **401**: Information about competing pharmacuetical companies is not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 541 | | | 7/23/2014 | INS-BOS-09292606 | Email from B. Pipko to M. Babich, et al. re:  Slide Deck for This Mornings Oncology Strategy Meeting (with attachment) | | |
| 542 | | | 7/24/2014 | INS-BOS-09293272 | Email from M. Napoletano re:  B. Pipko, et al. re:  Fwd:  Contract Re - Negotiation Options | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 543 | | | 8/14/2014 | INS-BOS-09301218 | Email from M. Babich to D. Hollandsworth re:  RE:  INSYS Meetings and Events | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 544 | | | 9/2/2014 | INS-BOS-09331405 | Email from B. Pipko to R. Florek, et al. re:  FW:  Med Onc RC2A | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 545 | | | 9/17/2013 | INS-BOS-10754850 | Email from A. Burlakoff to Sales RDs, et al. re:  Please review carefully/Oncology focused rep 'update' (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 546 | | | 1/26/2015 | INS-BOS-11612961 | Email from S. Shangold to D. Hollandsworth, et al. re:  Good morning | | |
| 547 | | | 1/28/2015 | INS-BOS-11613578 | Email from C. Student to D. Hollandsworth, et al. re:  Status (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 548 | | | 1/29/2015 | INS-BOS-11614473 | Email from E. Sporkin to D. Hollandsworth, et al. re:  Follow up to meeting with Steve Shangold:  Proposals for Nursing Activities | **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 549 | | | 4/24/2014 | INS-BOS-11855061 | Email from A. Burlakoff to R. Simon re Fw: ROO Market Weekly Sales Dashboard - Week Ending 04/11 | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 550 | | | 1/18/2016 | INSYS_AZ_00136889 | Email from B. Pipko to D. Brennan, et al. re RE: Outstanding Introduction Letter | **401**: Not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 551 | | | 9/22/2015 | INSYS_AZ_00138094 | Email from B. Pipko to S. Vetticaden, et al. re: Agenda Items for the Live Oncology Meeting with Dr. Alberts and VonHoff | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 552 | | | 3/1/2015 | INSYS_AZ_00144511 | Email from B. Pipko to M. Hein re:  Slides for Tomorrow's Meeting (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 553 | | | 10/15/2014 | INSYS_AZ_00147524 | Email from B. Pipko to K. Sharpsten re: Targeting Data (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 554 | | | 4/9/2014 | INSYS_AZ_00155969 | Email from B. Pipko to S. Beckhardt re:  Follow Up | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 555 | | | 4/9/2014 | INSYS_AZ_00156246 | Email from B. Pipko to J. Grosshans re: Theresa_Thompson-PA | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 556 | | | 7/13/2015 | INSYS_AZ_00196116 | Email from  C. Woods to B. Pipko, et al. re: ONS_Chapter_Leadership_HCP_Contacts.xlsx | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 557 | | | 2/26/2015 | INSYS_AZ_00214564 | Email from K. Sharpsten to B. Pipko, et al. re: Oncology targeting slides (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 558 | | | 9/10/2014 | INSYS_AZ_00506456 | Email from R. Florek to B. Pipko re:  Florida Cancer Specialists Pilot Program (with attachments) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 559 | | | 6/30/2014 | INSYS_AZ_00548616 | Email from A. Burlakoff to Sales All re:  FW: 5 days without new (with attachment) | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 560 | | | 2/3/2014 | INSYS_AZ_00571743 | Email from A. Burlakoff to Sales All re: FW: 5 days without new | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 561 | | | 2/16/2015 | INSYS-MDL-005955904 | Email from D. Hollandsworth to S. Shangold, et al. re Follow up to meeting with Steve Shangold: Proposals for Nursing Activities | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 562 | | | Jul-13 | INSYS-RUSSELL000001 | Community Catalyst:  Policy Guide for Academic Medical Centers and Medical Schools | Toolkit on Promotional Speaking | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 563 | | | 2014 | INSYS-RUSSELL000007 | ONS 2014 Annual Report | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 564 | | | 2/25/2014 | INSYS-RUSSELL000039 | Nicholas Basta, 2014 Hub Services Report, Competitive forces sharpen as manufacturers look for the right channel partners | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 565 | | | 10/28/2013 | INSYS-RUSSELL000049 | Depomed Announces the Launch of Lazanda® (fentanyl) Nasal Spray and the Signature Support™ Program for Patients with Breakthrough Cancer Pain | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 566 | | | unknown | INSYS-RUSSELL000054 | Approved Risk Evaluation and Mitigation Strategies (REMS) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not clear  whether from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 567 | | | 10/31/2017 | INSYS-RUSSELL000059 | MD Anderson Cancer Center, Cancer Pain-Adult, Department of Clinical Effectiveness V11 rev., | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 568 | | | 3/21/2013 | INSYS-RUSSELL000083 | Galena BioPharma, Inc. Form 8-K | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 569 | | | 8/3/2018 | INSYS-RUSSELL000088 | FDA Briefing Document, Joint Meeting of the Drug Safety and Risk Management (DSaRM) Advisory Committee and Anesthetic and Analgesic Drug Products Advisory Committee (AADPAC), Transmucosal Immediate-Release Fentanyl (TIRF) Risk Evaluation and Mitigation Strategy (REMS) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 570 | | | 3/18/2013 | INSYS-RUSSELL000189 | Ex. 99.1:  Galena Biopharma Acquires Abstral® (fentanyl) Sublingual Tables in U.S., a Novel, Best-in-Class Treatment Approvel for Breakthrough Cancer Pain | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 571 | | | unknown | INSYS-RUSSELL000193 | CephalonCares Foundation Application Form | **401:** Not relevant to the discrete misrepresentations at issue in this case and not clear whether from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 572 | | | 3/3/2014 | INSYS-RUSSELL000197 | Press Release:  Galena Biopharma Launches Galena Patient Services (GPS) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 573 | | | 5/9/2014 | INSYS-RUSSELL000201 | CURE Magazine Announces Winner of the 2014 Extraordinary Healer Award for Oncology Nursing | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 574 | | | January-17 | INSYS-RUSSELL000205 | Jonathan Clark, PharmD and Altheer Kaddis, PharmD, Specialty Pharmacy Section| Hub Services, January 2017, Pharmacy Today 41 | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 575 | | | | INSYS-RUSSELL000206 | Development of Shared System REMS, Elaine Lippmann, J.D., Office of Regulatory Policy, CDER, FDA | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 576 | | | | INSYS-RUSSELL000219 | AstraZeneca Job Posting for Oncology Nurse Educator | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 577 | | | Mar-05 | INSYS-RUSSELL000222 | OA Member News, Vol. 7, Issue 1, March 2005. | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 578 | | | 4/11/2014 | INSYS-RUSSELL000254 | NCCN Clinical Practice Guidelines in Oncology, Adult Cancer Pain, Version 2.2014, MS-17 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 579 | | | Feb-18 | INSYS-RUSSELL000335 | Arrington, Sheila A., et al, Pharmaceutical Clinical Educators: A Resource for Advanced Practice Providers, Practice Matter, AdvancedPractioner.com 161.9, No.1, Jan/Feb 2018, | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 580 | | | Aug-16 | INSYS-RUSSELL000343 | Prescriptions Medicines: Cost in Context, PhRMA, August 2016 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 581 | | | 5/5/2018 | INSYS-RUSSELL000377 | Risk Evaluation and Mitigation Strategies (REMS) Summary, Thomas Sullivan | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 582 | | | | INSYS-RUSSELL000385 | LinkedIn Profile for Shelia Ayers | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 583 | | | | INSYS-RUSSELL000391 | Multimedia resources: The Evolving Role Of the Community Oncology Nurse In Cancer Cachexia | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 584 | | | | INSYS-RUSSELL000393 | Webpage: About the TIRF REMS Access Program | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 585 | | | | INSYS-RUSSELL000394 | Webpage: TIRF REMS Access Program Home | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 586 | | | 11/14/2011 | INSYS-RUSSELL000397 | Bob Sperber, With coupons, pharma is saying 'Let's make a deal' to consumers, Pharmaceutical Commerce, Nov. 14, 2011 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 587 | | | 1/21/2002 | N/A | Fred Gebhart. Pharmacists welcome vouchers in place of drug samples. Drug Topics 2002; 2:25 | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 588 | | | | N/A | Webpage:  Welcome to the Teva Cares Foundation | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 589 | | | | N/A | Webpage:  Janssen: Supporting Our Patients at Every Step | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 