# EXHIBIT E

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Kizior, Eric**
Date of Testimony: June 7, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations | Defendants' Objections[1] | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 10:15-10:24 | | | | |
| 13:11-13:16 | | | | |
| 20:11-23:2 | | | | |
| 23:25-25:5 | | | | |
| 25:16-26:15 | | | | |
| 154:9-154:24 | **601, 602**: Foundation: witness testified he is not familiar with charges and indicates he is making assumptions. **401-403**: testimony is not relevant since Insys is no longer a party and it is prejudicial to Defendants. | Insys' guilty plea to the Criminal Enterprise that was an undisclosed key factor in the FY14 Subsys sales and revenue growth is relevant to establishing that Defendants violated Section 10(b); Witness is testifying on behalf of Insys about topics underlying plea; Defendants have not articulated the prejudice | | |
| 166:9-166:21 | **601, 602**: Foundation: witness testified he is not familiar with charges and indicated previously he is making assumptions. **Hearsay**:  witness bases his testimony on news reports he read. **401-403**: testimony is not relevant since Insys is no longer a party and it is prejudicial to Defendants. | Foundation established through prior and subsequent testimony; News reports not being referenced for the truth of the matters referenced therein so no hearsay; otherwise, same response as to Defendants' objections to 154:9-154:24 | | |
| 168:1-168:13 | **601, 602**: Foundation: witness testified he is not familiar with charges and indicated previously he is making assumptions. | Foundation established through prior and subsequent testimony; New reports not being referenced for the truth of the matters referenced therein so no hearsay; | | |

---

[1] With respect to every witness listed in this chart, to the extent Plaintiffs have also identified any of their affirmative designations as counter designations, Defendants' objections to the affirmative designations apply equally to such counter-designations.  Defendants further rely on their objections concerning issues in the criminal Boston trial as more fully set forth in their forthcoming motions *in limine*.

1

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections[1] | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | **Hearsay**: witness bases his testimony on news reports he read. **401-403**: testimony is not relevant since Insys is no longer a party and it is prejudicial to Defendants. | otherwise, same response as to Defendants' objections to 154:9-154:24 | | |
| 168:18-171:7 | **601, 602**: Foundation: witness testified he is not familiar with document and indicated previously he is making assumptions. **401-403**: testimony is not relevant since Insys is no longer a party and it is prejudicial to Defendants. | Same response as to Defendants' objections to 154:9-154:24 | | |
| 172:5-172:9 | **601, 602**: Foundation: witness testified he is not familiar with document and indicated previously he is making assumptions. **801-802**: calls for hearsay **401-403**: testimony is not relevant since Insys is no longer a party and it is prejudicial to Defendants | Foundation established through prior and subsequent testimony; Question does not ask for the truth of the facts asserted in the Insys plea but whether Insys had admitted these facts; same response as to Defendants' objections to 154:9-154:24 | | |
| 173:3-175:1 | **601, 602**: Foundation: witness testified he is not familiar with document and indicated previously he is making assumptions. **801-802**: Calls for hearsay **401-403**: testimony is not relevant since Insys is no longer a party and it is prejudicial to Defendants | Foundation established through prior and subsequent testimony; Question does not ask for the truth of the facts asserted in the Insys plea but whether Insys had admitted these facts; otherwise, same response as to Defendants' objections to 154:9-154:24 | | |
| 183:16-184:1 | | | | |
| 184:16-185:3 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Defendants' Designations**
**Testifying Witness: Kizior, Eric**
Date of Testimony: June 7, 2019 (*Di Donato* Matter)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 10:1-5 | | | | |
| 10:15-24 | **106**: Incomplete (designate 11:14-15 per FRE 106) | 11:14-15 | | |
| 57:22-58:9 | **106**: Incomplete (designate 58:12-59:7, 60:8-10, and 60:25-61:6 per FRE 106) | 58:12-59:7 60:8-10 60:25-61:6 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Sharpsten, Kevin**
Date of Testimony: June 12, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[2] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 8:1-8:3 | | | | |
| 8:17-8:19 | | | | |
| 8:23-9:1 | | | | |
| 21:20-22:6 | | | | |
| 22:21-23:7 | | | | |
| 23:13-23:22 | | | | |
| 23:23-23:25 | | | | |
| 24:1-24:22 | | | | |
| 28:15-29:13 | | | | |
| 29:18-29:21 | | | | |
| 30:24-31:14 | | | | |
| 32:8-32:10 | | | | |
| 32:11-32:23 | | | | |
| 32:24-33:5 | | | | |
| 33:6-33:12 | | | | |
| 35:15-36:12 | | | | |
| 38:22-39:2 | | | | |
| 42:7-44:4 | | | | |
| 45:9-45:15 | | | | |
| 46:18-48:24 | | | | |
| 51:13-53:4 | | | | |
| 53:7-53:13 | | | | |
| 54:7-55:7 | | | | |
| 69:15-70:3 | | | | |

---

[2]    These designations have been identified as for "completeness" pursuant to Fed. R. Evid. 106.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[2] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 70:18-70:24 | | | | |
| 70:25-71:7 | | | | |
| 99:5-99:22 | | | | |
| 99:23-100:6 | | | | |
| 100:7-100:25 | | | | |
| 185:22-185:23 | | | | |

**Defendants' Designations**
**Testifying Witness: Sharpsten, Kevin**
Date of Testimony: June 12, 2019 (*Di Donato* Matter)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 6:5-8 | **401, 402**: Irrelevant and confusing interrupted opening of the record | | | |
| 8:17-19 | | | | |
| 11:23-12:18 | **401, 402**: Irrelevant testimony concerning witness's current employment at non-party entity | | | |
| 12:19-25 | **401, 402**: Irrelevant testimony concerning witness's current employment at non-party entity | | | |
| 13:4-23 | **401, 402**: Irrelevant testimony concerning witness's education and employment history at non-party entities | | | |
| 13:24-14:6 | **401, 402**: Irrelevant testimony concerning witness's education and employment history at non-party entities | | | |
| 14:21-18:5 | **401, 402**: Irrelevant testimony concerning witness's education and employment history at non-party entities | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 20:2-17 | **401, 402**: Irrelevant testimony concerning witness's education and employment history at non-party entities | | | |
| 20:23-21:1 | | | | |
| 21:20-23 | | | | |
| 21:24-22:6 | | | | |
| 22:21-23:7 | | | | |
| 23:13-16 | | | | |
| 23:17-25 | | | | |
| 24:1-22 | | | | |
| 28:8-11 | | | | |
| 28:15-23 | | | | |
| 30:3-8 | **601, 602**: No personal knowledge/speculation as to oncology plan & Pipko's role | | | |
| 30:19-31:8 | **601, 602**: No personal knowledge/speculation as to data sources (31:2-6) | | | |
| 31:9-14 | | | | |
| 32:11-23 | | | | |
| 32:24-33:5 | | | | |
| 33:6-12 | | | | |
| 34:4-25 | **801, 802**: Hearsay as to actions that the sales force could take (34:4-22) **601, 602**: Speculation as to actions that the sales force could take (34:4-22) | | | |
| 35:14 | **401, 402**: No substantive testimony | | | |
| 35:15-36:12 | **601, 602**: Speculation as to data sources and work flow (35:25-36:7) | | | |
| 36:13-37:6 | **601, 602**: No personal knowledge of TIRF prescribing (36:13-22) | | | |
| 38:3-11 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 38:22-39:2 | | | | |
| 40:15-19 | **Foundation**: Not clear from designated testimony the type of report being discussed | | | |
| 40:20-22 | **Foundation**: Not clear from designated testimony the type of report being discussed | | | |
| 41:3-10 | **601, 602**: Speculation concerning information reflected in reports<br>**401, 402, 403**: Misleading and confusing based upon speculation and lack of specificity<br>**Foundation**: Not clear from designated testimony the type of report being discussed | | | |
| 42:11-22 | **MIL #3**[3] | | | |
| 43:16-23 | **MIL #3** | | | |
| 45:9-15 | | | | |
| 46:18-47:14 | **601, 602**: Speculation and lack of personal knowledge as to oncology territories (46:22-47:14) | | | |
| 47:23-48:18 | | | | |
| 48:21-49:5 | | | | |
| 50:13-21 | **106**: Incomplete (designate 50:22-51:3 per FRE 106)<br>**601, 602**: Speculation as to data sources (50:18-19) | 50:22-51:3 | | |
| 51:10-23 | | | | |
| 51:24-52:9 | | | | |
| 52:10-53:1 | | | | |
| 54:7-55:2 | | | | |
| 57:23-58:6 | **MIL #3** | | | |

---

[3] "**MIL #3**" refers to the Plaintiff Class's forthcoming motion *in limine* to preclude the introduction of evidence or argument concerning issues upon which Defendant Kapoor obstructed discovery in this Action by invoking his Fifth Amendment right against self-incrimination.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 59:4-18 | **601, 602**: Speculation as to data reflected on exhibit | | | |
| 59:19-60:1 | | | | |
| 60:23-61:15 | | | | |
| 61:20-62:10 | **401, 402, 403**: Irrelevant as there is nothing in the record to indicate that the information in Ex. 47 was provided to Defendants **MIL #3** | | | |
| 64:12-17 | **401, 402, 403**: Irrelevant as there is nothing in the record to indicate that the information in Ex. 47 was provided to Defendants | | | |
| 65:2-20 | **401, 402, 403**: Irrelevant as there is nothing in the record to indicate that the information in Ex. 47 was provided to Defendants | | | |
| 67:12-17 | **106:** Incomplete (designate 66:21-67:11) **401, 402, 403**: Irrelevant as there is nothing in the record to indicate that the information in Ex. 47 was provided to Defendants | 66:21-67:11 | | |
| 69:15-70:24 | **601, 602**: Speculation as to data sources and reliability (70:4-24) | | | |
| 72:10-73:14 | | | | |
| 73:15-75:4 | **401, 402, 403**: Witness's view as to when he would investigate data discrepancies not relevant **601, 602:** No personal knowledge/speculation as to why there are differences in the data | | | |
| 75:5-24 | **401, 402, 403**: Witness's view as to when he would investigate data discrepancies not relevant **601, 602:** No personal knowledge/speculation as to why there are differences in the data | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 75:25-76:6 | **401, 402, 403**: Witness's view as to when he would investigate data discrepancies not relevant<br>**601, 602:** Personal knowledge/speculation as to why there are differences in the data | | | |
| 76:7-19 | **401, 402, 403**: Witness's view as to when he would investigate data discrepancies not relevant<br>**601, 602:** Personal knowledge/speculation as to why there are differences in the data | | | |
| 97:2-98:15 | **106:** Incomplete (98:16-99:9) per FRE 106<br>**401, 402, 403**: Question stricken/withdrawn (97:2-8)<br>**601, 602**: Speculation as to data sources and intent (97:9-98:15) | 98:16-99:9 | | |
| 99:23-100:19 | | | | |
| 149:7-22 | **401, 402, 403**: Not relevant to claims/defenses as document did not go to Defendants<br>**701**: Lay opinion expressed<br>**Foundation** No foundation established for opinion expressed | | | |
| 149:24-150:4 | **401, 402, 403**: Not relevant to claims/defenses as document did not go to Defendants<br>**801, 802**: Hearsay as to what witness may or may not have been told (149:24:150:-4)<br>**Foundation**: No foundation for belief expressed | | | |
| 150:5-15 | **801, 802**: Hearsay as to what witness may or may not have been told (150:13-15)<br>**401, 402, 403**: Prejudicial, irrelevant and confusing opinion expressed with no foundation | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **601, 602:** No personal knowledge/speculation as to "oncology program" and motivations of defendants (150:5-15)<br>**701**: (150:5-15)<br>**Foundation**: No foundation for opinion expressed; Timeframe<br>**MIL #1[4]:** Efforts not in place by FY14 (150:5-15)<br>**MIL #3** | | | |
| 151:6-12 | **801, 802**: Hearsay as to what witness may or may not have been told<br>**Foundation**: No foundation established for knowledge of company goals; Timeframe<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 151:15-24 | **801, 802**: Hearsay as to what witness may or may not have heard<br>**Foundation** as to timeframe<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 151:25-152:8 | **401, 402, 403**: Lawyer testimony/characterization of facts with no substantive testimony by witness<br>**MIL #3** | | | |
| 152:10 | **401, 402, 403**: Non-substantive request to review a document<br>**MIL #3** | | | |
| 152:12-13 | **MIL #3** | | | |
| 152:19-22 | **MIL #3** | | | |
| 152:23-24 | **MIL #3** | | | |

---

[4] The Plaintiff Class seeks an order precluding the introduction of evidence and testimony regarding putative or aspirational oncological efforts that were not in place in FY14, and Subsys sales and revenue generated by the "oncology HCP" specialty (which was artificially inflated by the Factor) in FY15 under Fed. R. Evid. 401, 402, and 403. Evidence subject to this MIL is identified here by the inclusion of "MIL #1" in the Plaintiff Class's Objections.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 153:2-14 | **401, 402, 403**: Vague reference to millions of dollars of product sold to oncologists confusing and misleading<br>**Foundation**: Lawyer testimony concerning and mischaracterizing document and suggesting answer to witness<br>**MIL #3** | | | |
| 153:16-154:2 | **106:** Incomplete (154:4-23) per FRE 106<br>**401, 402, 403**: Lay opinion expressed by non-party as to accuracy of portion of statement in 2014 Form 10-K without regard to the claimed sales growth at issue; Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21<br>**701**: Lay opinion expressed as to accuracy of portion of statement in 2014 Form 10-K<br>**Foundation**: No foundation for opinion witness is asked to express as to truth or falsity of statement based on testimony that witness's work did not bear on statements at issue<br>**MIL #3** | 154:4-23<br>166:23-167:21 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21)<br>**401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff Class's counter designation apply equally to 153:16-154:2 |
| 158:11-159:5 | **Foundation**: No knowledge established with witness as to content of interrogatory or response<br>**106:** Incomplete (155:11-12, 158:7-10) per FRE 106<br>**801, 802**: Hearsay as to truth of interrogatory response<br>**401, 402, 403**: Lay opinion expressed by non-party as to accuracy of portion of statement in of interrogatory response that does not address sources of 2014 sales growth | 155:11-12<br>158:7-10 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **701**: Lay opinion expressed by non-party as to accuracy of interrogatory response **MIL #3** | | | |
| 159:6-14 | **Foundation**: No knowledge established with witness as to content of interrogatory or response **801, 802**: Hearsay as to truth of interrogatory response **401, 402, 403**: Lay opinion expressed by non-party as to accuracy of portion of statement in of interrogatory response that does not address sources of 2014 sales growth **701**: Lay opinion expressed by non-party as to accuracy of interrogatory response **MIL #3** | | | |
| 164:7-12 | **106**: Incomplete (166:23-167:21) per FRE 106 **401, 402, 403**: Irrelevant if reports did not go to Defendants (166:8-12); Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 | 166:23-167:21 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21) **401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff Class's counter designation apply equally to 164:7-12 |
| 164:13-22 | **106**: Incomplete (166:23-167:21) per FRE 106 **401, 402, 403**: Irrelevant if reports did not go to Defendants (166:8-12); Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 | 166:23-167:3, 167:6-11, 167:14-19 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21) **401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff Class's counter designation apply equally to 164:13-22 |
| 165:17-166:1 | **106**: Incomplete (166:23-167:21) per FRE 106 **401, 402, 403**: Irrelevant if reports did not go to Defendants (166:8-12); Irrelevant because witness testified that this report has | 166:23-167:3, 167:6-11, 167:14-19 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | nothing to do with the statements at issue, *see* 166:23-167:21 | | **401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Class's counter designation apply equally to 165:17-166:1 |
| 166:2-12 | **106**: Incomplete (166:23-167:21) per FRE 106 **401, 402, 403**: Irrelevant if reports did not go to Defendants (166:8-12); Irrelevant witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 **Foundation** as to meaning of "management" (166:10-12) | 166:23-167:3, 167:6-11, 167:14-19 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21) **401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff Class's counter designation equally to 166:2-12 |
| 166:12-21 | **106**: Incomplete (166:23-167:3, 167:6-11, 167:16:19) per FRE 106 **401, 402, 403**: Irrelevant if reports did not go to Defendants (166:8-12); Irrelevant witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 **MIL #3** | 166:23-167:3, 167:6-11, 167:14-19 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21) **401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff Class's counter designation apply equally to 166:12-21 |
| 167:23-168:1 | **106**: Incomplete (166:23-167:3, 167:6-11, 167:16:19) per FRE 106 **401, 402, 403**: Irrelevant if reports did not go to Defendant (166:8-12); Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 **Foundation** as to meaning of "sales information"; as to meaning of "accurate" and timeframe | 166:23-167:3, 167:6-11, 167:14-19 | **601, 602**-Witness testified he did not know the purpose of the information he was providing; (167:9-21) **401-403**: Not relevant and testimony is waste of jury's time (167:9-21) | Counter designation is for completeness so that the jury can weigh the relevance and foundation of Defendants' designation if it is admissible and played; Defendants' objections to the Plaintiff Class's counter designation apply equally to 167:23-168:1 |
| 168:2-4 | **401, 402, 403**: Irrelevant if reports did not go to Defendants; Irrelevant witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 **MIL #1**: FY15 results irrelevant | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 168:20-169:5 | **401, 402, 403:** Irrelevant if reports did not go to Kapoor/Babich; Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 <br> **MIL #1**: FY15 results irrelevant | | | |
| 169:10-13 | **401, 402, 403:** Irrelevant if reports did not go to Kapoor/Babich; Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 <br> **Foundation** as to the meaning of "accurate" and timeframe <br> **MIL #1**: FY15 results irrelevant | | | |
| 169:15-171:19 | **401, 402, 403:** Irrelevant if reports did not go to Defendants; Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 <br> **Foundation** as to the meaning of "accurate" and timeframe <br> **MIL #1**: FY15 results irrelevant (169:15-170;4); Postdates Misstatements (170:5-171:19) | | | |
| 171:22-173:1 | **401, 402, 403:** Irrelevant if reports did not go to Defendants; Irrelevant because witness testified that this report has nothing to do with the statements at issue, *see* 166:23-167:21 <br> **Foundation** as to the meaning of "accurate" and timeframe <br> **MIL #1**: FY15 results irrelevant; Postdates Misstatements | | | |
| 173:12-17 | **401, 402, 403:** Exhibits irrelevant because they did not go to Defendants; Irrelevant as witness testified that they had nothing to do | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | with the statements at issue, *see* 166:23-167:21 **Compound question** **Foundation** **Narrative**: Question calls for a narrative **MIL #1**: FY15 results irrelevant; Postdates Misstatements | | | |
| 173:22-174:2 | **401, 402, 403:** Exhibits irrelevant because they did not go to Defendants; Irrelevant as witness testified that they had nothing to do with the statements at issue, *see* 166:23-167:21 **Compound question** **Foundation** **Narrative**: Question calls for a narrative **MIL #1**: FY15 results irrelevant; Postdates Misstatements | | | |
| 174:4-175:6 | **401, 402, 403:** Exhibits irrelevant because they did not go to Defendants; Irrelevant as witness testified that they had nothing to do with the statements at issue, *see* 166:23-167:21 **MIL #1**: FY15 results irrelevant; Postdates Misstatements | | | |
| 185:22-186:9 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Pipko, Brian**
Date of Testimony: June 14, 2019 (*Di Donato* Matter)

| Plaintiff Class's Affirmative Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[5] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 8:16-9:7 | | | | |
| 10:19-10:25 | | | | |
| 11:1-11:3 | | | | |
| 12:1-14:10 | | | | |
| 14:17-15:09 | | | | |
| 15:21-15:24 | | | | |
| 18:16-19:4 | | | | |
| 19:17-20:3 | | | | |
| 21:10-21:15 | | | | |
| 21:23-22:5 | | | | |
| 23:6-23:14 | | | | |
| 28:5-31:2 | | | | |
| 31:3-31:5 | | | | |
| 33:5-33:12 | | | | |
| 33:20-33:22 | | | | |
| 57:17-57:24 | | | | |
| 61:3-61:10 | | | | |
| 62:2-63:4 | | | | |
| 63:22-64:9 | | | | |
| 64:20-65:1 | | | | |
| 67:16-68:12 | | | | |
| 73:20-74:9 | | | | |
| 74:16-75:2 | | | | |
| 75:5-77:5 | | | | |
| 77:7-78:12 | | | | |
| 78:15-78:17 | | | | |
| 78:21-79:14 | | | | |
| 79:16-80:6 | | | | |

