IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Di Donato, Individually and On Behalf of all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Insys Therapeutics, Inc.; et al.,<br><br>　　　　　　Defendants. | No. CV-16-00302-PHX-NVW<br><br>**ORDER** |

　　　The parties' Proposed Order Awarding Attorneys' Fees and Litigation Expenses is incomplete, as it contains blanks.

　　　IT IS ORDERED that the parties submit an agreed and complete proposed Order Awarding Attorneys' Fees and Litigation Expenses by 9:00 a.m on November 18, 2020.

　　　Dated this 16th day of November, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　Senior United States District Judge