590 | | | | N/A | Webpage:  Merck Patient Assistance Programs to Help Those in Need | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 591 | | | | N/A | Webpage:  Pfizer RxPathways | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce website for Pfizer, a competing drug company receiving negative media coverage and not involved in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 592 | | | 6/28/2019 | N/A | Defendant John N. Kapoor's Second Supplemental Responses and Objections to Lead Plaintiff's First Set of Interrogatories | **801/802**: Hearsay if used for truth of matter asserted<br>**611**: Inappropriate mode of presentation | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 593 | | | 7/29/2013 | N/A | Depomed Announces Acquisition of Lazanda (fentanyl) Nasal Spray from Archimedes Pharma Limited, Cision Prnewswire | **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 594 | | | 3/17/2014 | N/A | Galena 2013 Annual Report | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce evidence regarding competing drug company, confuses jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 595 | | | 5/9/2013 | N/A | Galena Biopharma Form10-Q for the quarterly period ended March 31, 2013 | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce evidence regarding competing drug company, confuses jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 596 | | | unknown | N/A | LinkedIn Profile for Brian Trymbiski | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 597 | | | unknown | N/A | LinkedIn Profile for Christoper S. Lento, MBA | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 598 | | | unknown | N/A | LinkedIn Profile for David Corin | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 599 | | | unknown | N/A | LinkedIn Profile for Fred Vitale | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 600 | | | unknown | N/A | LinkedIn Profile for Patricia Fitzpatrick | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 601 | | | unknown | N/A | LinkedIn Profile for Sarah Walsh | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 602 | | | unknown | N/A | LinkedIn Profile for Scott Taylor, MBA | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 603 | | | unknown | N/A | LinkedIn Profile for Sean Kelly | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 604 | | | unknown | N/A | LinkedIn Profile for Shari Ashley | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 605 | | | unknown | N/A | LinkedIn Profile for Steve Brennan | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 606 | | | unknown | N/A | Website:  NCCN Guidelines (https://www.nccn.org/professionals/physician_gls/default.aspx) | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 607 | | | 8/4/2005 | N/A | Press Release:  Amgen Strengthen Focus on Oncology Pipeline, Names David R. Parkinson to New Role in Research and Development Organization | **403**: Prejudicial to introduce evidence regarding competing drug company, confuses jury<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901**: Authenticity has not been established | |
| 608 | | | 9/6/2019 | N/A | Defendant Michael Babich's Supplemental Response to Lead Plaintiff's First Set of Interrogatories (Interrogatories 1 and 2) | | |
| 609 | | | 3/10/2016 | N/A | BioDelivery Sciences International, Inc. Form 10-K, for the fiscal year ended December 31, 2015 | **401**: Evidence regarding company not party to this case is not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 610 | | | 10/14/2011 | N/A | Press Release:  Teva Completes Acquisition of Cephalon | **401**: Evidence regarding company not party to this case is not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 611 | | | unknown | N/A | Website:  Teva Oncology | Fifth Annual Oncology Guide to Patient Support Services | **401**: Evidence regarding company not party to this case is not relevant to the discrete misrepresentations at issue in this case<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 612 | | 1478 | 8/21/2012 | Trial Ex. 0004113 | Email from M. Babich to N. Oquendo, et al. re RE: Important/Confidential | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 613 | | 1480 | 8/29/2012 | Trial Ex. 0004115 INS4368360 | Email from M. Napoletano to N. Oquendo, et al. re Re: Important - Re: Subsys | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 614 | | 1488 | 9/14/2012 | Trial Ex. 0004117 INS-BOS-00027662 | Email from M. Babich to E. Pierce, et al. re important announcements, promotion | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 615 | | 1602 | 2/11/2014 | Trial Ex. 0004199 INS3608329 | Email from A. Burlakoff to M. Babich, et al. re Re: ISP Logistics - 11am | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 616 | | 1648 | 11/30/2014 | Trial Ex. 0004205 INS-BOS-09180873 | Email from A. Burlakoff to M.Babich, et al. re Resignation | **401:** Not relevant to the discrete misrepresentations at issue in this case **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 617 | | 1904 | 5/13/2014 | Trial Ex. 0005556 | Email from K. Fordham to M. Gurry re Reason for Concern | **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 618 | | 2101 | 3/14/2013 | Trial Ex. 0007126 INS4726576 | Email from D. Hollandsworth to M. Napoletano re FW: URGENT - speaker budget allocation Central - Rich Simon.xlsx | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901:** Authenticity has not been established | |
| 619 | | 2105 | 10/17/2014 | Trial Ex. 0007139 INS-BOS-04747880 | Email from M. Babich to Sales All re Promotion Announcement | **401:** Not relevant to the discrete misrepresentations at issue in this case **901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 620 | | 2115 | 3/12/2013 | Trial Ex. 0007214 INS1694080 | Email from J. Rowan to Sales Team - Southeast re FW: 7891 TRx, -64 yesterday, -66 for the week | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **901:** Authenticity has not been established | |
| 621 | | 2126 | 1/15/2013 | Trial Ex. 0007222 INS-BOS-04845358 | Email from A. Burlakoff to X. Yu, et al. re RE: reports for individual reps | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 622 | | 2158 | 3/11/2014 | Trial Ex. 0007275 INS0568944 | Email from J. Pearlman to Sales PHL, et al. re it can be done FW: Dr Ahmad 19 opt ins for the day | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 623 | | 2345 | | Trial Ex. 0008162 | Subsys Medicare Claims; May 01, 2012 to December 31, 2015 | **401:** Not relevant to the discrete misrepresentations at issue in this case and contains data outside of relevant time period **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 624 | | 2346 | | Trial Ex. 0008163 | Subsys Medicare Claims; May 01, 2012 to December 31, 2015 | **401:** Not relevant to the discrete misrepresentations at issue in this case and contains data outside of relevant time period **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 625 | | | 1/6/2014 | INS-BOS-00010016 | Email from X. Yu to J. Kapoor  re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 626 | | | 10/21/2013 | INS-BOS-00018230 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 627 | | | 10/28/2013 | INS-BOS-00018315 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 628 | | | 11/25/2013 | INS-BOS-00020263 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 629 | | | 11/3/2014 | INS-BOS-00287993 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 630 | | | 3/2/2015 | INS-BOS-00289644 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 631 | | | 3/30/2015 | INS-BOS-00522509 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 632 | | | 8/25/2014 | INS-BOS-04027160 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 633 | | | 8/11/2014 | INS-BOS-04027321 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 634 | | | 11/10/2014 | INS-BOS-04027954 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 635 | | | 9/29/2014 | INS-BOS-04028188 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 636 | | | 10/6/2014 | INS-BOS-04028256 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 637 | | | 3/23/2015 | INS-BOS-04028650 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 638 | | | 1/12/2015 | INS-BOS-04029280 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 639 | | | 11/18/2013 | INS-BOS-07989531 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 640 | | | 10/14/2013 | INS-BOS-07990378 | Email from A. Burlakoff to A. Burlakoff re Fw: Daily PSKW Redemption Count (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 641 | | | 11/11/2013 | INS-BOS-07992235 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 642 | | | 1/13/2014 | INS-BOS-07999239 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachments) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 643 | | | 1/20/2014 | INS-BOS-07999281 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 644 | | | 1/27/2014 | INS-BOS-07999297 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 645 | | | 11/4/2013 | INS-BOS-08325460 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 646 | | | 5/12/2014 | INS-BOS-09132794 | Email from D. Bucher to Relay Reporting re RE: Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 647 | | | 5/19/2014 | INS-BOS-09133158 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 648 | | | 5/27/2014 | INS-BOS-09135204 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 649 | | | 6/23/2014 | INS-BOS-09157016 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 650 | | | 7/21/2014 | INS-BOS-09163388 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |
| 651 | | | 6/9/2014 | INS-BOS-09164553 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case **403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802**: Hearsay if used for truth of matter asserted **901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 652 | | | 6/16/2014 | INS-BOS-09165460 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 653 | | | 8/18/2014 | INS-BOS-09173454 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 654 | | | 1/26/2015 | INS-BOS-09174446 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 655 | | | 2/2/2015 | INS-BOS-09176057 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |
| 656 | | | 2/9/2015 | INS-BOS-09177088 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case **403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document **801/802:** Hearsay if used for truth of matter asserted **901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 657 | | | 2/23/2015 | INS-BOS-09179217 | Email from B. Pipko to A. Burlakoff re FW: Daily PSKW Redemption Count (with attachment) | | |
| 658 | | | 9/22/2014 | INS-BOS-09192662 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 659 | | | 10/20/2014 | INS-BOS-09200914 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 660 | | | 8/29/2014 | INS-BOS-09202332 | Email from D. Bucher to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 661 | | | 9/8/2014 | INS-BOS-09203508 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 662 | | | 9/15/2014 | INS-BOS-09204562 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 663 | | | 3/16/2015 | INS-BOS-09205479 | Email from K. Sharpsten to B. Pipko, et al. re FW: Daily PSKW Redemption Count (with attachment) | | |
| 664 | | | 3/9/2015 | INS-BOS-09233903 | Email from B. Pipko to A. Burlakoff, et al. re FW: weekly Oncologist update (with attachment) | | |
| 665 | | | 12/22/2014 | INS-BOS-09234590 | Email from B. Pipko to A. Burlakoff re FW: Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 666 | | | 12/29/2014 | INS-BOS-09235023 | Email from R. Pitts to Relay Reporting, et al. re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 667 | | | 8/4/2014 | INS-BOS-11821008 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 668 | | | 2/16/2015 | INS-BOS-11821031 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 669 | | | 7/28/2014 | INS-BOS-11821329 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 670 | | | 7/7/2014 | INS-BOS-11822008 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 671 | | | 1/19/2015 | INS-BOS-11839026 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 672 | | | 1/5/2015 | INS-BOS-11841269 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 673 | | | 10/13/2014 | INS-BOS-11845034 | Email from R. Pitts to Relay Reporting re Daily PSKW Redemption Count [UNSCANNED] (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 674 | | | 12/16/2013 | INSYS-MDL-007308128 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 675 | | | 12/9/2013 | INSYS-MDL-007308828 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 676 | | | 12/2/2013 | INSYS-MDL-007312367 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 677 | | | 10/7/2013 | INSYS-MDL-007330774 | Email from X. Yu to J. Kapoor, et al. re Daily PSKW Redemption Count (with attachments) | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 678 | | | 2/3/2014 | INSYS-MDL-007508627 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 679 | | | 2/10/2014 | INSYS-MDL-007510986 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 680 | | | 4/7/2014 | INSYS-MDL-007514183 | Email from X. Yu to Relay Reporting, et al. re FW: Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 681 | | | 4/14/2014 | INSYS-MDL-007518086 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 682 | | | 5/5/2014 | INSYS-MDL-007531475 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 683 | | | 2/24/2014 | INSYS-MDL-007599954 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 684 | | | 3/3/2014 | INSYS-MDL-007601853 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |
| 685 | | | 3/10/2014 | INSYS-MDL-007604728 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401**: Not relevant to the discrete misrepresentations at issue in this case<br>**403**: Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602**: Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802**: Hearsay if used for truth of matter asserted<br>**901**: Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 686 | | | 3/17/2014 | INSYS-MDL-007607445 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 687 | | | 4/21/2014 | INSYS-MDL-007609202 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 688 | | | 4/28/2014 | INSYS-MDL-007612414 | Email from D. Bucher to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 689 | | | 3/24/2014 | INSYS-MDL-007613931 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 690 | | | 3/31/2014 | INSYS-MDL-007618004 | Email from X. Yu to Relay Reporting, et al. re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 691 | | | 2/17/2014 | INSYS-MDL-007899930 | Email from N. Casura to Relay Reporting re Daily PSKW Redemption Count (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case and the evidence would confuse the jury, is waste of time, cumulative<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 692 | | | 5/20/2020 | N/A | Insys Common Stock Artificial Inflation Per Share March 3, 2015 - January 22, 2016 | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established<br>**MIL:** Subject to defendants' motions in limine | |
| 693 | 015 | | 10/15/2014 | | Email from B. Pipko to A. Burlakoff re:  Q4 Oncology ISPs | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802/805:** Hearsay if used for truth of matter asserted, hearsay within hearsay<br>**901:** Authenticity has not been established | |
| 694 | 118 | | 12/23/2014 | INSYS_AZ_00525207 | Email from J. Whitfield to D. Baker, et al. re: November financial reports (with attachment) | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 695 | 135 | | 5/12/2014 | DIDONATO - EJF - 0337262 | Email from X. Yu to M. Babich, et al. re:  Prep at Direction of Counsel - Select Subsys Prescribers Writing History.xlsx (with attachment) | | |
| 696 | | 1630 | 6/17/2014 | Trial Ex. 0004203<br>INS-BOS-04027126 | Email from J. Grosshans to A. Harrington, et al. re:  Promotions:  Couturier & Szymanski | **401:** Not relevant to the discrete misrepresentations at issue in this case<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

| TRIAL EX. NO.^ | DEP. EX. NO. | BOS. CRIM. TRIAL EX. NO. | DATE | BEGIN PARENT BATES^ | DESCRIPTION^ | BASES FOR DEFENDANTS' OBJECTION(S)^ | STIPULATIONS^ |
|---|---|---|---|---|---|---|---|
| 697 | | 1833-02 | | Trial Ex. 0004407 | Ranking By total QTD Net Sales | **401:** Not relevant to the discrete misrepresentations at issue in this case and not clear whether within relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 698 | | 201 | 12/11/2012 | Trial Ex. 0000317<br>INS2327608 | Email from M. Babich to X. Yu, et al. re: commercial meeting | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**403:** Prejudicial to introduce aspects of the criminal case in this narrow civil securities case<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |
| 699 | | | 6/30/2015 | INSYS-MILLER000017 | Titus Wealth Management Account Statement | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 700 | | | | INSYS-MILLER000037 | Trade Confirms issued by LPL Financial | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 701 | | | | INSYS-MILLER000053 | Titus Wealth Management Portfolio Detail with Transactions | **601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**901:** Authenticity has not been established | |
| 702 | | | | | Insys Historical Pricing Data from 3/3/2016 through 04/22/2016 | **401:** Not relevant to the discrete misrepresentations at issue in this case and not from relevant time period<br>**601, 602:** Unclear how this will be utilized; needs proper foundation and a witness who can testify about this document<br>**801/802:** Hearsay if used for truth of matter asserted<br>**901:** Authenticity has not been established | |

[1] The Parties have stipulated and agreed that documents produced in this action by Insys shall be deemed authentic for the purposes of this action only. The documents produced by Insys bear all of the following Bates-stamp prefixes: INS, INSYS_AZ, INSYS-MDL, and INS-BOS. Accordingly, Defendants withdraw their listed Rule 901 objection to any such proposed exhibit.