---

[5] These designations have been identified as for "completeness" pursuant to Fed. R. Evid. 106.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Affirmative Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[5] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 85:12-87:7 | | | | |
| 87:14-88:12 | | | | |
| 88:23-89:10 | | | | |
| 89:18-90:12 | | | | |
| 94:1-94:24 | | | | |
| 94:25-95:1 | | | | |
| 208:1-209:13 | | | | |
| 209:16-210:16 | | | | |
| 211:16-211:23 | | | | |
| 215:1-217:19 | | | | |
| 234:1-236:8 | | | | |
| 236:11-237:14 | | | | |
| 237:19-239:10 | | | | |
| 239:20-239:21 | | | | |
| 240:3-240:22 | | | | |
| 241:18-243:13 | | | | |
| 243:14-243:16 | | | | |
| 243:25-245:24 | | | | |
| 251:5-251:17 | | | | |
| 252:25-253:23 | | | | |
| 255:9-256:7 | | | | |
| 257:3-258:9 | | | | |
| 258:11-260:4 | | | 260:5-9 | **Nonresponsive** to question |
| 260:10-260:16 | | | | |
| 261:4-263:9 | | | | |
| 267:11-267:13 | | | | |
| 267:20-269:23 | | | | |
| 269:24-270:5 | | | | |
| 271:24-272:11 | | | | |
| 272:15-273:6 | | | | |
| 273:8-274:6 | | | | |
| 274:9-274:10 | | | | |
| 274:12-274:21 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Defendants' Designations**
**Testifying Witness: Pipko, Brian**
Date of Testimony: June 14, 2019 (*Di Donato* Matter)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 8:19-22 | | | | |
| 9:6-7 | | | | |
| 18:16-25 | | | | |
| 19:1-4 | | | | |
| 19:17-22 | | | | |
| 19:23-20:3 | | | | |
| 20:12-24 | **106**: Incomplete (designate 20:4-11 per FRE 106)<br>**601, 602**: Personal knowledge/speculation as witness was unsure and could not recall answer to question<br>**Nonresponsive** testimony at 20:16-24<br>**MIL #1[6]**: Efforts after FY14<br>**MIL #3** | 20:4-11 | | |
| 21:2-6 | **106**: Incomplete (designate 20:4-11 per FRE 106)<br>**MIL #1**: Efforts after FY14 | 20:4-11 | | |
| 21:10-22 | | | | |
| 25:12-25 | **106**: Incomplete (designate 23:15-24:24, 25:5-11 per FRE 106)<br>**601, 602**: Speculation as to Dan Brennan and Raimonds' thoughts & actions<br>**Nonresponsive** testimony at 25:18-25:25, 26:9-13, 26:18-23 to question at 25:12-13<br>**Narrative** response at 25:18-26:23<br>**MIL #1**: Efforts after FY14 | 23:15-24:24, 25:5-11 | | |

[6]    The Plaintiff Class seeks an order precluding the introduction of evidence and testimony regarding putative or aspirational oncological efforts that were not in place in FY14, and Subsys sales and revenue generated by the "oncology HCP" specialty (which was artificially inflated by the Factor) in FY15 under Fed. R. Evid. 401, 402, and 403. Evidence subject to this MIL is identified here by the inclusion of "MIL #1" in the Plaintiff Class's Objections.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **MIL #3** | | | |
| 26:1-4 | **601,602**: Speculation as to Dan Brennan and Raimonds' thoughts & actions **Nonresponsive** testimony at 25:18-25:25, 26:9-13, 26:18-23 to question at 25:12-13 **Narrative** response at 25:18-26:23 **MIL #1**: Efforts after FY14 | | | |
| 26:5-27:4 | **601, 602**: Speculation as to what types of cancers cause more pain (26:9-13) **Nonresponsive** testimony at 26:9-13, 26:18-23 to question at 25:12-13 **Narrative** response at 25:18-26:23 **MIL #1**: Efforts after FY14 | | | |
| 30:16-31:2 | | | | |
| 36:7-13 | **106**: Incomplete (designate 36:14-38:10 per FRE 106) | 36:14-38:10, 39:11-13, 39:21-41:10, 41:15-17, 42:2-5, 42:10-14, 43:11-48:16, 48:19-49:6, 49:20-52:17, 176:23-179:23 | | |
| 38:11-39:5 | **106**: Incomplete (designate 39:11-13, 39:21-41:10, 41:15-17, 42:2-5, 42:10-14, 43:11-48:16, 48:19-49:6, 49:20-52:17) **401,402, 403**: 38:20 is not relevant as it does not contain testimony (403) | 36:14-38:10, 39:11-13, 39:21-41:10, 41:15-17, 42:2-5, 42:10-14, 43:11-48:16, 48:19-49:6, 49:20-52:17; 176:23-179:23 | | |
| 38:25-39:5 | Subsumed within designation of 38:11-39:5 | 36:14-38:10, 39:11-13, 39:21-41:10, 41:15-17, 42:2-5, 42:10-14, 43:11-48:16, 48:19-49:6, | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | | 49:20-52:17; 176:23-179:23 | | |
| 52:18-53:6 | **Foundation** because "they" in the answers is not defined (52:21-23, 53:4-6)<br>**MIL #3** | 36:14-38:10, 39:11-13, 39:21-41:10, 41:15-17, 42:2-5, 42:10-14, 43:11-48:16, 48:19-49:6, 49:20-52:17 | | |
| 55:13-15 | | 53:9-12, 53:22-54:8 | | |
| 57:17-58:6 | **106**: Incomplete (designate 53:9-12, 53:22-54:8 per FRE 106)<br>**601, 602**: Speculation as to how oncologists treat their patients (58:1-6) | | | |
| 58:7-11 | **106**: Incomplete (designate 53:9-12, 53:22-54:8 per FRE 106) | | | |
| 60:25-62:1 | | | | |
| 62:2-17 | | | | |
| 63:9-21 | | | | |
| 63:22-25 | **MIL #3** | | | |
| 64:1-13 | **MIL #3** | | | |
| 64:14-65:1 | **MIL #3** | | | |
| 65:2-22 | **401, 402, 403**: Drugs other than Subsys or future indications not relevant<br>**801, 802**: Hearsay as to Kapoor's, Van Hoff's, & Alberts' statements (65:14-19)<br>**Foundation** as to "plans" and timeframe<br>**MIL #1**: Efforts not implemented in FY14<br>**MIL #3** | | | |
| 65:23-67:3 | **601, 602**: Personal, knowledge/speculation as to Kapoor's thoughts and actions (66:12-67:3)<br>**801, 802**: Hearsay as to Kapoor's statements (66:13-20, 66:24-67:3) | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **Nonresponsive** testimony at 66:1-7 to question at 65:23-24)<br>**Narrative** response at 65:25-67:2<br>**MIL #3** | | | |
| 67:4-20 | **MIL #3** | | | |
| 68:13-17 | **801, 802**: Hearsay as to Babich's statements (68:15-17)<br>**MIL #3** | | | |
| 68:18-24 | **MIL #3** | | | |
| 70:20-71:13 | **106**: Incomplete (designate 71:1-72:22, 72:25-73:8 per FRE 106) | 71:14-72:22, 72:25-73:8 | | |
| 73:20-74:15 | **801, 802**: Hearsay as to Kapoor's statements (74:10-15)<br>**MIL #3** (74:10-15) | | | |
| 78:2-10 | | | | |
| 79:18-80:6 | | | | |
| 80:7-9 | | | | |
| 80:25-81:14 | **401, 402, 403**: Whether other ROO companies had putative oncology efforts not relevant to clams/defenses<br>**601, 602**: Personal knowledge/speculation as to Cephalon/Teva's efforts and difficulty of expanding oncology market (80:25-81:10)<br>**Nonresponsive** testimony at 80:25-81:10 to question at 80:7-9 | | | |
| 81:15-16 | **401, 402, 403**: Whether other ROO companies had putative oncology efforts not relevant to clams/defenses<br>**601, 602**: Personal knowledge/speculation as to Cephalon/Teva's efforts and difficulty of expanding oncology market (80:25-81:10) | | | |
| 81:17-82:15 | **106**: Incomplete (designate 82:16-19 and 82:22-83:7 per FRE 106)<br>**401, 402, 403**: Whether other ROO companies had putative oncology efforts and | 82:16-83:7 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | Pipko's current belief in Insys' putative efforts is not relevant<br>**601, 602**: Personal knowledge/speculation as to Cephalon/Teva's efforts and how oncologists practice medicine and treat cancer pain (81:17-82:15) | | | |
| 90:22-91:18 | **106**: Incomplete (designate 92:1-5, 92:14-23 per FRE 106)<br>**MIL #3** | 92:1-5 | | |
| 91:19-25 | **106**: Incomplete (designate 92:1-5, 92:14-23 per FRE 106)<br>**MIL #3** | 92:1-5 | | |
| 92:6-13 | **106**: Incomplete (designate 92:1-5, 92:14-23 per FRE 106)<br>**MIL #3** | 92:14-27 | | |
| 92:24-93:24 | | | | |
| 94:1-7 | **106**: Incomplete (designate 129:24-133:19 per FRE 106)<br>**MIL #3** | 129:24-133:19 | | |
| 95:3-20 | **106**: Incomplete (designate 96:1-8, 129:24-133:19 per FRE 106)<br>**801, 802**: Hearsay as to Kapoor's statements (95:11-15)<br>**MIL #3** | 96:1-8, 129:24-133:19 | | |
| 101:7-15 | **106:** Incomplete (designate 104:12-24 per FRE 106) | 104:12-24 | | |
| 101:24-102:17 | **106**: Incomplete (designate 102:21-23, 103:1-6, 104:6-24 per FRE 106)<br>**801, 802**: Hearsay as to Burlakoff's statements (102:13-17) | 102:21-23, 103:1-6, 104:12-24 | | |
| 103:19-104:5 | **106**: Incomplete (designate 103:16-18, 104:6-24 per FRE 106)<br>**601, 602**: Personal knowledge/speculation as to the process for speaker recommendations (103:21-104:5) | 103:16-18, 104:6-8, 104:12-24 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **801, 802**: Hearsay as to Hollandsworth's statements (103:25-104:5) | | | |
| 109:5-110:15 | **106**: Incomplete (designate 110:21-23 per FRE 106)<br>**601, 602**: Personal knowledge/speculation as to the supportive care book referenced in the exhibit<br>**MIL #1**: Efforts not in place by FY14 (Supportive Care Book)<br>**MIL #3** | 110:21-23 | | |
| 111:1-11 | **106**: Incomplete (designate 110:21-23 per FRE 106)<br>**MIL #1**: Efforts not in place by FY14 (Supportive Care Book)<br>**MIL #3** | 112:4-113:20 | | |
| 111:11-112:3 | **106**: Incomplete (designate 112:4-113:20 per FRE 106)<br>**601, 602**: Personal knowledge/speculation as to Alberts' reputation and the supportive care book (111:13-112:3)<br>**801, 802**: Hearsay as to Alberts' statements<br>**MIL #1**: Efforts not in place by FY14 (Supportive Care Book)<br>**MIL #3** | 112:4-113:20 | | |
| 113:21-115:5 | **106**: Incomplete (designate 115:6-11, 115:22-116:18 per FRE 106)<br>**MIL #1**: Efforts not in place by FY14 (Regional Dinners) | 115:6-11, 115:22-116:8 | | |
| 115:12-21 | **106**: Incomplete (designate 115:6-11, 115:22-116:18 per FRE 106)<br>**401, 402, 403**: No evidence that this information was ever provided to Defendants<br>**601, 602**: No personal knowledge/speculation as to whether the Series happened before April 2015<br>**MIL #1**: Efforts not in place by FY14 (Regional Dinners) | 115:6-11, 115:22-116:8 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 116:12-14 | **106**: Incomplete (designate 116:15-17 per FRE 106) | 116:15-17 | | |
| 116:18-117:1 | **106**: Incomplete (designate 116:15-17 per FRE 106)<br>**601, 602**: Personal knowledge and speculation as to whether sales contests occurred in FY14 (116:23-117:1) | | | |
| 117:23-118:4 | **106**: Incomplete (designate 118:5-8 per FRE 106) | 118:5-8 | | |
| 118:9-119:20 | **106**: Incomplete (designate 119:20-120:5 per FRE 106)<br>**601, 602**: Personal knowledge and speculation as to NCCN guidelines and cancer treatments (119:12-20) | 119:20-5 | | |
| 120:6-20 | **106**: Incomplete (designate 119:20-120:5, 121:13-19 per FRE 106) | 119:20-5, 121:13-19 | | |
| 120:21-121:12 | **106**: Incomplete (designate 121:13-19 per FRE 106)<br>**MIL #1**: Efforts not in place by FY14 (Formularies) | 121:13-19 | | |
| 121:20-123:5 | **106**: Incomplete (designate 121:13-19 per FRE 106)<br>**401, 402, 403**: Being on<br>**601, 602**: Personal knowledge/speculation as to whether Insys had any formulary approvals in FY14<br>**Nonresponsive** testimony at 122:13-16 to question at 122:4-5<br>**MIL #1**: Efforts not in place by FY14 (Formularies) | 121:13-19 | | |
| 123:6-25 | **106**: Incomplete (designate 123:6-16)<br>**401, 402, 403**: Pipko's current efforts with a different drug not relevant (124:7-10)<br>**601, 602**: Personal knowledge/speculation as to what oncologists see in their medical practices, how urologists and palliative care | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | doctors practice medicine, and cancers that cause pain (123:19-124:1, 124:4-17) | | | |
| 123:17-124:17 | **106:** Incomplete (designate 104:12-24 per FRE 106) | | | |
| 124:18-125:5 | **601, 602**: Speculation as to how hematologists and hospitalists practice medicine, and as to what types of HCPs focus on oncology patients (124:21, 124:23-24, 125:1-5) | | | |
| 125:19-127:11 | **801, 802**: Hearsay as to Dr. Kapoor's statements (126:12-19)<br>**MIL #1**: Efforts not in place by FY14 (126:12-128:9)<br>**MIL #3** | | | |
| 127:12-18 | **MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 127:19-128:17 | **601, 602**: Speculation as to the patient population for palliative care HCPs (128:1-5, 128:11-17)<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 128:18-20 | **Leading** question asked at 129:18-19<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 128:21-129:1 | **601, 602**: Witness admits to not knowing whether Insys was focusing on palliative HCPs treating cancer patients (128:22)<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 129:1-14 | **601, 602**: Witness admits to not knowing whether Insys was focusing on palliative HCPs with cancer patients (128:22)<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 129:15-19 | **601, 602**: Personal knowledge, Speculation<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 133:22-134:16 | **106**: Incomplete (designate 134:17-135:10 per FRE 106)<br>**MIL #3** | 134:17-135:10 | | |
| 135:18-136:9 | **106**: Incomplete (designate 134:17-135:10-143:17-144:13 per FRE 106)<br>**401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**601, 602**: Personal knowledge and speculation as to why "they" retained and terminated Beckhardt (135:22-136:9)<br>**801, 802**: Hearsay as to Kapoor's statements (136:6-9)<br>**Foundation** as to "they" which is not explained in the answer (135:22-136:3)<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | 134:17-135:10, 143:17-144:13 | | |
| 136:10-137:13 | **401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**601, 602**: Personal knowledge/speculation as to Kapoor's thoughts and actions<br>**801, 802**: Hearsay as to Kapoor's statements (136:16-137:13)<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | | | |
| 137:14-139:10 | **401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**601, 602**: Personal knowledge and speculation as to compliance at other companies (138:23-139:2)<br>**801, 802**: Hearsay as to Napoletano's statements (137: 138:16) | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | | | |
| 140:5-14 | **106**: Incomplete (designate 141:6-12 per FRE 106)<br>**801, 802**: Hearsay as to Napoletano's statements<br>**MIL #3** | 141:6-14 | | |
| 140:15-141:5 | **106**: Incomplete (designate 141:6-12 per FRE 106)<br>**601, 602**: Personal knowledge, Speculation<br>**Leading** question (140:21-23)<br>**Nonresponsive** testimony at 140:24<br>**MIL #3** | 141:6-14 | | |
| 141:15-142:2 | **801, 802**: Hearsay as to Babich's statements | 143:17-144:13 | | |
| 142:3-23 | **106**: Incomplete (designate 144:15-17 per FRE 106)<br>**401, 402, 403**: Future efforts for other potential drugs not relevant to Subsys FY14 sales/revenue growth | | | |
| 144:18-145:9 | **106**: Incomplete (designate 146:10-22 per FRE 106)<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | 144:15-17 | | |
| 145:23-146:9 | **106:** Incomplete (designate 147:20-148:1 per FRE 106)<br>**601, 602**: Personal knowledge and speculation as to the two territories referenced in the exhibit (149:10-19)<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | 146:10-22 | | |
| 146:23-147:12 | **106**: Incomplete (designate 96:12-98:4, 98:7-11, 98:13, 98:22-99:23 per FRE 106)<br>**601, 602**: Personal knowledge and speculation as to the "Potential Targets" slide because it was prepared by Napoletano/Yu | | | |

27

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **801, 802**: Hearsay as to Napoletano and Yu's statements (150:3-151:6)<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 148:2-149:19 | **106**: Incomplete (designate 151:7-16 per FRE 106)<br>**401, 402, 403**: Subsys attributes not relevant if not tied to FY14 sales/revenue growth<br>**MIL #3** | 147:20-148:1 | | |
| 149:23-151:6 | **601, 602**: Personal knowledge and speculation as to the "Positioning Potential" slide in light of witness's testimony ("I have no idea")<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | 96:12-98:4, 98:7-9, 98:13, 98:22-99:23 | | |
| 151:17-152:16 | **401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**601, 602**: Personal knowledge/speculation as to Kapoor's thoughts and actions<br>**801, 802**: Hearsay as to Kapoor's statements<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | 151:7-16 | | |
| 153:4-154:6 | **401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**601, 602**: Personal knowledge/speculation as to compliance at other companies<br>**801, 802**: Hearsay as to Napoletano's statements<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | | | |
| 154:7-155:14 | **MIL #1**: Efforts not in place by FY14 (onc speaker bureau)<br>**MIL #3** | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 156:1-18 | **601, 602**: Personal knowledge and speculation as to the difference between the Speaker Program and the oncology speakers bureau<br>**Nonresponsive** testimony at 156:12-18 to question at 156:5-6<br>**MIL #1**: Efforts not in place by FY14 (onc speaker bureau)<br>**MIL #3** | | | |
| 156:19-160:1 | **MIL #1**: Efforts not in place by FY14 (onc speaker bureau) | | | |
| 160:4-161:23 | **106**: Incomplete (designate 161:24-162:6 per FRE 106)<br>**801, 802**: Hearsay as to Kapoor's statements<br>**MIL #3** | 161:24-162:6 | | |
| 162:8-167:7 | **801, 802**: Hearsay as to Babich's statements (163:8-12) | | | |
| 167:8-168:14 | **106**: Incomplete (designate 168:15-18, 172:22-176:20 per FRE 106) | 168:15-18, 172:22-176:20 | | |
| 168:20-171:1 | **106:** Incomplete (designate 171:12-172:4, 172:7-172:21, 172:22-176:20; 176:23-179:23 per FRE 106) | 171:12-172:4, 172:7-172:21, 172:22-176:20; 176:23-179:23 | | |
| 181:9-13 | **401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | | | |
| 182:2-184:11 | **106**: Incomplete (190:15-193:6-193:14-195:17 per FRE 106)<br>**401, 402, 403**: Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**801, 802**: Hearsay as to numerous third party statements | 190:15-193:6, 193:14-195:17 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | | | |
| 184:25-186:10 | **106**: Incomplete (186:11-188:9, 190:15-193:6, 193:14-195:17 per FRE 106)<br>**401, 402, 403**:  Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**801, 802**: Hearsay as to numerous third party statements, including Kapoor and Babich<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | 186:11-188:9, 190:15-193:6, 193:14-195:17 | | |
| 188:10-19 | **106**: Incomplete (186:11-188:9, 190:15-193:6, 193:14-195:17 per FRE 106)<br>**401, 402, 403**:  Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | 186:11-188:9, 190:15-193:6, 193:14-195:17 | | |
| 189:24-190:14 | **106**: Incomplete (designate 188:20-189:23, 190:15-193:6, 193:14-195:17 per FRE 106)<br>**401, 402, 403**:  Advocacy efforts irrelevant because witness cannot tie them to FY14 sales/revenue growth<br>**MIL #1**: Efforts not in place by FY14 (Advocacy)<br>**MIL #3** | 188:20-189:23, 190:15-193:6, 193:14-195:17 | | |
| 197:4-198:8 | **106**: Incomplete (designate 195:19-197:3 per FRE 106)<br>**801, 802**: Hearsay as to third party statements at 198:4-8<br>**Foundation** as to "they" in the answer which is not defined in 198:4-8<br>**MIL #3** | 195:19-197:3 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 198:9-24 | **801, 802**: Hearsay as to third party statements in 198:20-24<br>**MIL #3** | | | |
| 198:25-200:14 | **106**: Incomplete (designate 200:15-18 per FRE 106)<br>**801, 802**: Hearsay as to third party statements at 199:22-23; Hearsay as to Babich's statements at 199:10-13<br>**Foundation** as to "they" in 199:20-200:6<br>**MIL #3** | 200:15-18 | | |
| 200:21-204:2 | **106**: Incomplete (designate 204:3-11 per FRE 106)<br>**MIL #3** | 204:3-11 | | |
| 204:12-17 | **106**: Incomplete (designate 204:3-11, 204:18-205:1 per FRE 106)<br>**MIL #3** | 204:3-11, 204:18-205:1 | | |
| 205:2-206:8 | **106**: Incomplete (designate 204:18-205:1, 206:9-207:24 per FRE 106)<br>**MIL #3** | 204:18-205:1, 206:9-207:23 | | |
| 209:16-210:3 | | | | |
| 210:4-211:2 | | | | |
| 211:3-15 | **601, 602**: Personal knowledge and speculation as to what prompted him to send the email about which he is testifying and as to the number of cancer patients with BTCP (211:6-15) | | | |
| 211:24-212:25 | **601, 602**: Personal knowledge/speculation about "targeting effectively" bullet | | | |
| 213:1-11 | **601, 602**: Speculation as to whether the palliative care HCPs treated cancer patients (213:8-11) | | | |
| 213:12-214:23 | **601, 602:** Personal knowledge/speculation as to Subsys' comparative benefits (214:14-23)<br>**Nonresponsive** testimony at 214:7-10 | | | |
| 215:1-217:19 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 217:24-219:8 | **106**: Incomplete (designate 219:15-19 per FRE 106)<br>**601, 602**: Personal knowledge/speculation as to what patients tell their HCPs (218:20:219:1)<br>**Nonresponsive** testimony at 218:20-219:1 to question at 218:2-3, 5 | 219:15-19 | | |
| 219:9-14 | **Nonresponsive** testimony at 219:11-14 to question at 219:9-10 | | | |
| 219:20-221:5 | **106**: Incomplete (designate 221:6-222:10 per FRE 106)<br>**601, 602**: Personal knowledge/speculation with respect to Laurie's issue with finding a speaker (220:7-15) | 221:6-222:10 | | |
| 222:18-224:19 | **106**: Incomplete (designate 222:15-17 per FRE 106)<br>**601, 602**: Personal knowledge/speculation as to what the email at issue is referring to (223:21-24:6, 224:10-19)<br>**801, 802**: Hearsay as to Beckhardt's statements (223:12-16); Hearsay as to Von Hoff and Alberts' statements at 224:3-6)<br>**Nonresponsive** testimony at 223:21-224: 6 to question at 223:20 and at 224:10-19 to question at 224:7-9<br>**MIL #1**: Efforts not in place by FY14 (onc steering mtg)<br>**MIL #3** | 222:15-17 | | |
| 224:20-225:11 | **601, 602**: Personal knowledge/speculation as to what the email at issue is referring to (224:23-225:11)<br>**Nonresponsive** testimony at 224:24-225:11 to question at 224:20-22<br>**MIL #1**: Efforts not in place by FY14 (onc steering mtg)<br>**MIL #3** | | | |
| 231:10-15 | **801, 802**: Hearsay as to Kapoor's statements | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **Foundation** as to what is meant by uncomfortable<br>**MIL #3** | | | |
| 234:13-236:8 | | | | |
| 241:14-17 | | | | |
| 243:14-247:6 | **401, 402, 403**: 243:19-23 is not relevant as it does not contain testimony | | | |
| 251:8-254:22 | **601, 602**: Personal knowledge or speculation as to growth in prescriptions, the success of the territory, and what other companies did in comparison (254:1-22)<br>**Nonresponsive** testimony at 254:1-22 to question at 253:24-25<br>**MIL #3** (253:24-254:22) | | | |
| 254:23-255:8 | **106:** Incomplete (designate 255:9-14 per FRE 106)<br>**601, 602**: Speculation as to whether other people's expectations had been met (255:3-5)<br>**Nonresponsive** testimony at 255:2-8 to question at 254:23-24, 255:1<br>**MIL #3** | | | |
| 256:8-258:9 | | | | |
| 263:22-266:9 | **106**: Incomplete (designate 263:11-13, 263:21 per FRE 106)<br>**601, 602**: Speculation as to how oncology HCPs practice medicine and treat patients and how patients interact with oncology HCPs (265:17-266:9)<br>**Nonresponsive** testimony at 264:23-265:1 (no question pending) | 263:11-13, 263:21 | | |
| 276:19-21 | **MIL #3** | | | |
| 276:22-279:4 | **106:** Incomplete (designate 279:5-12 per FRE 106)<br>**601, 602**: Speculation as to why he was hired (276:25-277:5), Personal | 279:5-12 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | knowledge/speculation as to Wachsman's capabilities and "passions" (277:13-20) **801, 802**: Hearsay as to Babich and Kapoor's statements (277:4-5), Hearsay as to statements by third parties including Kapoor (278:4-15) **Narrative** response at 277:6-278:15 **Nonresponsive** testimony at 276:25-277:2 to question at 276:22-24 **MIL #1**: Efforts not in place by FY14 **MIL #3** | | | |
| 279:13-294:22 | **106**: Incomplete (designate 279:5-12 per FRE 106) **601, 602**: Personal knowledge/speculation as to what Exhibit 102 is; as to the relevance and use of nurses in oncology strategy (280:24-281:9, 293:8-15); as to access to community cancer centers (281:10-16); as to make up of the speaker program (281:23-282:6); as to the Oncology division infrastructure slide (284:2-288:7), as to cancer patients thoughts/actions (289:16-20), as to what Exhibit 103 is (292:15-294:9), as to why Kapoor was willing to hire an oncology nurse (294:10-22) **801, 802**: Hearsay as to Kapoor's statements (287:6-12, 288:12-15, 289:2-7, 291:8-10, 293:23-294:5, 294:19-22) **Foundation** as to whether Pipko put the Subsys Strategy Growth Initiatives slide together or whether he understood the information on the slide (280:2-281:20); as to what speaker program he is testifying about at 281:17-282:11; as to whether any of these "efforts" were in place or completed in FY14 (entire designation) | 279:5-12 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **Nonresponsive** testimony at 280:24-281:9 and at 282:7-11 to question at 281:21-22; testimony at 292:20-294:9 to question at 292:14<br>**Narrative** at 280:11-281:20; further narrative provided at 283:7-20; narrative at 284:7-288:7; further narrative provided at 292:15-294:9<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 294:24-301:24 | **601, 602**: Personal knowledge/speculation as to what Kapoor thought (295:16-296:2); as to what Babich thought or did (296:18-24); as to the Form 10-K for FY14 and statements set forth therein (299:20-301:24); as to the Company's overall Subsys usage in FY14 (301:4-12, 301:14-24); as the key factors in generating Subsys usage in FY14 (301:4-12, 301:14-24)<br>**601**: Legal conclusion as to whether statement at issue is "true" (301:14-24)<br>**801, 802**: Hearsay as to Kapoor's statements (296:9-17, 299:14-16)<br>**Foundation** as to timeframe (294:24-298:15 and 301:4-24); what "successful" or "succeed" means (295:4-5, 7; 296:4-5, 7;); as to what "supported" or "support" means (295:9-10, 12-14; 296:18-19, 22-24); as to what the language at issue in the 10-K means (299:20-301:24)<br>**Nonresponsive** testimony at 297:25-298:6<br>**MIL #1**: Efforts not in place by FY14<br>**MIL #3** | | | |
| 302:2-303:18 | **601, 602**: Personal knowledge/speculation as to the Form 10-K for FY14 and statements set forth therein (302:2-303:18); as to the Company's overall Subsys usage in FY14 | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | (302:2-303:18); as the key factors in generating Subsys usage in FY14 (302:2-303:18); as to what Kapoor's beliefs are (302:20-303:18) **601**: Legal conclusion as to whether statement at issue is "true" (302:2-11) **801, 802**: Hearsay as to Kapoor's statements (303:13-18) **Foundation** as to timeframe (302:2-303:18); as to what the language at issue in the Form 10-K means (302:2-303:18) **Nonresponsive** testimony at 297:25-298:6 **MIL #3** | | | |
| 304:21-305:2 | **601, 602**: Personal knowledge/speculation as to the Form 10-K for FY14 and statements set forth therein (304:21-305:2); as to Kapoor's actions or beliefs (304:21-305:2) **801, 802**: Hearsay as to Kapoor's statements (304:21-305:2) **Foundation** as to what "support" means"(304:21-305:2); as to what the language at issue in the Form 10-K means (304:21-305:2) **MIL #3** | | | |
| 306:16-24 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense; Testimony based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, and prejudicial (306:16-24); Testimony based on inadmissible document is unfair, confusing and prejudicial (306:16-24) **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter; as to the excerpt created by Defendants | | | |
| 307:4-15 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense; Testimony | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, and prejudicial (307:4-307:15); Testimony based on inadmissible document is unfair, confusing and prejudicial (307:4-307:15) **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter; as to the excerpt created by Defendants; as to the 4Q14 conference call; as to the statements Babich made on the 4Q14 conference call **Foundation** as to whether the allegation presents the full statement Babich made during the 4Q14 conference call | | | |
| 308:19-309:18 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense; Testimony based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, and prejudicial (308:19-309:18); Testimony based on inadmissible document is unfair, confusing and prejudicial (308:19-309:18) **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter; as to the excerpt created by Defendants; as to the 4Q14 conference call; as to the statements Babich made on the 4Q14 conference call; as to what Babich meant by his statements during the 4Q14 conference call **601**: Legal conclusion as to whether statement at issue is "true" (308:19-309:18) **Foundation** as to whether the allegation presents the full statement Babich made during the 4Q14 conference call; as to what Babich meant by the statement on the 4Q14 conference call; as to the time frame of the statement | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 310:8-311:22 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense; Testimony based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, and prejudicial (310:8-311:22); Testimony based on inadmissible document is unfair, confusing and prejudicial (310:8-311:22) **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter (310:8-311:22); as to the excerpt created by Defendants (310:8-311:22); as to the 4Q14 conference call; as to the statements Babich made on the 4Q14 conference call; as to what Babich meant by his statements during the 4Q14 conference call (310:8-311:22); as to the effort that Insys purportedly made versus other companies (311:13-22) **601**: Legal conclusion as to whether statement at issue is "true" (310:8-311:22) **Foundation** as to whether the allegation presents the full statement Babich made during the 4Q14 conference call; as to what Babich meant by the statement on the 4Q14 conference call; as to the time frame of the statement; as to the time frame of Pipko's testimony at 311:13-22 | | | |
| 312:8-314:8 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense (312:8-314:8); Testimony regarding allegations in the complaint are not relevant to the claims/defenses (312:21-314:8); Testimony based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, and prejudicial (312:8-314:8); Testimony based on inadmissible document is unfair, confusing and prejudicial (312:8-314:8) | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter (312:8-314:8); as to the excerpt created by Defendants (312:8-314:8); as to what Defendants' represented to investors; as to whether Insys (as opposed to Pipko's division) focused on HCPs who treated BTCP(312:21-314:8); as to whether Defendants actively discouraged efforts directed to oncologists outside of Pipko's division before or during his employment BTCP(312:21-314:8) **Foundation** as to time frame of the allegations raised by defendants (312:8-314:8); as to time frame of Pipko's testimony (312:8-314:8) **MIL #3** | | | |
| 314:9-316:2 | **601, 602**: Personal knowledge/speculation as to whether anyone other than Pipko discouraged marketing to oncologists (314:9-20); as to Insys business before Pipko started (315:7-316:2); as to purported growth in prescriptions (315:7-316:2); as to whether Insys expanded prescribers or prescriptions (315:7-316:2) **Foundation** as to timeframe (314:9-316:2); as to what "successful" means (314:22-316:2) **Compound** question at 314:9-14 **MIL #3** | | | |
| 316:6-319:4 | **601, 602**: Speculation as to Kapoor's beliefs or interest (317:25-318:10) **801, 802**: Hearsay as to Fourteau's statements (317:5-9, 317:22-318:2); Hearsay as to Kapoor's statements (317:25-318:16) **Foundation** as to "anybody" or "anybody else" (318:19-319:4) | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **MIL #1**: Efforts not in place by FY14 <br> **MIL #3** | | | |
| 319:13-327:9 | **401, 402, 403:** Resume of someone Insys was thinking of hiring for oncology group is not relevant to the claims/defenses (323:11-324:13); Information that can be provided to oncology HCPs by Insys sales staff is not relevant to the claims/defenses (325: <br> **601, 602**: Personal knowledge/speculation as to what 24 of 31 refers to or means (319:23-13); as to what Exhibit 108 refers to (321:17-322:4); as to "feedback" from Wachsman and other reps (321:22-322:4); as to whether the scripts were written by oncologists (322:5-15); as to what Burlakoff was referring to (322:25-323:7, 323:21-324:5); as to Maggie Guerrero's qualifications (325:12-15); as to why Guerrero was emailing the oncology sales group (326:9-326:22); the credibility and use of NCCN guidelines to expand awareness (326:11-327:6) <br> **801, 802**: Hearsay as to Burlakoff's statements (320:14-23, 322:25-323:7, 323:21-324:5); Hearsay as to Wachsman's statements (321:17-20, 321:22-322:4); Hearsay as to Guerrero's statements (325:22-326:8) <br> **Foundation** as to "the reports that Ryan Pitts would send out" (320:8-13); as to what "supportive" means (324:10-13); as to how Insys purportedly used NCCN guidelines to expand awareness among oncologists of Subsys (326:23-327:6) | | | |
| 327:13-330:7 | **401, 402, 403**: Percentage of scripts/revenues artificially inflated by the Factor is unfair, prejudicial, confusing (403) (329:15-24) | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **601, 602**: Speculation as to whether calendar invite reflects an oncology division meeting (327:18-328) <br> **801, 802**: Hearsay as to Von Hoff and Alberts' statements (328:10-15); Hearsay as to Burlakoff's statements (329:25-330:16) <br> **Foundation** as to "one of the meetings that you testified about earlier today with respect to the oncology division" given the number of meetings previously identified (328:2-15); as to whether "new prescribers" and "new prescribers" is company-wide or oncology division specific (329:15-24) <br> **MIL #1**: Efforts not in place by FY14 <br> **MIL #3** | | | |
| 330:8-19 | **801, 802**: Hearsay as to Burlakoff's statements (329:25-330:16) <br> **MIL #3** | | | |
| 330:20-333:18 | **401, 402, 403**: Percentage of scripts/revenues coming from oncologists when these numbers were artificially inflated by the Factor is unfair, prejudicial, and confusing (403) (330:23-18, 333:11-18); <br> **601, 602**: Personal knowledge/speculation as to "great progress as of January 2014" (330:23-18); as to the source of the data in Pipko's 3/3/15 email (332:6-19) <br> **801, 802**: Hearsay as to Burlakoff's statements (331:5-6, 332:20-333) <br> **Foundation** as to "great progress as of January 2014" means given document is from 2015 (330:23-18); as to "success" means (333:2-6) <br> **MIL #1**: FY15 results irrelevant (330:23-18, 333:11-18); Postdates Misstatements (333:11-18) <br> **MIL #3** | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 334:3-336:3 | **401, 402, 403**: Percentage of scripts/revenues artificially inflated by the Factor is unfair, prejudicial, confusing (403) (334:3-335:4)<br>**601, 602**: Speculation as to whether "growth among oncologists has contributed substantially to Subsys' product growth" (334:20-335:3)<br>**Foundation** as to what "contributed substantially means"; as to time frame (335:5-336:3); as to what "progress" and "goals" means (335:11-23)<br>**MIL #1**: FY15 results irrelevant (334:3-335:4); Postdates Misstatements (334:3-335:4); Efforts not in place by FY14 (334:3-335:4, 335:8-336:3)<br>**MIL #3** | | | |
| 336:4-340:16 | **401, 402, 403**: Whether patients benefited from Subsys is not relevant to the claims/defenses (337:3-8); Whether Kapoor played tennis is not relevant (340:1-6)<br>**601, 602**: Speculation as to what others at Insys thought about the oncology division (336:12-337:1); as to the impact of Subsys on patients (337:3-8); as to Kapoor's requests (339:16-22)<br>**601**: Legal conclusion as to whether witness was asked to "bribe" patient advocacy groups (337:10-25, 339:3-) or oncologists (338:5-339:1)<br>**801, 802**: Hearsay as to Kapoor's statements (336:6-10, 337:10-20, 338:5-16, 339:16-22)<br>**Foundation** as to "anybody" or "anyone" and timeframe (336:12-17, 337:22-338:4, 338:18:21); as to "valiant effort" (336:19-337:1); as to "significant contribution" (337:3-8); as to "patient advocacy groups" "bribes" and timeframe (337:10-25); as to | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | "oncologists," "bribes," and timeframe (338:5-339:1); as to timeframe (339:16-22); as to government "investigations" and timeframe (340:7-14)<br>**MIL #1:** Efforts not in place by FY14<br>**MIL #3** | | | |
| 338:5-339:1 | Subsumed within prior designation | | | |
| 341:23-342:24 | **106**: Incomplete (369:3-370:4, 371:5-12 per FRE 106)<br>**601, 602**: Speculation as to Burlakoff's "honest expression" of his "opinion" (342:19-24)<br>**801, 802**: Hearsay as to Burlakoff's statements (342:19-24)<br>**MIL #1**: FY15 results irrelevant; Postdates Misstatements<br>**MIL #3** | 369:3-370:4, 371:5-12 | | |
| 348:10-20 | **601, 602**: Speculation as to Babich's "attitudes with respect to the sale of Subsys to cancer patients" and Pipko's "efforts" (348:10-20)<br>**801, 802**: Hearsay as to Babich's statements (348:17-20)<br>**Foundation** as to timeframe | | | |
| 349:15-350:10 | **601, 602**: Speculation as to whether Pipko spoke with Babich regarding his "efforts" (349:15-350:10)<br>**801, 802**: Hearsay as to Babich's statements (349:21-350:10)<br>**Foundation** as to meaning of "efforts" (349:21-350:10), as to the number, content, and timeframe of the "conversations" referenced (349:21-350:10) | | | |
| 351:18-352:5 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense; Testimony based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | and prejudicial (351:18-352:5); Testimony based on inadmissible document is unfair, confusing and prejudicial (351:18-352:5) **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter (351:18-352:5); as to the excerpt created by Defendants (351:18-352:5); as to the Form 10-K for FY14 and statements set forth therein (351:18-352:5); as to the Company's overall Subsys usage in FY14 (351:18-352:5); as the key factors in generating Subsys usage in FY14 (351:18-352:5) **601**: Legal conclusion as to whether statement at issue is "true" (351:18-352:5) **Foundation** as to timeframe (351:18-352:5); as to what the language at issue in the Form 10-K means (351:18-352:5) | | | |
| 353:2-6 | **401, 402, 403**: Complaint allegations are not relevant to any claim or defense; Testimony based on excerpt of complaint allegations chosen by Defendants is unfair, confusing, and prejudicial (353:2-353:6); Testimony based on inadmissible document is unfair, confusing and prejudicial (353:2-353:6) **601, 602**: Personal knowledge/speculation as to the allegations in this matter; as to the complaint filed in this matter (353:2-353:6); as to the excerpt created by Defendants (353:2-353:6); as to the Form 10-K for FY14 and statements set forth therein (353:2-353:6); as to the Company's overall Subsys usage in FY14 (353:2-353:6); as the key factors in generating Subsys usage in FY14 (353:2-353:6) **601**: Legal conclusion as to whether statement at issue is "true" (351:18-352:5) | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **Foundation** as to timeframe (351:18-352:5); as to what the language at issue in the Form 10-K means (351:18-352:5) | | | |
| 358:18-23 | **106**: Incomplete (designate 359:20-360:18, 361:16-19, 361:21-362:1 per FRE 106)<br>**601, 602**: Speculation as to what Babich meant by "unique programs in the oncology setting"<br>**Foundation** as to when in March 2015, as to how "unique" is defined and assessed, as to "oncology setting," as to "programs"<br>**MIL #1**: Efforts not in place by FY14 | 359:20-360:18, 361:16-19, 361:21-362:1 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Baker, Darryl**
Date of Testimony: June 18, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[7] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 8:25-9:13 | | | | |
| 9:18-9:22 | | | | |
| 11:18-12:6 | | | | |
| 17:7-17:16 | | | | |
| 21:1-21:3 | | | | |
| 22:12-22:20 | | | | |
| 23:16-24:9 | | | | |
| 32:8-33:10 | | | | |
| 35:1-35:3 | | | | |
| 35:15-35:17 | | | | |
| 35:18-36:1 | | | | |
| 80:11-82:7 | | | | |
| 82:14-83:17 | | | | |
| 83:18-84:1 | | | | |
| 84:4-84:7 | | | | |
| 126:5-127:13 | | | | |
| 184:14-185:5 | | | | |
| 186:12-188:13 | | | | |
| 188:17-188:18 | | | | |
| 195:17-195:20 | | | | |
| 195:25-196:2 | | | | |
| 196:3-196:5 | | | | |
| 251:11-251:22 | | | 251:23-252:2 | |
| 252:3-252:7 | | | | |
| 252:10-252:20 | | | 252:21-23 | |
| 252:24-255:12 | | | | |
| 255:15-255:15 | | | | |
| 255:17-256:2 | | | 256:3-4, 6-7 | |

---

[7]     These designations have been identified as for "completeness" pursuant to Fed. R. Evid. 106.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[7] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 256:8-256:10 | **401-403**: Criminal charges against non-parties are irrelevant to claims at issue and prejudicial to defendant **601-602**: Witness has no personal knowledge. **801-802**: calls for hearsay. | Foundation exists based on prior testimony; the Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; Question is seeking to establish whether there is knowledge; Hearsay issue is unclear | | |
| 256:12-256:16 | **401-403**: Criminal charges against non-parties are irrelevant to claims at issue and prejudicial to defendant **601-602**: Witness has no personal knowledge. **801-802**: calls for hearsay. | Foundation exists based on prior testimony; the Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; Witness clearly testifies to personal knowledge; No hearsay because witness is describing his own acts | | |
| 256:18-256:22 | **401-403**: Criminal charges against non-parties are irrelevant to claims at issue and prejudicial to defendant **601-602**: Witness has no personal knowledge. **801-802**: calls for hearsay. | Foundation exists based on prior testimony; the Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; Witness clearly testifies to personal knowledge; No hearsay because witness is describing his own acts | | |
| 289:14-289:20 | | | | |
| 290:3-290:19 | | | | |
| 290:23-291:20 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[7] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 291:23-291:25 | | | | |
| 292:1-293:11 | 293:6-23 foundation, prejudice, relevance, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on counsel defense; Defendants have not articulated prejudice | | |
| 293:19-293:21 | 293:6-23 foundation, prejudice, relevance, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on counsel defense; Defendants have not articulated prejudice | | |
| 293:23-293:23 | 293:6-23 foundation, prejudice, relevance, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on counsel defense; Defendants have not articulated prejudice | 293:24-25; 294:3-295:1 | |
| 299:5-299:18 | 297:3-300:14 foundation speculation, competence, hearsay, prejudice, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[7] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | counsel defense; Defendants have not articulated prejudice | | |
| 299:22-300:14 | 297:3-300:14 foundation speculation, competence, hearsay, prejudice, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on counsel defense; Defendants have not articulated prejudice | | |
| 300:20-300:22 | 300:20-301:8 foundation speculation, competence, hearsay, prejudice, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on counsel defense; Defendants have not articulated prejudice | | |
| 300:24-301:2 | 300:20-301:8 foundation speculation, competence, hearsay, prejudice, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on counsel defense; Defendants have not articulated prejudice | | |
| 301:3-301:4 | 300:20-301:8 foundation speculation, competence, hearsay, prejudice, argumentative, Rule 403 | Question provides the foundation; question is only asking the witness whether the statements are "inconsistent"; Testimony is relevant because Defendants have asserted that counsel was aware of all facts as part of reliance on | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[7] | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | counsel defense; Defendants have not articulated prejudice | | |
| 301:8-301:8 | | | | |

**Defendants' Designations**
**Testifying Witness: Baker, Darryl**
Date of Testimony: June 18, 2019 (*Di Donato* Matter)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 9:18-20 | | | | |
| 17:17-22 | **106:** Incomplete (designate 17:23-24 per FRE 106)<br>**401, 402, 403**: Mr. Baker's background is not relevant to claims/defenses | 17:23-24 | | |
| 17:25-18:4 | **106:** Incomplete (designate 18:5-8 per FRE 106)<br>**401, 402, 403**: Mr. Baker's background is not relevant to claims/defenses | 18:5-8 | | |
| 21:1-3 | | | | |
| 21:19-22:3 | **106**: Incomplete (designate 22:9-11 per FRE 106) | 22:9-11 | | |
| 22:12-17 | | | | |
| 23:10-15 | | | | |
| 27:16-18 | **106**: Incomplete (designate 27:19-25 per FRE 106) | 27:19-25 | | |

---

[8]     The Plaintiff Class will update these objections to reflect the Court's individual practices as well as the severance of the Plaintiff Class's claims as to Mr. Baker.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **401, 402, 403**: Mr. Baker's current employment is not relevant to claims/defenses | | | |
| 28:4-18 | | | | |
| 32:8-25 | | | | |
| 33:1-10 | | | | |
| 34:24-36:1 | | | | |
| 38:1-40:25 | **401, 402, 403**: Participation in 10-Q drafting not relevant to claims/defenses; Counsel's involvement is not relevant, misleading, unfair, confusing, and prejudicial (38:1-40:2) **Foundation** as to 10-Qs, timeframe, and witness's involvement with them **MIL #3** | | | |
| 46:16-22 | **Foundation** as to quarterly conference calls, timeframe, and witness's involvement with them **MIL #3** | | | |
| 47:9-49:12 | **401, 402, 403:** Counsel's involvement in the process for drafting 10-K and conference call script not relevant, misleading, unfair, confusing, and prejudicial (47:16-21) **Foundation** as to quarterly conference calls, timeframe, and witness's involvement with them **MIL #3** | | | |
| 64:18-25 | **401, 402**: Relevance of testimony is unclear **Foundation** | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 65:21-25 | **401, 402**: Relevance of testimony is unclear<br>**Foundation** | | | |
| 66:1-2 | **401, 402**: Relevance of testimony is unclear<br>**Foundation** | | | |
| 66:4-5 | **401, 402**: Relevance of testimony is unclear<br>**Foundation** | | | |
| 74:3-7 | **401, 402, 403**: SOX is not relevant to claims/defenses; Mr. Baker's certification of the 10-K is not relevant to claims/defenses | | | |
| 74:10-76:24 | **401, 402, 403**: SOX is not relevant to claims/defenses; Mr. Baker's certification of the 10-K is not relevant to claims/defenses; existence or appropriateness of controls not relevant to claims/defenses; involvement of counsel and the SOX certification process is not relevant, misleading, unfair, confusing, and prejudicial; disclosure committee not relevant because witness couldn't testify to when it was in place<br>**MIL #3** | | | |
| 80:7-15 | | | | |
| 83:18-84:7 | | | | |
| 85:22-86:2 | **106**: Incomplete (designate 85:6-11 per FRE 106) | 85:6-11 | | |
| 93:5-11 | **106**: Incomplete (designate 93:2-4 per FRE 106)<br>**401, 402, 403**: Putative/aspirational oncological efforts or programs not | 93:2-4 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | executed/implemented by FY14 not relevant to claims/defenses<br>**601, 602**: Personal knowledge/speculation as to what was discussed at meetings in FY14 about the oncology initiative Foundation as to "oncology initiative"<br>**MIL #3** | | | |
| 93:17-23 | **106**: Incomplete (designate 93:12-16 per FRE 106)<br>**401, 402, 403**: Putative/aspirational oncological efforts or programs not executed/implemented by FY14 not relevant to claims/defenses<br>**601, 602**: Personal knowledge/speculation as to what was discussed at meetings in FY14 about the oncology initiative Foundation as to "oncology initiative"<br>**MIL #3** | 93:12-16 | | |
| 93:25-94:20 | **106**: Incomplete (designate 93:2-4 per FRE 106)<br>**401, 402, 403**: Putative/aspirational oncological efforts or programs not executed/implemented by FY14 not relevant to claims/defenses<br>**601, 602**: Personal knowledge/speculation as to what was discussed at meetings in FY14 about the oncology initiative Foundation as to "oncology initiative"<br>**MIL #3** | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 95:3-96:19 | **106**: Incomplete (designate 93:2-4 per FRE 106) **401, 402, 403**: Putative/aspirational oncological efforts or programs not executed/implemented by FY14 not relevant to claims/defenses **601, 602**: Personal knowledge/speculation as to what was discussed at meetings in FY14 about the oncology initiative Foundation as to "oncology initiative" | | | |
| 118:20-119:17 | **401, 402, 403**: Relevance of testimony is not clear **Foundation** as to the dashboard and process for providing information and timeframe; as to the functional leaders | | | |
| 142:6-143:2 | **106**: Incomplete (designate 143:3-144:3 per FRE 106) **MIL #3** | 143:3-144:3 | | |
| 144:4-145:7 | **106**: Incomplete (designate 145:8-11 per FRE 106) **401, 402, 403**: Speculation as to whether oncologists referred patients to pain HCPs not relevant to claims/defenses and also misleading, unfair, confusing and prejudicial **601, 602**: Personal knowledge/speculation as to how oncologists practice medicine and engage in referrals **MIL #3** | 145:8-11 | | |
| 145:17-146:14 | **106**: Incomplete (designate 146:15-147:2 per FRE 106) | 146:15-147:2, 147:4-8 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **401, 402, 403**: Speculation as to whether oncologists referred patients to pain HCPs not relevant to claims/defenses and also misleading, unfair, confusing and prejudicial<br>**601, 602**: Personal knowledge/speculation as to how oncologists practice medicine and engage in referrals<br>**Misstates testimony** as to whether there was data supporting speculation (compare 145:21-24 with 145:8-11)<br>**Foundation** As to the data reviewed and timeframe for testimony<br>**MIL #3** | | | |
| 147:9-13 | | | | |
| 147:23-148:4 | **401, 402, 403**: Other unnamed reports the witness cannot recall receiving and cannot describe are not relevant to claims/defenses<br>**601, 602**: Personal knowledge/speculation as to what reports witness received in 2014<br>**MIL #3** | 148:5-11 | | |
| 156:14-24 | **106**: Incomplete (designate 154:10-155:24, 156:8-10, 156:12-13 per FRE 106)<br>**401, 402, 403**: Relevance of testimony is unclear<br>**Foundation**<br>**MIL #3** | 154:10-155:24<br>156:8-10<br>156:12-13 | | |
| 163:22-164:4 | **106**: Incomplete (designate 160:23-161:15, 164:5-7 per FRE 106) | 160:23-161:15<br>164:5-7 | | |
| 167:3-13 | **Foundation** as to timeframe | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 167:16-172:1 | **601, 602:** Personal knowledge/speculation as to how the speaker program worked | | | |
| 173:4-9 | **106**: Incomplete (designate 172:5-18 per FRE 106) | 172:5-18 | | |
| 173:12-23 | | | | |
| 173:24-174:7 | | | | |
| 175:15-176:1 | | | | |
| 176:1 | | | | |
| 176:4-6 | | | | |
| 176:7-8 | | | | |
| 176:11-15 | | | | |
| 176 :18-22 | | | | |
| 176:25-177:9 | | | | |
| 177:16-178:23 | | | | |
| 179:1-3 | | | | |
| 183:18-25 | **401, 402, 403**: Putative/aspirational oncological efforts not implemented or executed by FY14 not relevant to claims/defenses<br>**Foundation** as to "various presentations" and the "advisory board meeting"<br>**MIL #3** | | | |
| 186:12-25 | | | | |
| 187:1-25 | | | | |
| 188:1-14 | | | | |
| 188:17-189:1 | | | | |
| 189:9-13 | | | | |
| 189:18-190:2 | | | | |
| 190:3-12 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections[8] | Plaintiff Class's Counter Designations | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 190:15-23 | | | | |
| 191:4-7 | | | | |
| 191:15-24 | | | | |
| 192:2-193:1 | | | | |
| 193:4- 194:9 | | | | |
| 194:12-195:8 | | | | |
| 195:11 | | | | |
| 195:12-20 | | | | |
| 195:25-196:9 | | | | |
| 196:21-197:9 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Kapoor, John**
Date of Testimony: June 20, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 10:14-10:15 | | | | |
| 10:20-10:24 | | | | |
| 11:6-11:7 | | | | |
| 11:9-11:16 | | | | |
| 11:19-12:1 | | | | |
| 12:4-12:11 | | | | |
| 12:14-12:18 | | | | |
| 13:7-13:9 | | | | |
| 13:12-13:16 | | | | |
| 13:17-13:19 | | | | |
| 13:22-14:1 | | | | |
| 15:3-15:4 | | | | |
| 15:7-15:11 | | | | |
| 15:12-15:14 | | | | |
| 15:17-15:21 | | | | |
| 20:21-20:24 | | | | |
| 21:3-21:7 | | | | |
| 24:14-24:19 | | | | |
| 24:24-25:3 | | | | |
| 34:9-34:12 | | | | |
| 34:15-34:19 | | | | |
| 35:6-35:9 | **401-403**: Testimony about the criminal proceeding is prejudicial to Defendants and not relevant to the claims.<br>**801-802**: calls for hearsay, legal conclusion | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; To the extent that the question uses the jury verdict for the truth of the matters asserted therein, | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | FRE 803(22) applies; Question as to what the jury verdict was in the Boston Trial does not require a legal conclusion | | |
| 35:12-35:16 | **401-403**: Testimony about the criminal proceeding is prejudicial to Defendants and not relevant to the claims. **801-802**: calls for hearsay, legal conclusion | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; To the extent that the question uses the jury verdict for the truth of the matters asserted therein, FRE 803(22) applies; Question as to what the jury verdict was in the Boston Trial does not require a legal conclusion | | |
| 35:17-35:20 | **401-403**: Testimony about the criminal proceeding is prejudicial to Defendants and not relevant to the claims. **801-802**: calls for hearsay, legal conclusion | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; To the extent that the question uses the jury verdict for the truth of the matters asserted therein, FRE 803(22) applies; Question as to what the jury verdict was in the Boston Trial does not require a legal conclusion | | |
| 35:23-36:2 | **401-403**: Testimony about the criminal proceeding is prejudicial to Defendants and not relevant to the claims. **801-802**: calls for hearsay, legal conclusion | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | 403 concern; To the extent that the question uses the jury verdict for the truth of the matters asserted therein, FRE 803(22) applies; Question as to what the jury verdict was in the Boston Trial does not require a legal conclusion | | |
| 39:12-39:15 | | | | |
| 39:18-39:22 | | | | |
| 39:23-40:4 | | | | |
| 40:8-40:12 | | | | |
| 40:13-40:16 | | | | |
| 40:19-40:23 | | | | |
| 40:24-41:3 | | | | |
| 41:6-41:10 | | | | |
| 41:11-41:15 | | | | |
| 41:20-41:24 | | | | |
| 41:25-42:4 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern | | |
| 42:9-42:13 | | | | |
| 42:22-43:1 | | | | |
| 43:6-43:6 | | | | |
| 43:7-43:12 | | | | |
| 43:17-43:17 | | | | |
| 43:18-43:23 | | | | |
| 44:3-44:7 | | | | |
| 44:8-44:13 | | | | |
| 44:18-44:22 | | | | |
| 44:23-45:2 | | | | |
| 45:7-45:7 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 45:8-45:11 | | | | |
| 45:16-45:20 | | | | |
| 45:21-46:1 | | | | |
| 46:6-46:10 | | | | |
| 46:11-46:15 | | | | |
| 46:20-46:24 | | | | |
| 46:25-47:4 | | | | |
| 47:9-47:13 | | | | |
| 47:14-47:18 | | | | |
| 47:22-48:1 | | | | |
| 48:2-48:7 | | | | |
| 48:11-48:15 | | | | |
| 48:16-48:21 | | | | |
| 49:1-49:5 | | | | |
| 49:6-49:10 | | | | |
| 49:14-49:18 | | | | |
| 50:8-50:11 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. 601-602:  No foundation that "many" patients were inappropriately prescribed Subsys | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; Defendants have not articulated the 403 concern; Relevant if Defendants can put at issue the medical necessity of Subsys | | |
| 50:16-50:20 | relevance, prejudice | Relevant if Defendants can put at issue the medical necessity of Subsys | | |
| 51:8-51:11 | | | | |
| 51:15-51:19 | | | | |
| 51:20-51: 23 | | | | |
| 52:3-52:7 | | | | |
| 52:8-52:12 | | | | |
| 52:17-52:21 | | | | |
| 52:22-53:1 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 53:6-53:10 | | | | |
| 53:11-53:15 | | | | |
| 53:20-24 | | | | |
| 53:25-54:4 | | | | |
| 54:9-54:13 | | | | |
| 56:1-56:5 | | | | |
| 56:10-56:14 | | | | |
| 56:15-56:19 | | | | |
| 56:23-57:2 | | | | |
| 59:5-59:9 | | | | |
| 59:14-59:18 | | | | |
| 59:19-59:23 | | | | |
| 60:3-60:7 | | | | |
| 60:8-60:12 | | | | |
| 60:17-60:21 | | | | |
| 61:5-61:9 | | | | |
| 61:14-61:18 | | | | |
| 61:19-61:23 | | | | |
| 62:3-62:7 | | | | |
| 62:8-62:13 | | | | |
| 62:18-62:22 | | | | |
| 63:12-63:17 | | | | |
| 63:22-64:1 | | | | |
| 64:2-64:8 | | | | |
| 64:13-64:17 | | | | |
| 64:21-65:3 | | | | |
| 65:6-65:10 | | | | |
| 66:11-66:15 | | | | |
| 66:18-66:22 | | | | |
| 67:1-67:4 | | | | |
| 67:7-67:11 | | | | |
| 67:12-67:18 | | | | |
| 67:23-68:2 | | | | |
| 68:3-68:6 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 68:10-68:14 | | | | |
| 69:21-69:24 | | | | |
| 70:3-70:7 | | | | |
| 71:22-71:25 | | | | |
| 72:5-72:9 | | | | |
| 76:13-76:15 | | | | |
| 76:19-76:23 | | | | |
| 76:24-77:2 | | | | |
| 77:6-77:10 | | | | |
| 77:11-77:13 | | | | |
| 77:17-77:21 | | | | |
| 79:16-79:18 | | | | |
| 79:23-80:2 | | | | |
| 80:3-80:5 | | | | |
| 80:10-80:14 | | | | |
| 80:15-80:19 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | Any discussion of the IRC's efforts to obtain PAs at the 8:30 am meeting attended by Kapoor is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Defendants have not articulated any prejudice | | |
| 80:24-81:3 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | Any discussion of the IRC's efforts to obtain PAs at the 8:30 am meeting attended by Kapoor is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Defendants have not articulated any prejudice | | |
| 81:7-81:11 | 401-403:  Conduct at issue in criminal trial is not relevant to the | Any discussion of the IRC's efforts to obtain PAs at the 8:30 am | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | claims and is unfairly prejudicial to Defendants | meeting attended by Kapoor is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Defendants have not articulated any prejudice | | |
| 81:12-81:14 | | | | |
| 81:18-81:22 | | | | |
| 81:23-81:25 | | | | |
| 82:4-82:8 | | | | |
| 82:9-82:14 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 82:18-82:22 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 83:20-83:22 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 84:2-84:6 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 84:15-84:17 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 84:22-84:22 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 85:6-85:8 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 85:13-85:17 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 86:20-86:22 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 87:2-87:6 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 87:11-87:13 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 87:18-87:22 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 88:6-88:8 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 88:13-88:17 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 89:1-89:3 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 89:8-89:12 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 90:19-90:21 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | existence and impact of the criminal fraud on revenue growth;Defendants have not articulated any prejudice | | |
| 90:24-91:3 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants. | The use of the term "whale" to describe HCPs that were bribed is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth; Defendants have not articulated any prejudice | | |
| 91:4-91:7 | | | | |
| 91:10-91:14 | | | | |
| 91:15-91:22 | | | | |
| 91:25-92:4 | | | | |
| 92:5-92:9 | 92:5-94<br>401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not contained in a document is a waste of the jury's time. | The Criminal Enterprise is relevant to the Plaintiff Class's claims because, among other things, it was an undisclosed key factor in Subsys revenue and sales growth for FY14; this goes precisely to the issue of whether Kapoor omitted material information from the 10-K statement and therefore is relevant; Asking the Defendant about whether he disclosed the information the Plaintiff Class has alleged was omitted from the Misstatements goes to the central question before the jury | | |
| 92:14-92:18 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | contained in a document is a waste of the jury's time. | | | |
| 92:19-92:22 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not contained in a document is a waste of the jury's time. | See above. | | |
| 93:2-93:6 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not contained in a document is a waste of the jury's time. | See above. | | |
| 93:7-93:11 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not contained in a document is a waste of the jury's time. | See above. | | |
| 93:16-93:20 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not contained in a document is a waste of the jury's time. | See above. | | |
| 93:21-93:25 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | contained in a document is a waste of the jury's time. | | | |
| 94:5-94:9 | 401-403:  Conduct at issue in criminal trial is not relevant to the claims and is unfairly prejudicial to Defendants.  Asking the witness questions about what is not contained in a document is a waste of the jury's time. | See above. | | |
| 95:22-95:25 | | | | |
| 96:3-96:7 | | | | |
| 96:8-96:10 | | | | |
| 96:13-96:17 | | | | |
| 96:18-96:19 | | | | |
| 96:22-97:1 | | | | |
| 97:2-97:5 | | | | |
| 97:11-97:15 | | | | |
| 97:16-98:1 | | | | |
| 98:4-98:8 | | | | |
| 98:9-98:11 | | | | |
| 98:14-98:18 | | | | |
| 98:19-98:23 | | | | |
| 99:5-99:9 | | | | |
| 99:10-99:13 | | | | |
| 99:16-99:20 | | | | |
| 99:21-100:3 | | | | |
| 100:6-100:10 | | | | |
| 100:14-100:20 | | | | |
| 100:23-101:2 | | | | |
| 101:3-101:4 | | | | |
| 101:7-101:11 | | | | |
| 101:12-101:14 | | | | |
| 101:17-101:21 | | | | |
| 101:22-102:6 | | | | |
| 102:9-102:13 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 102:14-102:16 | | | | |
| 102:19-102:23 | | | | |
| 102:24-103:2 | | | | |
| 103:5-103:9 | | | | |
| 103:10-103:15 | | | | |
| 104:6-104:8 | | | | |
| 104:11-104:15 | | | | |
| 104:16-104:23 | | | | |
| 105:1-105:5 | | | | |
| 120:14-120:20 | | | | |
| 120:23-121:2 | | | | |
| 124:1-124:6 | | | | |
| 124:10-124:14 | | | | |
| 124:17-124:23 | | | | |
| 125:2-125:6 | | | | |
| 125:7-125:10 | | | | |
| 125:14-125:18 | | | | |
| 125:19-125:21 | | | | |
| 125:25-126:4 | | | | |
| 126:16-126:19 | | | | |
| 126:24-127:3 | | | | |
| 133:19-133:22 | | | | |
| 134:1-134:5 | | | | |
| 134:12-134:16 | | | | |
| 134:19-134:23 | | | | |
| 135:1-135:5 | | | | |
| 138:2-138:4 | | | | |
| 138:6-138:10 | | | | |
| 138:11-138:13 | | | | |
| 138:16-138:20 | | | | |
| 138:21-138:23 | | | | |
| 139:3-139:7 | | | | |
| 139:8-139:11 | | | | |
| 139:14-139:18 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 139:19-139:22 | | | | |
| 140:1-140:5 | | | | |
| 140:6-140:9 | | | | |
| 140:13-140:17 | | | | |
| 140:18-140:20 | | | | |
| 140:23-141:2 | | | | |
| 141:3-141:6 | | | | |
| 141:9-141:13 | | | | |
| 143:1-143:4 | | | | |
| 143:8-143:12 | | | | |
| 143:13-143:15 | | | | |
| 143:19-143:23 | | | | |
| 144:1-144:6 | | | | |
| 144:8-144:12 | | | | |
| 144:13-144:15 | | | | |
| 144:19-144:23 | | | | |
| 144:24-145:3 | | | | |
| 145:7-145:11 | | | | |
| 145:21-145:23 | | | | |
| 146:5-146:9 | | | | |
| 146:10-146:14 | | | | |
| 146:19-146:23 | | | | |
| 147:1-147:4 | | | | |
| 147:8-147:12 | | | | |
| 147:19-147:23 | | | | |
| 148:1-148:5 | | | | |
| 149:13-149:16 | | | | |
| 149:20-149:24 | | | | |
| 150:11-150:16 | | | | |
| 150:19-150:23 | | | | |
| 150:24-150:25 | | | | |
| 151:4-151:8 | | | | |
| 151:9-151:10 | | | | |
| 151:14-151:18 | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 151:19-151:21 | | | | |
| 151:24-152:3 | | | | |
| 152:4-152:5 | | | | |
| 152:9-152:13 | | | | |
| 152:14-152:18 | | | | |
| 152:23-153:2 | | | | |
| 153:14-154:2 | 153:14-154:10<br>401-403:  Conduct at issue in criminal trial and regarding a non-party is not relevant to the claims and is unfairly prejudicial to Defendants.<br>801-802:  calls for hearsay | The fact that Insys' former VP of Sales pled guilty to a racketeering conspiracy in connection with his work at the Company is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Defendants have not articulated any prejudice | | |
| 154:6-154:10 | 153:14-154:10<br>401-403:  Conduct at issue in criminal trial and regarding a non-party is not relevant to the claims and is unfairly prejudicial to Defendants.<br>801-802:  calls for hearsay | The fact that Insys' former VP of Sales pled guilty to a racketeering conspiracy in connection with his work at the Company is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Not hearsay because it is a Statement against the Interests of an Unavailable Declarant (Burlakoff) under FRE 804(d)(3); If hearsay, there is an exception under FRE 803(22); Defendants have not articulated any prejudice | | |
| 154:24-155:4 | 401-403:  Conduct at issue in criminal trial and regarding a non-party is not relevant to the claims and is unfairly prejudicial to Defendants. | The fact that Insys' former VP of Sales pled guilty to a racketeering conspiracy in connection with his work at the Company is relevant to Plaintiff Class's claim that | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | 801-802: calls for hearsay | Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Not hearsay because it is a Statement against the Interests of an Unavailable Declarant (Burlakoff) under FRE 804(d)(3); If hearsay, there is an exception under FRE 803(22); Defendants have not articulated any prejudice | | |
| 155:9-155:13 | 401-403:  Conduct at issue in criminal trial and regarding a non-party is not relevant to the claims and is unfairly prejudicial to Defendants. 801-802:  calls for hearsay | The fact that Insys' former VP of Sales pled guilty to a racketeering conspiracy in connection with his work at the Company is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Not hearsay because it is a Statement against the Interests of an Unavailable Declarant (Burlakoff) under FRE 804(d)(3); If hearsay, there is an exception under FRE 803(22); Defendants have not articulated any prejudice | | |
| 155:14-155:18 | 401-403:  Conduct at issue in criminal trial and regarding a non-party is not relevant to the claims and is unfairly prejudicial to Defendants. 801-802:  calls for hearsay | The fact that Insys' former VP of Sales pled guilty to a racketeering conspiracy in connection with his work at the Company is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Not hearsay because it is a Statement against the Interests of an Unavailable Declarant (Burlakoff) | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| | | under FRE 804(d)(3); If hearsay, there is an exception under FRE 803(22); Defendants have not articulated any prejudice | | |
| 155:23-156:2 | 401-403:  Conduct at issue in criminal trial and regarding a non-party is not relevant to the claims and is unfairly prejudicial to Defendants.<br>801-802:  calls for hearsay | The fact that Insys' former VP of Sales pled guilty to a racketeering conspiracy in connection with his work at the Company is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue; Not hearsay because it is a Statement against the Interests of an Unavailable Declarant (Burlakoff) under FRE 804(d)(3); If hearsay, there is an exception under FRE 803(22); Defendants have not articulated any prejudice | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Yu, Xun (Sean)**
Date of Testimony: June 20, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 5:16-5:19 | | | | |
| 6:16-6:19 | | | | |
| 7:9-7:16 | | | | |
| 8:11-8:23 | 8:16-8:23 relevance, prejudice | The Court has repeatedly determined that topics underlying Mr. Yu's testimony are relevant to the Plaintiff Class's claims, including in the Summary Judgment Order and the Order on the Motions to Strike Russell and Devor. Additionally, certain topics underlying Mr. Yu's testimony, including with respect to the oncology territory and oncology HCPs, are the subject matter underlying Defendants' affirmative designations in, for instance, the deposition of Brian Pipko. Moreover, Defendants should articulate the specific prejudice they believe flows from the use of the Plaintiff Class's affirmative designations to Mr. Yu's deposition transcript at trial. Accordingly, the Plaintiff Class is unable to respond to Defendants' blanket objection to these designations on the basis of relevance and prejudice. | | |

---

[9] Please note that while there are 448 separate designations listed for Mr. Yu, this was necessary to avoid designation the objections lodged by Defendants' counsel during the deposition.  These 448 designations amount to just over 2 hours of testimony.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 13:10-13:21 | relevance, prejudice | See above. | | |
| 13:23-13:23 | relevance, prejudice | See above. | | |
| 13:25-13:25 | relevance, prejudice | See above. | | |
| 14:2-14:2 | relevance, prejudice | See above. | | |
| 14:4-15:12 | relevance, prejudice | See above. | | |
| 15:13-15:24 | relevance, prejudice | See above. | | |
| 18:10-19:17 | relevance, prejudice | See above. | | |
| 20:12-22:20 | relevance, prejudice | See above. | | |
| 22:23-22:23 | relevance, prejudice | See above. | | |
| 22:25-23:6 | relevance, prejudice | See above. | | |
| 23:8-23:19 | relevance, prejudice | See above. | | |
| 23:21-24:3 | relevance, prejudice | See above. | | |
| 24:5-24:5 | relevance, prejudice | See above. | | |
| 24:7-24:10 | relevance, prejudice | See above. | | |
| 24:11-24:16 | relevance, prejudice | See above. | | |
| 24:18-24:18 | relevance, prejudice | See above. | | |
| 24:20-24:22 | relevance, prejudice | See above. | | |
| 24:24-24:24 | relevance, prejudice | See above. | | |
| 25:2-25:7 | relevance, prejudice | See above. | | |
| 25:9-25:9 | relevance, prejudice | See above. | | |
| 25:11-25:15 | relevance, prejudice | See above. | | |
| 25:17-25:21 | relevance, prejudice | See above. | | |
| 25:23-26:2 | relevance, prejudice | See above. | | |
| 26:4-26:8 | relevance, prejudice | See above. | | |
| 26:10-26:13 | relevance, prejudice | See above. | | |
| 26:15-26:18 | relevance, prejudice | See above. | | |
| 26:20-26:22 | relevance, prejudice | See above. | | |
| 26:24-27:2 | relevance, prejudice | See above. | | |
| 27:4-27:8 | relevance, prejudice | See above. | | |
| 27:10-27:13 | relevance, prejudice | See above. | | |
| 27:15-27:21 | relevance, prejudice | See above. | | |
| 27:23-27:23 | relevance, prejudice | See above. | | |
| 27:25-28:1 | relevance, prejudice | See above. | | |
| 28:3-28:3 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 28:6-28:7 | relevance, prejudice | See above. | | |
| 28:9-28:9 | relevance, prejudice | See above. | | |
| 28:11-28:13 | relevance, prejudice | See above. | | |
| 28:15-28:15 | relevance, prejudice | See above. | | |
| 28:17-28:18 | relevance, prejudice | See above. | | |
| 28:20-28:23 | relevance, prejudice | See above. | | |
| 28:25-28:25 | relevance, prejudice | See above. | | |
| 29:2-29:3 | relevance, prejudice | See above. | | |
| 29:5-29:10 | relevance, prejudice | See above. | | |
| 29:12-29:20 | relevance, prejudice | See above. | | |
| 29:22-30:5 | relevance, prejudice | See above. | | |
| 30:7-30:15 | relevance, prejudice | See above. | | |
| 30:17-30:24 | relevance, prejudice | See above. | | |
| 31:1-31:5 | relevance, prejudice | See above. | | |
| 31:7-31:14 | relevance, prejudice | See above. | | |
| 31:16-31:20 | relevance, prejudice | See above. | | |
| 31:22-32:5 | relevance, prejudice | See above. | | |
| 32:7-32:12 | relevance, prejudice | See above. | | |
| 32:14-32:20 | relevance, prejudice | See above. | | |
| 32:22-33:1 | relevance, prejudice | See above. | | |
| 33:3-33:8 | relevance, prejudice | See above. | | |
| 33:10-33:14 | relevance, prejudice | See above. | | |
| 33:16-33:23 | relevance, prejudice | See above. | | |
| 33:25-34:3 | relevance, prejudice | See above. | | |
| 34:5-34:9 | relevance, prejudice | See above. | | |
| 34:11-34:14 | relevance, prejudice | See above. | | |
| 34:16-34:21 | relevance, prejudice | See above. | | |
| 34:23-34:25 | relevance, prejudice | See above. | | |
| 35:2-35:6 | relevance, prejudice | See above. | | |
| 35:8-35:13 | relevance, prejudice | See above. | | |
| 35:15-35:18 | relevance, prejudice | See above. | | |
| 35:20-35:25 | relevance, prejudice | See above. | | |
| 36:2-36:9 | relevance, prejudice | See above. | | |
| 36:11-36:15 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 36:17-36:20 | relevance, prejudice | See above. | | |
| 36:22-37:4 | relevance, prejudice | See above. | | |
| 37:6-37:10 | relevance, prejudice | See above. | | |
| 37:12-37:15 | relevance, prejudice | See above. | | |
| 37:17-37:21 | relevance, prejudice | See above. | | |
| 37:23-38:1 | relevance, prejudice | See above. | | |
| 38:3-38:14 | relevance, prejudice | See above. | | |
| 38:16-38:19 | relevance, prejudice | See above. | | |
| 38:22-38:25 | relevance, prejudice | See above. | | |
| 39:2-39:6 | relevance, prejudice | See above. | | |
| 39:8-39:13 | relevance, prejudice | See above. | | |
| 39:15-39:24 | relevance, prejudice | See above. | | |
| 40:1-40:5 | relevance, prejudice | See above. | | |
| 40:7-40:10 | relevance, prejudice | See above. | | |
| 40:12-40:14 | relevance, prejudice | See above. | | |
| 40:16-40:19 | relevance, prejudice | See above. | | |
| 40:21-41:1 | relevance, prejudice | See above. | | |
| 41:3-41:6 | relevance, prejudice | See above. | | |
| 41:8-41:11 | relevance, prejudice | See above. | | |
| 41:13-41:15 | relevance, prejudice | See above. | | |
| 41:17-41:19 | relevance, prejudice | See above. | | |
| 41:21-41:23 | relevance, prejudice | See above. | | |
| 41:25-42:2 | relevance, prejudice | See above. | | |
| 42:4-42:8 | relevance, prejudice | See above. | | |
| 42:10-42:13 | relevance, prejudice | See above. | | |
| 42:15-42:18 | relevance, prejudice | See above. | | |
| 42:20-42:23 | relevance, prejudice | See above. | | |
| 42:25-43:7 | relevance, prejudice | See above. | | |
| 43:9-43:13 | relevance, prejudice | See above. | | |
| 43:16-43:19 | relevance, prejudice | See above. | | |
| 43:21-43:25 | relevance, prejudice | See above. | | |
| 44:2-44:5 | relevance, prejudice | See above. | | |
| 44:7-44:11 | relevance, prejudice | See above. | | |
| 44:13-44:16 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 44:18-44:21 | relevance, prejudice | See above. | | |
| 44:23-45:1 | relevance, prejudice | See above. | | |
| 45:3-45:7 | relevance, prejudice | See above. | | |
| 45:9-45:12 | relevance, prejudice | See above. | | |
| 45:14-45:17 | relevance, prejudice | See above. | | |
| 45:19-45:24 | relevance, prejudice | See above. | | |
| 46:1-46:6 | relevance, prejudice | See above. | | |
| 57:6-57:13 | relevance, prejudice | See above. | | |
| 58:2-58:18 | relevance, prejudice | See above. | | |
| 58:20-58:23 | relevance, prejudice | See above. | | |
| 58:25-59:7 | relevance, prejudice | See above. | | |
| 59:9-59:12 | relevance, prejudice | See above. | | |
| 59:14-59:17 | relevance, prejudice | See above. | | |
| 59:19-59:22 | relevance, prejudice | See above. | | |
| 59:24-60:2 | relevance, prejudice | See above. | | |
| 60:4-60:7 | relevance, prejudice | See above. | | |
| 60:9-60:12 | relevance, prejudice | See above. | | |
| 60:14-60:18 | relevance, prejudice | See above. | | |
| 60:20-60:23 | relevance, prejudice | See above. | | |
| 60:25-61:4 | relevance, prejudice | See above. | | |
| 61:6-61:10 | relevance, prejudice | See above. | | |
| 61:12-61:15 | relevance, prejudice | See above. | | |
| 61:17-61:21 | relevance, prejudice | See above. | | |
| 61:23-61:25 | relevance, prejudice | See above. | | |
| 62:2-62:4 | relevance, prejudice | See above. | | |
| 62:6-62:8 | relevance, prejudice | See above. | | |
| 62:10-62:12 | relevance, prejudice | See above. | | |
| 62:14-62:17 | relevance, prejudice | See above. | | |
| 62:19-62:24 | relevance, prejudice | See above. | | |
| 63:1-63:5 | relevance, prejudice | See above. | | |
| 63:8-63:12 | relevance, prejudice | See above. | | |
| 63:16-63:19 | relevance, prejudice | See above. | | |
| 63:21-64:15 | relevance, prejudice | See above. | | |
| 64:17-65:9 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 65:11-65:24 | relevance, prejudice | See above. | | |
| 66:1-66:3 | relevance, prejudice | See above. | | |
| 66:5-66:14 | relevance, prejudice | See above. | | |
| 66:18-66:20 | relevance, prejudice | See above. | | |
| 67:2-67:21 | relevance, prejudice | See above. | | |
| 68:12-68:16 | relevance, prejudice | See above. | | |
| 68:19-69:24 | relevance, prejudice | See above. | | |
| 70:1-70:16 | relevance, prejudice | See above. | | |
| 71:11-71:13 | relevance, prejudice | See above. | | |
| 71:16-71:21 | relevance, prejudice | See above. | | |
| 71:24-72:6 | relevance, prejudice | See above. | | |
| 72:8-72:11 | relevance, prejudice | See above. | | |
| 72:13-72:16 | relevance, prejudice | See above. | | |
| 72:18-72:22 | relevance, prejudice | See above. | | |
| 72:25-73:3 | relevance, prejudice | See above. | | |
| 73:5-73:8 | relevance, prejudice | See above. | | |
| 73:10-73:14 | relevance, prejudice | See above. | | |
| 73:16-73:21 | relevance, prejudice | See above. | | |
| 73:23-74:2 | relevance, prejudice | See above. | | |
| 74:4-74:8 | relevance, prejudice | See above. | | |
| 74:10-74:14 | relevance, prejudice | See above. | | |
| 74:16-74:21 | relevance, prejudice | See above. | | |
| 74:23-75:4 | relevance, prejudice | See above. | | |
| 75:7-75:10 | relevance, prejudice | See above. | | |
| 75:14-76:10 | relevance, prejudice | See above. | | |
| 76:12-76:25 | relevance, prejudice | See above. | | |
| 77:2-77:5 | relevance, prejudice | See above. | | |
| 77:7-77:12 | relevance, prejudice | See above. | | |
| 77:14-77:17 | relevance, prejudice | See above. | | |
| 77:19-77:24 | relevance, prejudice | See above. | | |
| 78:1-78:15 | relevance, prejudice | See above. | | |
| 78:17-78:22 | relevance, prejudice | See above. | | |
| 79:2-79:14 | relevance, prejudice | See above. | | |
| 86:17-86:19 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 86:23-87:16 | relevance, prejudice | See above. | | |
| 87:18-87:18 | relevance, prejudice | See above. | | |
| 87:20-87:21 | relevance, prejudice | See above. | | |
| 87:25-88:17 | relevance, prejudice | See above. | | |
| 88:19-88:23 | relevance, prejudice | See above. | | |
| 88:25-89:3 | relevance, prejudice | See above. | | |
| 89:5-89:12 | relevance, prejudice | See above. | | |
| 89:14-89:16 | relevance, prejudice | See above. | | |
| 89:18-89:20 | relevance, prejudice | See above. | | |
| 89:22-90:1 | relevance, prejudice | See above. | | |
| 90:3-90:6 | relevance, prejudice | See above. | | |
| 90:8-90:8 | relevance, prejudice | See above. | | |
| 90:10-90:11 | relevance, prejudice | See above. | | |
| 90:15-91:6 | relevance, prejudice | See above. | | |
| 91:8-91:18 | relevance, prejudice | See above. | | |
| 91:20-91:24 | relevance, prejudice | See above. | | |
| 92:1-92:3 | relevance, prejudice | See above. | | |
| 92:5-92:7 | relevance, prejudice | See above. | | |
| 92:9-92:12 | relevance, prejudice | See above. | | |
| 92:14-92:18 | relevance, prejudice | See above. | | |
| 92:20-92:23 | relevance, prejudice | See above. | | |
| 93:1-93:1 | relevance, prejudice | See above. | | |
| 93:3-93:4 | relevance, prejudice | See above. | | |
| 93:11-94:6 | relevance, prejudice | See above. | | |
| 94:8-94:14 | relevance, prejudice | See above. | | |
| 94:16-94:20 | relevance, prejudice | See above. | | |
| 94:24-95:1 | relevance, prejudice | See above. | | |
| 95:15-96:4 | relevance, prejudice | See above. | | |
| 96:9-96:9 | relevance, prejudice | See above. | | |
| 96:11-96:13 | relevance, prejudice | See above. | | |
| 96:15-96:21 | relevance, prejudice | See above. | | |
| 96:24-97:4 | relevance, prejudice | See above. | | |
| 97:6-97:10 | relevance, prejudice | See above. | | |
| 97:13-97:18 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 97:21-98:9 | relevance, prejudice | See above. | | |
| 98:11-98:11 | relevance, prejudice | See above. | | |
| 98:13-98:14 | relevance, prejudice | See above. | | |
| 98:18-99:16 | relevance, prejudice | See above. | | |
| 99:18-99:24 | relevance, prejudice | See above. | | |
| 100:1-100:7 | relevance, prejudice | See above. | | |
| 100:10-100:13 | relevance, prejudice | See above. | | |
| 100:15-100:15 | relevance, prejudice | See above. | | |
| 100:17-100:20 | relevance, prejudice | See above. | | |
| 100:25-101:10 | relevance, prejudice | See above. | | |
| 101:12-101:16 | relevance, prejudice | See above. | | |
| 101:19-101:25 | relevance, prejudice | See above. | | |
| 102:2-102:6 | relevance, prejudice | See above. | | |
| 102:8-102:8 | relevance, prejudice | See above. | | |
| 102:10-102:11 | relevance, prejudice | See above. | | |
| 102:15-103:20 | relevance, prejudice | See above. | | |
| 103:22-104:9 | relevance, prejudice | See above. | | |
| 104:11-104:12 | relevance, prejudice | See above. | | |
| 104:17-105:1 | relevance, prejudice | See above. | | |
| 105:3-105:7 | relevance, prejudice | See above. | | |
| 105:10-105:13 | relevance, prejudice | See above. | | |
| 105:15-105:20 | relevance, prejudice | See above. | | |
| 105:23-105:23 | relevance, prejudice | See above. | | |
| 105:24-106:1 | relevance, prejudice | See above. | | |
| 106:14-107:5 | relevance, prejudice | See above. | | |
| 107:7-107:10 | relevance, prejudice | See above. | | |
| 107:12-107:15 | relevance, prejudice | See above. | | |
| 107:17-107:20 | relevance, prejudice | See above. | | |
| 107:22-108:1 | relevance, prejudice | See above. | | |
| 108:3-108:10 | relevance, prejudice | See above. | | |
| 108:12-108:16 | relevance, prejudice | See above. | | |
| 108:19-108:22 | relevance, prejudice | See above. | | |
| 108:25-109:3 | relevance, prejudice | See above. | | |
| 109:6-109:9 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 109:11-109:14 | relevance, prejudice | See above. | | |
| 109:17-109:19 | relevance, prejudice | See above. | | |
| 109:21-109:24 | relevance, prejudice | See above. | | |
| 110:1-110:4 | relevance, prejudice | See above. | | |
| 110:6-110:9 | relevance, prejudice | See above. | | |
| 110:11-110:11 | relevance, prejudice | See above. | | |
| 110:12-110:14 | relevance, prejudice | See above. | | |
| 110:19-111:5 | relevance, prejudice | See above. | | |
| 111:7-111:10 | relevance, prejudice | See above. | | |
| 111:13-111:16 | relevance, prejudice | See above. | | |
| 111:19-111:22 | relevance, prejudice | See above. | | |
| 111:25-112:3 | relevance, prejudice | See above. | | |
| 112:5-112:9 | relevance, prejudice | See above. | | |
| 112:11-112:14 | relevance, prejudice | See above. | | |
| 112:16-112:19 | relevance, prejudice | See above. | | |
| 112:21-112:24 | relevance, prejudice | See above. | | |
| 113:1-113:4 | relevance, prejudice | See above. | | |
| 113:6-113:10 | relevance, prejudice | See above. | | |
| 113:12-113:15 | relevance, prejudice | See above. | | |
| 113:17-113:20 | relevance, prejudice | See above. | | |
| 113:22-114:1 | relevance, prejudice | See above. | | |
| 114:3-114:6 | relevance, prejudice | See above. | | |
| 114:8-114:11 | relevance, prejudice | See above. | | |
| 114:13-114:16 | relevance, prejudice | See above. | | |
| 114:19-114:19 | relevance, prejudice | See above. | | |
| 114:21-114:23 | relevance, prejudice | See above. | | |
| 115:1-115:6 | relevance, prejudice | See above. | | |
| 115:8-115:12 | relevance, prejudice | See above. | | |
| 115:14-115:14 | relevance, prejudice | See above. | | |
| 115:16-115:17 | relevance, prejudice | See above. | | |
| 115:22-116:3 | relevance, prejudice | See above. | | |
| 116:10-116:16 | relevance, prejudice | See above. | | |
| 116:21-116:22 | relevance, prejudice | See above. | | |
| 116:24-117:6 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 117:8-117:12 | relevance, prejudice | See above. | | |
| 117:16-117:23 | relevance, prejudice | See above. | | |
| 118:1-118:8 | relevance, prejudice | See above. | | |
| 118:11-118:19 | relevance, prejudice | See above. | | |
| 118:22-119:1 | relevance, prejudice | See above. | | |
| 119:4-119:8 | relevance, prejudice | See above. | | |
| 119:14-119:16 | relevance, prejudice | See above. | | |
| 119:18-119:23 | relevance, prejudice | See above. | | |
| 119:25-120:5 | relevance, prejudice | See above. | | |
| 120:7-120:14 | relevance, prejudice | See above. | | |
| 120:17-120:23 | relevance, prejudice | See above. | | |
| 121:2-121:15 | relevance, prejudice | See above. | | |
| 121:18-121:23 | relevance, prejudice | See above. | | |
| 121:25-122:4 | relevance, prejudice | See above. | | |
| 122:7-122:11 | relevance, prejudice | See above. | | |
| 122:14-122:19 | relevance, prejudice | See above. | | |
| 122:21-122:24 | relevance, prejudice | See above. | | |
| 123:1-123:5 | relevance, prejudice | See above. | | |
| 123:8-123:12 | relevance, prejudice | See above. | | |
| 123:15-123:19 | relevance, prejudice | See above. | | |
| 123:21-123:21 | relevance, prejudice | See above. | | |
| 124:4-124:5 | relevance, prejudice | See above. | | |
| 124:7-124:10 | relevance, prejudice | See above. | | |
| 124:12-124:15 | relevance, prejudice | See above. | | |
| 124:17-124:19 | relevance, prejudice | See above. | | |
| 124:21-124:24 | relevance, prejudice | See above. | | |
| 125:1-125:01 | relevance, prejudice | See above. | | |
| 125:12-125:15 | relevance, prejudice | See above. | | |
| 125:19-126:2 | relevance, prejudice | See above. | | |
| 126:4-126:14 | relevance, prejudice | See above. | | |
| 126:16-127:2 | relevance, prejudice | See above. | | |
| 127:4-127:9 | relevance, prejudice | See above. | | |
| 127:11-127:17 | relevance, prejudice | See above. | | |
| 127:19-127:23 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 127:25-128:3 | relevance, prejudice | See above. | | |
| 128:5-128:8 | relevance, prejudice | See above. | | |
| 128:10-129:7 | relevance, prejudice | See above. | | |
| 129:9-129:9 | relevance, prejudice | See above. | | |
| 129:11-129:15 | relevance, prejudice | See above. | | |
| 129:25-130:5 | relevance, prejudice | See above. | | |
| 130:11-130:24 | relevance, prejudice | See above. | | |
| 131:1-131:5 | relevance, prejudice | See above. | | |
| 131:7-131:10 | relevance, prejudice | See above. | | |
| 131:12-131:15 | relevance, prejudice | See above. | | |
| 131:17-131:24 | relevance, prejudice | See above. | | |
| 132:1-132:4 | relevance, prejudice | See above. | | |
| 132:6-132:9 | relevance, prejudice | See above. | | |
| 132:11-132:15 | relevance, prejudice | See above. | | |
| 132:17-132:20 | relevance, prejudice | See above. | | |
| 132:22-133:15 | relevance, prejudice | See above. | | |
| 133:17-133:20 | relevance, prejudice | See above. | | |
| 133:22-133:25 | relevance, prejudice | See above. | | |
| 134:2-134:5 | relevance, prejudice | See above. | | |
| 134:7-134:14 | relevance, prejudice | See above. | | |
| 134:16-134:20 | relevance, prejudice | See above. | | |
| 134:22-134:25 | relevance, prejudice | See above. | | |
| 135:3-135:5 | relevance, prejudice | See above. | | |
| 135:7-135:10 | relevance, prejudice | See above. | | |
| 135:13-135:16 | relevance, prejudice | See above. | | |
| 135:18-135:21 | relevance, prejudice | See above. | | |
| 135:23-136:1 | relevance, prejudice | See above. | | |
| 136:3-136:6 | relevance, prejudice | See above. | | |
| 136:8-136:13 | relevance, prejudice | See above. | | |
| 136:16-136:16 | relevance, prejudice | See above. | | |
| 136:18-136:21 | relevance, prejudice | See above. | | |
| 136:24-137:4 | relevance, prejudice | See above. | | |
| 137:6-137:10 | relevance, prejudice | See above. | | |
| 137:12-137:15 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 137:17-137:21 | relevance, prejudice | See above. | | |
| 137:24-138:4 | relevance, prejudice | See above. | | |
| 138:6-138:11 | relevance, prejudice | See above. | | |
| 138:13-138:19 | relevance, prejudice | See above. | | |
| 138:22-139:1 | relevance, prejudice | See above. | | |
| 139:4-139:9 | relevance, prejudice | See above. | | |
| 139:11-139:14 | relevance, prejudice | See above. | | |
| 139:17-139:23 | relevance, prejudice | See above. | | |
| 140:1-140:6 | relevance, prejudice | See above. | | |
| 140:8-140:12 | relevance, prejudice | See above. | | |
| 140:14-140:17 | relevance, prejudice | See above. | | |
| 140:19-140:23 | relevance, prejudice | See above. | | |
| 141:1-141:4 | relevance, prejudice | See above. | | |
| 141:6-141:10 | relevance, prejudice | See above. | | |
| 141:13-141:16 | relevance, prejudice | See above. | | |
| 141:18-141:23 | relevance, prejudice | See above. | | |
| 142:1-142:5 | relevance, prejudice | See above. | | |
| 142:8-142:8 | relevance, prejudice | See above. | | |
| 142:10-142:11 | relevance, prejudice | See above. | | |
| 143:6-143:24 | relevance, prejudice | See above. | | |
| 144:1-144:7 | relevance, prejudice | See above. | | |
| 144:9-144:13 | relevance, prejudice | See above. | | |
| 144:15-144:21 | relevance, prejudice | See above. | | |
| 144:24-144:24 | relevance, prejudice | See above. | | |
| 145:2-145:4 | relevance, prejudice | See above. | | |
| 145:6-145:6 | relevance, prejudice | See above. | | |
| 145:12-145:13 | relevance, prejudice | See above. | | |
| 145:16-145:21 | relevance, prejudice | See above. | | |
| 145:24-146:6 | relevance, prejudice | See above. | | |
| 146:9-146:13 | relevance, prejudice | See above. | | |
| 146:15-146:18 | relevance, prejudice | See above. | | |
| 146:20-146:23 | relevance, prejudice | See above. | | |
| 146:25-147:3 | relevance, prejudice | See above. | | |
| 147:5-147:7 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 147:9-147:13 | relevance, prejudice | See above. | | |
| 147:16-147:18 | relevance, prejudice | See above. | | |
| 147:20-148:2 | relevance, prejudice | See above. | | |
| 148:5-148:10 | relevance, prejudice | See above. | | |
| 148:13-148:15 | relevance, prejudice | See above. | | |
| 148:25-149:17 | relevance, prejudice | See above. | | |
| 149:25-149:25 | relevance, prejudice | See above. | | |
| 150:5-150:5 | relevance, prejudice | See above. | | |
| 150:7-150:10 | relevance, prejudice | See above. | | |
| 150:12-150:18 | relevance, prejudice | See above. | | |
| 150:20-150:22 | relevance, prejudice | See above. | | |
| 150:24-151:4 | relevance, prejudice | See above. | | |
| 151:7-151:9 | relevance, prejudice | See above. | | |
| 151:12-151:20 | relevance, prejudice | See above. | | |
| 151:23-152:2 | relevance, prejudice | See above. | | |
| 152:4-152:10 | relevance, prejudice | See above. | | |
| 152:12-152:12 | relevance, prejudice | See above. | | |
| 152:23-153:2 | relevance, prejudice | See above. | | |
| 153:6-153:16 | relevance, prejudice | See above. | | |
| 153:18-153:21 | relevance, prejudice | See above. | | |
| 153:23-154:2 | relevance, prejudice | See above. | | |
| 154:5-154:9 | relevance, prejudice | See above. | | |
| 154:12-154:15 | relevance, prejudice | See above. | | |
| 154:17-154:22 | relevance, prejudice | See above. | | |
| 154:25-155:3 | relevance, prejudice | See above. | | |
| 155:6-155:10 | relevance, prejudice | See above. | | |
| 155:12-155:16 | relevance, prejudice | See above. | | |
| 155:18-155:22 | relevance, prejudice | See above. | | |
| 156:2-156:3 | relevance, prejudice | See above. | | |
| 156:5-156:7 | relevance, prejudice | See above. | | |
| 156:9-156:11 | relevance, prejudice | See above. | | |
| 156:13-156:15 | relevance, prejudice | See above. | | |
| 156:17-156:19 | relevance, prejudice | See above. | | |
| 156:21-156:24 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 157:1-157:6 | relevance, prejudice | See above. | | |
| 157:8-157:12 | relevance, prejudice | See above. | | |
| 157:15-157:18 | relevance, prejudice | See above. | | |
| 157:21-157:24 | relevance, prejudice | See above. | | |
| 158:2-158:6 | relevance, prejudice | See above. | | |
| 158:8-158:13 | relevance, prejudice | See above. | | |
| 158:15-158:19 | relevance, prejudice | See above. | | |
| 158:22-158:25 | relevance, prejudice | See above. | | |
| 159:2-159:6 | relevance, prejudice | See above. | | |
| 159:8-159:11 | relevance, prejudice | See above. | | |
| 159:14-159:16 | relevance, prejudice | See above. | | |
| 159:18-159:21 | relevance, prejudice | See above. | | |
| 159:23-160:2 | relevance, prejudice | See above. | | |
| 160:5-160:12 | relevance, prejudice | See above. | | |
| 160:15-160:20 | relevance, prejudice | See above. | | |
| 160:23-161:2 | relevance, prejudice | See above. | | |
| 161:5-161:8 | relevance, prejudice | See above. | | |
| 161:10-161:14 | relevance, prejudice | See above. | | |
| 161:16-161:19 | relevance, prejudice | See above. | | |
| 161:24-161:24 | relevance, prejudice | See above. | | |
| 162:2-162:5 | relevance, prejudice | See above. | | |
| 162:8-162:11 | relevance, prejudice | See above. | | |
| 162:13-162:18 | relevance, prejudice | See above. | | |
| 162:21-163:1 | relevance, prejudice | See above. | | |
| 163:3-163:8 | relevance, prejudice | See above. | | |
| 163:11-163:14 | relevance, prejudice | See above. | | |
| 163:17-163:20 | relevance, prejudice | See above. | | |
| 163:23-164:2 | relevance, prejudice | See above. | | |
| 164:5-164:10 | relevance, prejudice | See above. | | |
| 164:13-164:18 | relevance, prejudice | See above. | | |
| 164:21-165:1 | relevance, prejudice | See above. | | |
| 165:3-165:8 | relevance, prejudice | See above. | | |
| 165:10-165:17 | relevance, prejudice | See above. | | |
| 165:20-166:4 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations[9] | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 166:7-166:7 | relevance, prejudice | See above. | | |
| 166:16-168:4 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Burlakoff, Alex**
Date of Testimony: June 21, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 5:25-6:5 | relevance, prejudice | The Court has repeatedly determined that topics underlying Mr. Burlakoff's testimony are relevant to the Plaintiff Class's claims, including in the Summary Judgment Order and the Order on the Motions to Strike Russell and Devor. Additionally, certain topics underlying Mr. Burlakoff's testimony, including with respect to the oncology territory and oncology HCPs, are the subject matter underlying Defendants' affirmative designations in, for instance, the deposition of Brian Pipko. Moreover, Defendants should articulate the specific prejudice they believe flows from the use of the Plaintiff Class's affirmative designations to Mr. Burlakoff's deposition transcript at trial. Accordingly, the Plaintiff Class is unable to respond to Defendants' blanket objection to these designations on the basis of relevance and prejudice. | | |
| 6:15-6:17 | relevance, prejudice | See above. | | |
| 6:23-7:14 | relevance, prejudice | See above. | | |
| 9:3-9:11 | relevance, prejudice | See above. | | |
| 9:12-9:23 | relevance, prejudice | See above. | | |
| 9:24-10:1 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 10:2-10:9 | relevance, prejudice | See above. | | |
| 10:25-11:15 | relevance, prejudice | See above. | | |
| 12:19-13:19 | relevance, prejudice | See above. | | |
| 13:20-14:2 | relevance, prejudice | See above. | | |
| 14:20-15:6 | relevance, prejudice | See above. | | |
| 15:25-16:4 | relevance, prejudice | See above. | | |
| 16:8-16:11 | relevance, prejudice | See above. | | |
| 17:2-17:6 | relevance, prejudice | See above. | | |
| 17:10-17:13 | relevance, prejudice | See above. | | |
| 17:16-17:22 | relevance, prejudice | See above. | | |
| 18:1-18:2 | relevance, prejudice | See above. | | |
| 18:3-18:8 | relevance, prejudice | See above. | | |
| 18:11-18:11 | relevance, prejudice | See above. | | |
| 18:22-21:4 | relevance, prejudice | See above. | | |
| 21:8-22:5 | relevance, prejudice | See above. | | |
| 22:6-23:6 | relevance, prejudice | See above. | | |
| 23:10-23:20 | relevance, prejudice | See above. | | |
| 24:3-24:6 | relevance, prejudice | See above. | | |
| 24:9-24:16 | relevance, prejudice | See above. | | |
| 24:21-25:18 | relevance, prejudice | See above. | | |
| 26:3-28:3 | relevance, prejudice | See above. | | |
| 28:7-28:13 | relevance, prejudice | See above. | | |
| 28:17-29:9 | relevance, prejudice | See above. | | |
| 29:13-29:21 | relevance, prejudice | See above. | | |
| 29:25-29:25 | relevance, prejudice | See above. | | |
| 30:9-30:14 | relevance, prejudice | See above. | | |
| 30:15-30:19 | relevance, prejudice | See above. | | |
| 30:23-30:24 | relevance, prejudice | See above. | | |
| 30:25-33:14 | relevance, prejudice | See above. | | |
| 35:8-35:22 | relevance, prejudice | See above. | | |
| 38:15-38:19 | relevance, prejudice | See above. | | |
| 40:1-40:10 | relevance, prejudice | See above. | | |
| 41:9-41:15 | relevance, prejudice | See above. | | |
| 41:24-42:5 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations | Plaintiff Class's Objections to Defendants' Counter Designations |
|---|---|---|---|---|
| 42:6-43:22 | relevance, prejudice | See above. | | |
| 44:13-45:3 | relevance, prejudice | See above. | | |
| 47:3-47:22 | relevance, prejudice | See above. | | |
| 47:23-48:1 | relevance, prejudice | See above. | | |
| 48:5-48:20 | relevance, prejudice | See above. | | |
| 50:20-51:15 | relevance, prejudice | See above. | | |
| 54:23-54:24 | relevance, prejudice | See above. | | |
| 56:9-56:12 | relevance, prejudice | See above. | | |
| 56:16-58:7 | relevance, prejudice | See above. | | |
| 58:9-58:13 | relevance, prejudice | See above. | | |
| 58:17-59:1 | relevance, prejudice | See above. | | |
| 59:14-60:8 | relevance, prejudice | See above. | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

**Plaintiff Class's Designations**
**Testifying Witness: Babich, Michael**
Date of Testimony: June 21, 2019 (*Di Donato* Matter)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 11:18-12:10 | | | | | |
| 12:18-13:3 | | | | | |
| 13:11-13:24 | | | | | |
| 14:19-15:21 | | | | | |
| 16:14-17:8 | | | | | |
| 18:6-19:13 | | | | | |
| 20:2-20:12 | | | | | |
| 21:14-22:4 | | | | | |
| 22:16-23:7 | | | | | |
| 23:21-24:5 | | | | | |
| 24:9-24:22 | | | | | |
| 25:13-25:16 | 25:16-27:7 **403:** prejudice, the cooperation agreement and plea of Mr. Babich related to charges distinct from the allegations in this matter and are unfairly prejudicial to Defendants. | The charges are not distinct from the allegations in this matter – the Plaintiff Class asserts that Babich violated Section 10(b) by failing to disclose the Criminal Enterprise to which he pled guilty was a key factor in Insys' FY14 sales and revenue growth. Given that, and the fact that Babich admitted these same facts *in this case,* the relevance far outweighs any prejudice | | | |
| 25:20-25:22 | 25:16-27:7 **403:** prejudice, the cooperation agreement and | See above. | | | |

---

[10]        These designations have been identified as for "completeness" pursuant to Fed. R. Evid. 106.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| | plea of Mr. Babich related to charges distinct from the allegations in this matter and are unfairly prejudicial to Defendants. | | | | |
| 25:23-26:3 | 25:16-27:7 **403:** prejudice, the cooperation agreement and plea of Mr. Babich related to charges distinct from the allegations in this matter and are unfairly prejudicial to Defendants. | See above. | | | |
| 26:4-27:7 | 25:16-27:7 **403:** prejudice, the cooperation agreement and plea of Mr. Babich related to charges distinct from the allegations in this matter and are unfairly prejudicial to Defendants. | See above. | | | |
| 27:10-28:20 | | | | | |
| 28:24-28:24 | | | | | |
| 29:12-30:2 | | | | | |
| 30:24-31:10 | | | | | |
| 31:20-31:22 | | | | | |
| 31:25-31:25 | | | | | |
| 32:1-32:6 | 32:1-34:3 **601, 602:** foundation, speculation as to what Kapoor knew.  Vagueness as to time. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| | | knowledge; Time period was clarified on the record | | | |
| 33:13-35:7 | 33:13-34:3 **601, 602**: foundation, speculation and lack of personal knowledge as to what Kapoor knew. Vagueness as to time. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal knowledge; Time period was clarified on the record | | | |
| 36:9-36:13 | 36:9-36:18 **601, 602**: foundation, speculation and lack of personal knowledge as to what Kapoor knew. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal knowledge from his attendance at 8:30 am meetings | | | |
| 36:16-36:18 | 36:9-36:18 **601, 602**: foundation, speculation and lack of personal knowledge as to what Kapoor knew. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal knowledge from his attendance at 8:30 am meetings | | | |
| 36:19-37:11 | | | | | |
| 37:18-39:4 | | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 39:7-39:07 | | | | | |
| 39:8-39:11 | | | | | |
| 39:14-40:2 | | | | | |
| 40:12-40:13 | | | | | |
| 40:16-40:23 | | | | | |
| 40:24-41:7 | 41:7-42:10 **601, 602**: foundation, speculation and lack of personal knowledge as to what Kapoor knew. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal knowledge | | | |
| 41:10-41:10 | **601, 602**: foundation, speculation and lack of personal knowledge as to what Kapoor knew. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal knowledge | | | |
| 41:11-42:10 | **601, 602**: foundation, speculation and lack of personal knowledge as to what Kapoor knew. | Foundation is based on the exhibit (which itself was a document to which Babich did not object to on any of these bases); Not speculation because Babich explained how he knew; Testimony is based on Babich's personal knowledge | | | |
| 42:16-43:3 | | | | | |
| 43:18-44:6 | | | | | |
| 45:13-45:14 | | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 45:16-46:18 | | | | | |
| 51:11-51:20 | | | | | |
| 51:24-52:3 | | | | | |
| 53:12-55:18 | | | 55:19-56:5 | De-designate 55:19-22 as it includes a question that was not answered; no objection to 55:23-56:5 for completeness **MIL #3[11]** | |
| 56:6-56:25 | 55:6-68:8 **401-403:** relevance, prejudice, as sales incentive plan and its approval are not relevant to the claims and is unfairly prejudicial to Defendants. | The charges are not distinct from the allegations in this matter – the Plaintiff Class asserts that Babich violated Section 10(b) by failing to disclose the Criminal Enterprise to which he pled guilty was a key factor in Insys' FY14 sales and revenue growth. Given that, and the fact that Babich admitted these same facts ***in this case,*** the relevance far outweighs any prejudice | | | |
| 57:1-57:16 | 55:6-68:8 **401-403:** relevance, prejudice, as increases in speaker fees and tracking return on investment are not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Tracking ROI is how Defendants knew if the doctors they bribed were prescribing Subsys | | | |

---

[11]     "TP5" refers to the Plaintiff Class's forthcoming motion in limine to preclude the introduction of evidence or argument concerning issues upon which Defendant Kapoor obstructed discovery in this Action by invoking his Fifth Amendment right against self-incrimination. Because Defendants jointly designated testimony, the Plaintiff Class has included this objection for every designation until such time as the Defendants' clarify whether Defendant Kapoor intends to introduce this testimony and for what purpose.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 57:20-61:8 | 55:6-68:8 **401-403:** relevance, prejudice, as tracking return on investment on speaker program is not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Tracking ROI is how Defendants knew if the doctors they bribed were prescribing Subsys. | | | |
| 63:9-63:23 | 55:6-68:8 **401-403:** relevance, prejudice, as entry into direct shipping contract is not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Additionally, direct shipping contract was another way to bribe doctors. | | | |
| 65:17-67:3 | 55:6-68:8 **401-403:** relevance, prejudice, as __ is not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. | | | |
| 67:13-68:3 | 55:6-68:8 **401-403:** relevance, prejudice, as sale of product to particular pharmacy and other products sold by pharmacy are not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Additionally, direct shipping contract was another way to bribe doctors. | | | |
| 68:4-68:18 | 55:6-68:8 **401-403:** relevance, prejudice, budget for speaker program and who had authority to increase are not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Defendants bribed doctors through the speaker program. | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 73:1-74:6 | 66:24-87:13 **401-403:** relevance, prejudice, as use of term "whales" and meaning of term are not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Whales were the doctors that had been or were targeted for bribes. | | | |
| 74:9-74:14 | 66:24-87:13 **401-403:** relevance, prejudice, as use of term "whales", who used term, and meaning of term are is not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Whales were the doctors that had been or were targeted for bribes. | | | |
| 74:22-75:8 | 66:24-87:13 **401-403:** relevance, prejudice, as testimony from Boston criminal trial and relationship between honoraria and what doctors did are not relevant to the claims and is unfairly prejudicial to Defendants. | See above response to 56:6-25. Bribing doctors through the speaker program was an essential element of the Criminal Enterprise that drove FY14 sales and revenue growth. | | | |
| 75:18-76:12 | 76:11-76:12 **601:** foundation, speculation as to what other people in meeting would know; **AND** 66:24-87:13 **401-403:** relevance, prejudice, as whether Dr. Awerbach was a "whale" and whether such was discussed are not relevant to the claims and is unfairly prejudicial to Defendants. | Foundation is based on prior testimony regarding Awerbuch and "whales"; Testimony is based on Babich's personal knowledge; Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 76:19-77:25 | 76:11-76:12 **601:** foundation, speculation as to what other people in meeting would know; **AND** 66:24-87:13 **401-403:** relevance, prejudice, as whether or not Awerbach or Madison were whales is not relevant to the claims and is unfairly prejudicial to Defendants. | Foundation is based on prior testimony regarding Awerbuch and "whales"; Testimony is based on Babich's personal knowledge; Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |
| 80:21-81:14 | 66:24-87:13 **401-403:** relevance, prejudice, as Dr. Awerbach's conduct is not relevant to the claims and is unfairly prejudicial to Defendants. | Awerbuch admitted to receiving bribes to prescribe Subsys. Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |
| 81:16-82:20 | 66:24-87:13 **401-403:** relevance, prejudice, as as Dr. Awerbach's conduct is not relevant to the claims and is unfairly prejudicial to Defendants. | Awerbuch admitted to receiving bribes to prescribe Subsys. Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |
| 84:13-84:16 | 66:24-87:13 **401-403:** relevance, prejudice, as any criminal conduct engaged in by Awerbach or Rosenberg, whether particular doctors | Awerbuch admitted to receiving bribes to prescribe Subsys. Testimony is relevant to Plaintiff Class that Defendants omitted the existence and impact of the | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| | were referred to as "whales", and when knowledge was gained of various indictments are not relevant to the claims and is unfairly prejudicial to Defendants. | criminal fraud on revenue growth from the statements at issue | | | |
| 86:7-86:9 | 66:24-87:13 **401-403:** relevance, prejudice, as whether Somerville was referred to or considered a "whale" is not relevant to the claims and is unfairly prejudicial to Defendants. | Sommerville was one of the bribed HCPs. Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |
| 86:11-86:22 | **401-403:** relevance, prejudice, as testimony in Boston criminal trial and whether whales were believed to have kept business afloat are not relevant to the claims and is unfairly prejudicial to Defendants. **601, 602**: Personal knowledge/speculation as to what Kapoor knew. | Whales are bribed HCPs or targets for bribes. Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |
| 86:25-87:13 | 66:24-87:13 **401-403:** relevance, prejudice, as testimony in Boston criminal trial, how the term "whales" was used or were believed to have kept business afloat, and impact of number of doctors accounting for percentages of sales are not relevant to the claims and | Whales are bribed HCPs or targets for bribes. Testimony is relevant to Plaintiff Class's claim that Defendants omitted the existence and impact of the criminal fraud on revenue growth from the statements at issue | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| | is unfairly prejudicial to Defendants. | | | | |
| 88:2-88:12 | | | | | |
| 89:5-91:8 | | | | | |
| 94:4-94:8 | **401:** relevance, as potential content of any possible SEC filings is not relevant to the claims. | Admission that the bribery was not disclosed to investors is relevant to determining whether Babich violated 10(b) by failing to disclose that the Criminal Enterprise was a key factor in Insys' FY14 sales and revenue growth. | | | |
| 97:6-97:20 | | | | | |
| 98:12-99:4 | | | | | |
| 99:7-99:18 | | | | | |
| 100:25-101:3 | | | | | |
| 101:7-101:8 | | | | | |
| 101:9-101:12 | | | | | |
| 101:17-101:18 | | | | | |
| 101:19-102:4 | | | | | |
| 102:12-102:14 | | | | | |
| 103:3-103:8 | | | | | |
| 103:13-104:5 | | | | | |
| 107:21-108:24 | | | | | |
| 109:2-109:9 | | | | | |
| 109:10-109:11 | | | | | |
| 109:23-110:1 | | | | | |
| 110:12-110:18 | | | | | |
| 111:9-112:5 | | | | | |
| 112:11-112:12 | | | | | |
| 112:13-112:15 | | | | | |
| 112:18-112:19 | | | | | |
| 112:20-112:24 | | | | | |
| 113:3-113:4 | | | | | |
| 132:17-133:7 | | | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Plaintiff Class's Designations | Defendants' Objections | Plaintiff Class's Responses to Defendants' Objections | Defendants' Counter Designations[10] | Plaintiff Class's Objections to Defendants' Counter Designations | Defendants' Responses to Plaintiff Class's Objections |
|---|---|---|---|---|---|
| 136:19-137:4 | | | | | |
| 137:9-137:10 | | | | | |
| 155:10-156:25 | | | | | |
| 157:2-157:3 | | | | | |
| 181:15-181:22 | | | | | |
| 182:3-182:15 | | | | | |
| 182:17-183:10 | | | | | |
| 184:6-185:14 | | | | | |
| 186:20-187:1 | | | | | |
| 187:4-187:04 | | | | | |
| 189:17-192:1 | | | | | |

**Defendants' Designations**
**Testifying Witness: Babich, Michael**
Date of Testimony: June 21, 2019 (*Di Donato* Matter)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations[12] | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 8:23-24 | | | | |
| 10:12-13:24 | **106**: Incomplete (designate 9:25-10:11 per FRE 106)<br>**401, 402**: Preparation for deposition & current employment status not relevant to claims or defenses (10:12-11:11); Kapoor paying for his MBA irrelevant (12:11-17)<br>**601, 602**: Lacks personal knowledge (13:4-10) | 8:5-12<br>10:2-11 | | |

---

[12]    In addition to the counter designations specifically set forth in this column, the Plaintiff Class identifies as counter designations testimony given by Mr. Babich that the Plaintiff Class has affirmatively designated in the materials provided to counsel for Defendants on May 22, 2020 as updated, if applicable, on May 29, 2020.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations[12] | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| | **801, 802**: Hearsay if used by Babich (hereafter "Hearsay—Babich") **MIL #3** (12:11-17) | | | |
| 15:6-9 | **Hearsay—Babich** | | | |
| 15:10-17:21 | **106**: Incomplete (designate 17:22-18:2 per FRE 106) **601, 602**: Lacks personal knowledge (15:22-16:3, 17:9-19) **Nonresponsive** testimony at 17:9-19 **Hearsay—Babich** | 17:22-18:2 | | |
| 35:4-11 | **401, 402, 403**: Baker not relevant to the claims or defenses currently set for trial (35:8-11) **Hearsay—Babich** | | | |
| 35:14-18 | **401, 402, 403**: Baker not relevant to claims or defenses currently set for trial **Hearsay—Babich** | | | |
| 36:19-37:13 | **401, 402**: Neither a question nor a responsive answer (37:12-13) **Hearsay—Babich** | | | |
| 37:18-38:22 | **801, 802**: Hearsay (38:16-22) **Hearsay—Babich** | | | |
| 39:8-12 | **Hearsay—Babich** | | | |
| 39:14-40:2 | **Hearsay—Babich** | | | |
| 42:16-43:14 | **401, 402, 403**: Baker not relevant to claims or defenses currently set for trial (43:13-14) **Hearsay—Babich** | | | |
| 43:17-44:16 | **401, 402, 403**: Baker not relevant to claims or defenses currently set for trial (43:17) **Hearsay—Babich** **MIL #3** | | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations[12] | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 44:22-25 | **601, 602**: Speculation, Lacks personal knowledge<br>**401, 402, 403**: Inconsistent with prior sworn statements; Reliance on counsel<br>**Hearsay—Babich**<br>**MIL #3** | | | |
| 45:1-3 | **Hearsay—Babich** | | | |
| 45:8-12 | **Nonresponsive**: Preceding question concerned IRC practices, which answer does not address<br>**Hearsay—Babich** | | | |
| 45:13-14 | **Hearsay—Babich** | | | |
| 45:16-46:8 | **801, 802**: Hearsay (45:21-46:2)<br>**Hearsay—Babich** | 44:9-15<br>47:26-48:4<br>50:16-22<br>51:25-52:3 | | |
| 49:7-9 | **106**: Incomplete (designate 47:20:48:4 per FRE 106)<br>**Foundation**<br>**Hearsay—Babich** | 44:9-15<br>47:26-48:4<br>50:16-22<br>51:25-52:3 | | |
| 49:12-23 | **106**: Incomplete (designate 50:16-22 per FRE 106<br>**401, 402, 403**: Inconsistent with prior sworn statements (49:12-15); Reliance on counsel (49:16-23)<br>**Foundation** (49:12-15)<br>**Hearsay—Babich** | 44:9-15<br>47:26-48:4<br>50:16-22<br>51:25-52:3<br>66:8 | | |
| 66:9-23 | **Hearsay—Babich** | | | |
| 99:7-100:2 | **401, 402, 403**: (99:19-100:2 Does not contain testimony)<br>**Hearsay—Babich** | | | |
| 100:25-101:3 | **106**: Incomplete (designate 100:23-24 per FRE 106)<br>**Hearsay—Babich** | 100:23-24 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations[12] | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 101:7-12 | **Hearsay—Babich** | | | |
| 101:17-102:4 | **Hearsay—Babich** | | | |
| 102:12-14 | **Hearsay—Babich** | | | |
| 126:8-127:18 | **601, 602**: Speculation (126:12-15) **Foundation** **Nonresponsive**: question concerned types of documents, and no responsive answer was given (126:18-127:8) **MIL #1**[13]: Efforts not in place by FY14 (126:18-127:8) **Hearsay—Babich** | | | |
| 127:21-128:2 | **401, 402, 403**: Testimony consists of non-responsive narrative that is confusing, misleading, and prejudicial; **601, 602**: Lacks personal knowledge (127:24-128:2) **MIL #1**: Efforts not in place by FY14 (126:18-127:8) (127:21-23) **Hearsay—Babich** | | | |
| 128:10-129:4 | **401, 402, 403**: Testimony consists of non-responsive narrative that is confusing, misleading, and prejudicial; **Hearsay—Babich** **MIL #1**: Efforts not in place by FY14 (128:18-21) **MIL #3** | | | |

---

[13]     The Plaintiff Class seeks an order precluding the introduction of evidence and testimony regarding putative or aspirational oncological efforts that were not in place in FY14, and Subsys sales and revenue generated by the "oncology HCP" specialty (which was artificially inflated by the Factor) in FY15 under Fed. R. Evid. 401, 402, and 403. Evidence subject to this MIL is identified here by the inclusion of "MIL #1" in the Plaintiff Class's Objections.

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations[12] | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 129:7-130:20 | **601, 602**: Speculation (129:17-130:7)<br>**Nonresponsive** (129:14-16; 130:12-20)<br>Narrative (130:12-20)<br>**801, 802**: Hearsay (130:12-20)<br>**Hearsay—Babich**<br>**MIL #1**: Efforts not in place by FY14 (129:14-16, 130:8-20)<br>**MIL #3** | | | |
| 144:8-11 | **Hearsay—Babich**<br>**MIL #3** | | | |
| 144:14-146:12 | **Foundation**<br>**601, 602**: Speculation, Lacks personal knowledge (145:11-20)<br>**401, 402, 403**: Testimony consists of non-responsive narrative that is confusing, misleading, and prejudicial; **Hearsay—Babich**<br>**MIL #1**: Efforts not in place by FY14 (144:14-145:5; 145:11-146:8) | | | |
| 147:16-153:22 | **106**: Incomplete (designate 146:25-147:4 and 153:23-154:1 per FRE 106)<br>**601, 602**: Lacks personal knowledge; Speculation<br>Nonresponsive (147:16-148:17; 148:21-149:2; 149:8-14; 149:23-150:2; 150:18-151:13; 151:25-152:6; 152:20-152:22)<br>Narrative (150:18-151:13)<br>**MIL #1**: Efforts not in place by FY14 (147:16-148:17, 147:21-150:2-153:22)<br>**Hearsay—Babich**<br>**MIL #3** | 146:25-147:4<br>153:23-154:1 | | |

*Di Donato v. Babich, et al.*, No. 16-cv-00302-NVW (D. Ariz.)

| Defendants' Designations | Plaintiff Class's Objections | Plaintiff Class's Counter Designations[12] | Defendants Objections to Plaintiff Class's Counter Designations | Plaintiff Class's Responses to Defendants Objections |
|---|---|---|---|---|
| 180:19-181:2 | **106**: Incomplete (designate 179:2-180:7, 180:10-18, and 181:2-5 per FRE 106)<br>**401, 402, 403**: Testimony consists of non-responsive narrative that is confusing, misleading, and prejudicial<br>**601, 602**: Speculation<br>**Hearsay—Babich**<br>**MIL #3** | 179:2-180:7<br>180:10-18 | | |
| 193:5-13 | **106**: Incomplete (designate 193:19-194:2, 194:7-195:4, 195:7-195:24, 196:5, 196:7-196:19, 196:22-25, 195:5-25, & 198:4-10 per FRE 106)<br>**Hearsay—Babich**<br>**MIL #3** | 193:19-194:2<br>194:7-195:4<br>195:7-195:24<br>196:5<br>196:7-196:19<br>196:22-25<br>195:5-25<br>198:4-10 | | |
| 202:22-203:22 | **106**: Incomplete (designate 200:19-202:1, 202:6-19, and 202:21 per FRE 106)<br>Nonresponsive<br>**601, 602**: Speculation<br>**Hearsay—Babich** | 200:19-202:1<br>202:6-19<br>202:21 | | |